U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta
JUN 2 7 2017
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2014R00483)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION**

1:17-CR-0224

COUNTY NAME: Fulton      DISTRICT COURT NO.

MAGISTRATE CASE NO.

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: June 27, 2017 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
ALLEN J. PENDERGRASS

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   On another conviction
Is the defendant awaiting trial on other charges?   Yes   X No
   Other charges:
   Name of institution: Jesup FCI

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Jeffrey A. Brown
Defense Attorney: