

FILED IN CHAMBERS
U.S.D.C. Atlanta
JUN 2 7 2017
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

June 27, 2017
Date Submitted

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

ALLEN J. PENDERGRASS

Indictment/Information

**1:17-CR-0224**

June 27, 2017
Date of Indictment

### REQUEST FOR ARRAIGNMENT – In Local Custody

Allen J. Pendergrass
(Name)
FCI Jesup
(Institution)

June 27, 2017
(Date Verified)

ATTORNEY FOR DEFENDANT

Other defendants previously arraigned (or now set for arr.)
Terrell McQueen

Jeffrey A. Brown
Assistant United States Attorney