FILED IN CHAMBERS
U S D.C. Atlanta
JUN 27 2017
JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | 1:17-CR-224 |
| ALLEN J. PENDERGRASS, | |
| Defendant. | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:   Any U.S. Marshal, Warden, FCI Jesup and/or any other authorized officer.

YOU ARE HEREBY COMMANDED to have the body of **ALLEN J. PENDERGRASS** by you restrained of his liberty, as it is said, by whatsoever names detained before the **Honorable John K. Larkins, III**, United States Magistrate Judge of the United States District Court for the Northern District of Georgia, Courtroom 1834, United States Courthouse, 75 Ted Turner Drive, S.W. Atlanta, Georgia at **9:30 a.m., on July 21, 2017**, and from day to day thereafter until discharged by the Court, then and there to be arraigned on the indictment and receive and abide by the judgment of this Court in the above-entitled case, thence to be returned to the custody from which he came, and have you this writ.

WITNESS the Honorable Judges of the United States District Court for the Northern District of Georgia, this 27th day of June, 2017.

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

ATTEST: A TRUE COPY
CERTIFIED THIS
JUN 27 2017
James N. Hatten, Clerk
By: /s/
Deputy Clerk

cc:   Jeffrey A. Brown
       Duty Federal Defender
       PTS