

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

June 30, 2017

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

      Re: U.S. v. Steven Wakefield (1:17-cr-00146-TWT-1)
         U.S. v. Allen Pendergrass, et al. (1:17-cr-00224-UNA)

Dear Courtroom Deputies:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from July 17, 2017 to July 28, 2017. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

                             Sincerely,

                             JOHN A. HORN
                             *United States Attorney*

                             */s/ Jeffrey A. Brown*

                             JEFFREY A. BROWN
                             *Assistant United States Attorney*

Cc via ECF:  Defense Counsel of Record