FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 21 2017

James N. Hatten, Clerk
By: Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>ALLEN J. PENDERGRASS,<br><br>Defendant. | CASE NO.<br>1:17-CR-00224-1-AT-CMS |

### ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that Robert H. Citronberg is hereby appointed to represent Defendant Allen J. Pendergrass.

This 21st day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE