**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Time in Court: ____ Hrs   9 Min

Filed in Open Court:   Date: 7/21/2017   Time: 9:43 a.m.   Tape: FTR

Magistrate (presiding): **JOHN K. LARKINS III**   Deputy Clerk: Cynthia Mercado

| | |
|---|---|
| Case Number: 1:17-CR-224-1 | Defendant's Name: Allen J. Pendergrass |
| AUSA: Jeffrey Brown | Defendant's Attorney: Victoria Calvert (IA ONLY) |
| USPO/PTR: | Type Counsel: ( ) Retained  ( ) CJA  (X) FPD  ( ) Waived |

____ ARREST DATE: _____

____ INTERPRETER: _____

**X**  INITIAL APPEARANCE HEARING.  ( ) In THIS DISTRICT   Dft in custody?  (X) Yes   ( ) No

____ Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.

**X**  ORDER appointing Federal Defender Program as counsel.  (X) INITIAL APPEARANCE ONLY.

**X**  ORDER appointing   Robert Citronberg (CJA)   as counsel.

____ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)

____ Dft to pay attorney fees as follows: _____

____ INFORMATION/INDICTMENT filed.   ____ WAIVER OF INDICTMENT filed.

**X**  Copy information/indictment given to dft? (X) Yes  ( ) No  Read to dft? ( ) Yes ( ) No  (X) Waived formal reading

____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.

**X**  ARRAIGNMENT HELD.   ( ) Superseding indictment   ( ) Dft's WAIVER of appearance filed.

____ Arraignment continued to _____ at _____ Request of ( ) Govt   ( ) Dft

____ Dft failed to appear for arraignment.   Bench warrant issued

**X**  Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of NOT GUILTY entered.  ( ) Waiver of appearance.

____ MOTION TO CHANGE PLEA, and order allowing same.

**X**  ASSIGNED TO JUDGE   Judge Totenberg   for (x) trial   ( ) arraignment/sentence.

**X**  ASSIGNED TO MAGISTRATE   Judge Salinas   for pretrial proceedings.

**X**  Estimated trial time: _____ days.   (X) SHORT   ( ) MEDIUM   ( ) LONG

____ PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing.

____ SEE PAGE 2