U.S. Department of Justice
United States Attorney

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 21 2017

James N. Hatten, Clerk
By: Deputy Clerk

## P L E A (With Counsel)

CRIMINAL NO. 1:17-CR-0224

I, Allen J. Pendergrass, defendant, having received a copy of the within

Indictment, and having been arraigned plead Not Guilty thereto to counts 1,

through 5, 6, 7, 8, 9 and 10 thereof.

In Open Court this 21st day of July, 2017.

_____
SIGNATURE (Defense Attorney)

_____
SIGNATURE (Defendant)
Allen J. Pendergrass

### INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 404-688-7530

Bar Number: 636029

2600 Highway  301 South
Jesup, Georgia 31599
Phone: _____

Filed in Open Court by:

_____
(Signature)

_____
Date