IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

V.                                          1:17cr00224-AT-CMS

ALLAN PENDERGRASS


MOTION FOR ADDITIONAL TIME TO FILE MOTIONS AND CONTINUE

PRETRIAL CONFERENCE

Comes now the Defendant, by and through counsel and asks for an additional ten days to file any motions in this matter for the reasons enumerated below:

1.

Counsel only recently received discovery in this matter, (as well as the omnipresent password). This is a complex white collar matter.


2.

Assistant United States Attorney Jeff Brown graciously does not oppose this relief.


WHEREFORE, Defendant prays;

1. That he receive such additional time to file these motions that are presently due , and be given an additional ten days be given to file said motions, and that the pretrial conference be reset to a more appropriate date based on said additional time, and further that t he pretrial conference be scheduled at a later time as well;

2. That the hearing on August 9, 2017 remain in effect as to the issue of bond, which should be a

consent matter, and

3.. That any such period of time be excluded under the Speedy Trial Act as such would be

necessary in the interests of justice, and

3. For such other relief that this Court deems appropriate.

Respectfully submitted,

S/Robert H. Citronberg

_____

Robert H. Citronberg
Attorney for Defendant
State Bar #126275

Suite 4100
303 Peachtree Street,
Atlanta, Ga. 30308
(404) 522-7450

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing motion was served electronically on:

Mr. Jeff Brown
Assistant United States Attorney
Richard B. Russell Courthouse
75 Spring St., SW
Atlanta, Ga. 30303.

This 8th day of August, 2017

S/Robert H. Citronberg

_____
Robert H. Citronberg
Attorney for Defendant Pendergrass (Court
Appointed)

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308
678-986-3833 (cell)