MAGISTRATE'S CRIMINAL MINUTES

ARRAIGNMENT
   PLEA AND
      SENTENCE



Filed in Open Court:   Date: 8/9/17   at _____   Tape: FTR at 1:45   TIME IN COURT: _____

Court Reporter: _____

Magistrate Judge Catherine M. Salinas   Deputy Clerk Angela Smith

Case Number: 1:17-CR-224-AT   Defendant: Allen J. Pendergrass

AUSA: Jeff Brown   Defendant's Attorney: Bob Citronberg

USPO/PTR: _____   Type Counsel: ( ) Retained  (✓) CJA  ( ) FPD  ( ) Waived

____ ARREST DATE: _____
____ INTERPRETER: _____
____ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT   Defendant in custody:  Yes   ( ) other   No
____ Defendant advised of right to counsel.   ____ WAIVER of counsel filed.
____ Court explored deft's ability to retain counsel and qualifications for court appointed counsel.
____ ORDER appointing Federal Defender Program as counsel.  ( ) INITIAL APPEARANCE ONLY
____ ORDER appointing _____ as counsel for defendant to follow.
____ ORDER giving defendant _____ to employ counsel   ( ) cc by courtroom deputy
____ Dft to pay attorney fees as follows: _____
____ INFORMATION/COMPLAINT filed.   _____ WAIVER of INDICTMENT filed.
____ Copy indictment/information given to dft? ( ) Yes  ( ) No   Read to dft? ( ) Yes  ( ) No.
____ CONSENT TO PLEA BEFORE MAGISTRATE JUDGE filed.
____ ARRAIGNMENT HELD. ( ) superseding indictment/information. ( ) Dft's WAIVER of appearance filed by counsel.
____ ARRAIGNMENT continued until _____ at request of ( ) Govt.  ( ) Deft.
____ Dft fails to appear for arraignment.  BENCH WARRANT ISSUED _____
____ Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute, NOT GUILTY plea entered. ( ) Waiver of appearance form.
____ MOTION TO CHANGE PLEA, and order allowing same.
____ PLEA OF GUILTY/NOLO as to counts _____
____ Petition to enter plea of GUILTY/NOLO filed.
____ NEGOTIATED PLEA between Government and defendant filed.
____ ASSIGNED TO JUDGE _____ for: ( ) trial ( ) arraignment/sentence.
____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.
____ Estimated trial time: ____ days ( ) SHORT  ( ) MEDIUM  ( ) LONG
____ PRE-SENTENCE INVESTIGATION ___ Requested ___ Waived ___ Referred to USPO for PSI and
    continued until _____ at _____ for sentencing.

✓  See Page 2.

_____Allen J. Pendergrass_____, Defendant

_____ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____
_____ Temporary commitment issued.

BOND/PRETRIAL DETENTION HEARING

✓ BOND/PRETRIAL DETENTION hearing held.
_____ MOTION FOR REDUCTION OF BOND hearing held.
_____ MOTION FOR REDUCTION OF BOND ( ) GRANTED ( ) DENIED
_____ WRITTEN ORDER TO FOLLOW.
_____ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED ( ) DENIED
_____ WRITTEN ORDER TO FOLLOW.

✓ BOND SET AT $ 50,000.00
✓ Non-surety
_____ Surety ( ) Cash ( ) Property ( ) Corporate surety ONLY
✓ SPECIAL CONDITIONS: Live w/ daughter

✓ Bond Filed: defendant released.
_____ Bond NOT EXECUTED defendant to remain in Marshal's custody.

SENTENCE: _____