IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NUMBER 1:17-CR-224-1-AT-CMS |
| ALLEN J. PENDERGRASS, | |
| Defendant. | |

**O R D E R**

For good cause shown, the motion for an extension of time to file pretrial motions and request to continue pretrial conference [Doc. No. 20] is GRANTED. The deadline for filing pre-trial motions is hereby extended to August 22, 2017, and the pretrial conference is rescheduled for August 25, 2017, at 10:30 a.m.

The time from August 9, 2017, to and until August 25, 2017, is excluded from the Speedy Trial Act computation under 18 U.S.C. §3161(h)(7)(B)(i) on the grounds that the additional time is necessary to afford defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED this 11th day of August, 2017.

_____
CATHERINE M. SALINAS
United States Magistrate Judge