IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

V.                                    1:17CR-00224-AT-CMS

ALLAN PENDERGRASS

PRELIMINARY MOTION TO SUPPRESS

Comes now Defendant, by and through counsel and respectfully moves to suppress and searches that occurred by warrant or otherwise in this matter. Although counsel is presently unaware of any such searches, Defendant would like to inquire if any did occur and of so to amend this motion.

WHEREFORE, Defendant prays;

1. That a hearing be held,

2. That all evidence and fruits of any searches directed at Mr. Pendergrass be suppressed, and

3. For such other relief that this Court deems appropriate.

Respectfully submitted,

S/Robert H. Citronberg

_____
Robert H. Citronberg
Attorney for Defendant(CJA)
State Bar #126275

Suite 4100
303 Peachtree Street,
Atlanta, Ga. 30308
(404) 522-7450

CERTIFICATE OF SERVICE

      It is hereby certified that the foregoing motion was served electronically on:

Mr. Jeff Brown
Assistant United States Attorney
75 Spring St., SW
Atlanta, Ga. 30303.

This 24th day of August, 2017

                                                                                                  S/Robert H. Citronberg
                                                                                                   _____

                                                                                                   Robert H. Citronberg
                                                                                                   Attorney for Defendant

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308