IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

V.                                                    1:17CR-00224-AT-CMS

ALLAN PENDERGRASS

MOTION TO ALLOW LATE FILING OF MOTIONS

Comes now Defendant, by and through counsel and respectfully moves that he be allowed to file Motions on August 24, 2017 instead of August 22, 2017 as Counsel wrote the wrong date in his calendar. WHEREFORE, Defendant prays;

1. That said motions be allowed to be filed as of August 24, 2017

2. For such other relief that this Court deems appropriate.

                                                   Respectfully submitted,

                                                   S/Robert H. Citronberg

                                                   _____
                                                   Robert H. Citronberg
                                                   Attorney for Defendant(CJA)
                                                   State Bar #126275

Suite 4100
303 Peachtree Street,
Atlanta, Ga. 30308
(404) 522-7450

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing motion was served electronically on:

Mr. Jeff Brown
Assistant United States Attorney
75 Spring St., SW
Atlanta, Ga. 30303.

This 24th day of August, 2017

                                                                S/Robert H. Citronberg
                                                                _____
                                                                Robert H. Citronberg
                                                                Attorney for Defendant

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308