# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00224-AT-CMS
## USA v. Pendergrass et al
## Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Open Court on 08/25/2017.

TIME COURT COMMENCED: 11:32 A.M.
TIME COURT CONCLUDED: 11:38 A.M.       TAPE NUMBER: FTR
TIME IN COURT: 00:06                   DEPUTY CLERK: Angela Smith
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Allen J. Pendergrass NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Robert Citronberg representing Allen J. Pendergrass<br>** Randy Chartash for Jeffrey Brown representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[25]Motion for Jackson-Denno Hearing TAKEN UNDER ADVISEMENT<br>DFT#1-[26]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT<br>DFT#1-[27]Motion to Dismiss TAKEN UNDER ADVISEMENT The defendant is to perfect the motion by September 29, 2017.<br>DFT#1-[28]Motion for Extension of Time GRANTED The defendant has until September 29, 2017 to perfect or withdraw the motions.<br>DFT#1-[29]Motion for Leave to File GRANTED |