IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 1:17-CR-224-AT-CMS |
| | : | |
| ALLEN J. PENDERGRASS | : | |

### ORDER ALLOWING DEFENDANT TO TRAVEL

It appearing that Defendant has made an oral motion to travel outside the Northern District of Georgia, and the Government having no objection thereto,

It is therefore **ORDERED** that Defendant may travel to Columbus, Ohio to visit his mother from September 1 – 9, 2017. Defendant shall continue to comply with all other conditions and restrictions set forth in the August 9, 2017 Order granting pretrial release, [Doc. No. 22].

**SO ORDERED,** this 31st day of August, 2017.

_/s/ Catherine Salinas_
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)