

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

September 29, 2017

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

      Re: U.S. v. Halisi Staten (1:17-cr-00242-WSD-AJB-1)
         U.S. v. Kim Bray (1:17-CR-00242-WSD-AJB-2)
         U.S. v. Kelly Eads (1:16-cr-00423-ELR-AJB-1)
         U.S. v. Allen J. Pendergrass (1:17-CR-00224-AT-CMS-1)
         U.S. v. Terrell McQueen (1:17-CR-00224-AT-CMS-2)
         U.S. v. Nathan Van Buren (1:16-cr-00243-ODE-JFK-1)
         U.S. v. Cortim Martin (1:16-cr-00218-LMM-RGV-8)
         U.S. v. Mark Morrow (1:15-cr-00458-LMM-AJB-2)
         U.S. v. Damilola Solomon Ibiwoye (1:15-cr-00457-UNA-1)
         U.S. v. Olayinka Olaniyi (1:15-cr-00458-UNA-1)
         U.S. v. Charlie Brewer (1:12-cr-00389-AT-GGB-4)
         U.S. v. George Whitmore, Jr. (1:10-MJ-01295-JFK-1)
         U.S. v. John Arthur Bell (1:09-MJ-00325-RGV-1)
         U.S. v. Ronald Escobar-Aguinada (1:09-cr-00475-WSD-JSA-4)

Dear Courtroom Deputies:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from  October 11, 2017 to October 13, 2017; November 20, 2017 to November 24, 2017; and December 21, 2017 to December 29, 2017. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

                                        Sincerely,

                                        JOHN A. HORN
                                        *United States Attorney*

                                        */s/ Jeffrey A. Brown*

                                        JEFFREY A. BROWN
                                        *Assistant United States Attorney*

Cc via ECF:  Defense Counsel of Record