IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NUMBER 1:17-CR-224-AT-CMS |
| ALLAN PENDERGRASS, | |
| Defendant. | |

## **O R D E R**

For good cause shown, the motion for additional time to file perfected motion [Doc. No. 33] is GRANTED. The defendant shall have through and including October 4, 2017, in which to perfect his motion to dismiss [Doc. No. 27].

The time from September 29, 2017, to and until October 4, 2017, is excluded from the Speedy Trial Act computation under 18 U.S.C. §3161(h)(7)(B)(i) on the grounds that the additional time is necessary to afford defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED this 4th day of October, 2017.

_____
CATHERINE M. SALINAS
United States Magistrate Judge