# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00224-AT-CMS
## USA v. Pendergrass et al
## Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Chambers on 01/22/2018.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 11:40 A.M.
TIME IN COURT: 00:10
OFFICE LOCATION: Atlanta

DEPUTY CLERK: Angela Smith

| | |
|---|---|
| DEFENDANT(S): | [1]Allen J. Pendergrass NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA<br>Robert Citronberg representing Allen J. Pendergrass |
| PROCEEDING CATEGORY: | Status Conference; |
| MOTIONS RULED ON: | DFT#1-[40]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT A government response is due by 2/5/18 and any reply by the defendant is due by 2/19/18. |