# UNITED STATES PROBATION OFFICE
## Northern District of Georgia

*NOTICE TO CLERK'S OFFICE*
*OF*
*DEFENDANT'S CHANGE OF ADDRESS*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 09 2018

JAMES N. HATTEN, Clerk
By_____ Deputy Clerk

**Name:** Allen J. Pendergrass                **Date:** February 5, 2018

**Aka:**

**Docket No:** 1:17-CR-224-01-AT

**NEW ADDRESS OF DEFENDANT:**     230 East Camelot Drive

Fayetteville, Georgia  30214

_____
Anthony D. Parker
U. S. Probation Officer

**Division:** Atlanta