

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Spring Street S.W., Suite 600*  *Fax: (404) 581-6181*
*Atlanta, Georgia  30303*

April 19, 2018

Courtroom Deputies
U.S. Courthouse
75 Ted Turner, S.W.
Atlanta, Georgia 30303

Dear Courtroom Deputies:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on the following dates: May 17-18 and June 6-8, 2018.  I request that the Court not schedule any court appearances in the below-referenced matters for those dates.

    United States v. Bray, 1:17-CR-00375

    United States v. Brown, 1:12-CR-00389

    United States v. Eads, 1:18-CR-00020

    United States v. Harrell, et al., 1:17-CR-00386

    United States v. Ibiwoye, 1:15-CR-00457

    United States v. Pendegrass, et al., 1:17-CR-00224

    United States v. Shannon, 1:18-CV-00549

    United States v. Shinall, 1:18-CR-00049

    United States v. Staten, 1:18-CR-00088

    United States v. Tejada-Landaverde, et al., 1:09-CR-00475

    United States v. Van Buren, 1:16-CR-00243

               Sincerely,

                BYUNG J. PAK
                *United States Attorney*

                /s/ JEFFREY A. BROWN

                JEFFREY A. BROWN
                *Assistant United States Attorney*

cc: Counsel for Defendant