

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*   *Telephone: (404) 581-6000*
*75 Spring Street S.W., Suite 600*   *Fax: (404) 581-6181*
*Atlanta, Georgia  30303*

May 11, 2018

Courtroom Deputies
U.S. Courthouse
75 Ted Turner, S.W.
Atlanta, Georgia 30303

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on the following dates: July 16-20, 2018.  I request that the Court not schedule any court appearances in the below-referenced matters for those dates.

United States v. Bray, 1:17-CR-00375

United States v. Brown, 1:12-CR-00389

United States v. Eads, 1:18-CR-00020

United States v. Harrell, et al., 1:17-CR-00386

United States v. Ibiwoye, 1:15-CR-00457

United States v. Pendegrass, et al., 1:17-CR-00224

United States v. Shannon, 1:18-CV-00549

United States v. Shinall, 1:18-CR-00049

United States v. Staten, 1:18-CR-00088

United States v. Tejada-Landaverde, et al., 1:09-CR-00475

United States v. Van Buren, 1:16-CR-00243

Sincerely,

BYUNG J. PAK
*United States Attorney*


/S/ JEFFREY A. BROWN

JEFFREY A. BROWN
*Assistant United States Attorney*

cc: Counsel for Defendant