```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

UNITED STATES OF AMERICA

V.                              1:17CR-00224 AT-CMS

ALLEN PENDERGRASS

MOTION TO CONTINUE TRIAL

Comes now the Defendant, by and through counsel, and moves that the trial presently set for June 25,2018 be continued for the reasons below.

1.

Counsel was on trial all week the week of June 4-June 8 before the Honorable Judge Totenberg. Additionally, the above styled case is very document intensive. Further, the parties are additionally presently engaged in plea negotiations.

2.

The government does not oppose this request. Further, Judge Totenberg is/was aware of this request.

WHEREFORE, Defendant asks that the trial in this matter be continued.

S/Robert H. Citronberg

_____

Robert H. Citronberg
Attorney for Defendant
State Bar No. 126275

```
Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308
(404) 522-7450
```

CERTIFICATE OF SERVICE

    Comes now the undersigned and states that he has served this document by electronic delivery on
Mr.Jeff Brown
Assistant Untied States Attorney
United States attorneys Office
75 Spring Street, SW
Atlanta, Ga

    S/Robert H. Citronberg
_____
Robert H. Citronberg
Attorney for Defendant
State Bar No. 126275

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308
678-986-3833

\