IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLEN J. PENDERGRASS, and | : | CRIMINAL ACTION NO. |
| TERRELL MCQUEEN, | : | 1:17-cr-224-AT |
| | : | |
| Defendants. | : | |

## ORDER

The above styled criminal action is on the Court's June 25, 2018 trial calendar. The defendants have filed motions for continuance to a new trial date [Docs. 53 & 54]. The Court **GRANTS** the motions for continuance.

The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial as allowed in 18 U.S.C. §§ 3161 (h)(I) and (h)(7).

**IT IS HEREBY ORDERED** that the above styled criminal action be continued and that the period of time between the filing of this motion and trial, is excluded from the Speedy Trial Act as to both defendants.

**SO ORDERED**, this 21st day of June, 2018.

_____
**Amy Totenberg**
**United States District Judge**