IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  :<br>  :<br>   Plaintiff,  :<br>  :        CRIMINAL ACTION NO.<br>   v.    :        1:17-cr-0224-AT<br>  :<br>ALLEN PENDERGRASS and TERRELL  :<br>MCQUEEN,  :<br>  :<br>   Defendants.  : | |

# **ORDER**

On June 21, 2018, the Court granted the Defendants' request to continue the trial in this matter [Doc. 55]. The Court hereby **CONTINUES** the trial to Monday, August 6, 2018, at 9:30 AM in Courtroom 2308. The pretrial conference is set for July 27, 2018, at 2:30 PM in Courtroom 2308. Defendants are required to attend the pretrial conference or present a written waiver of their attendance. By July 16, 2018, the parties are to file any motions in limine and proposed voir dire questions. By July 16, 2018, the Government is to file a summary of the indictment for use in voir dire. By July 23, 2018, the parties are to file any objections to those items listed above. The time from June 25, 2018, to August 6, 2018, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv). Failure to grant this

continuance would likely result make a continuation of this proceeding impossible, would likely result in a miscarriage of justice, and would deny counsel for the parties the reasonable time necessary to effectively prepare for trial, taking into account the exercise of due diligence.  The Court finds that the ends of justice are served by granting this continuance and are consistent with both the best interest of the public and individual justice in this matter.

It is so **ORDERED** this 29th day of June, 2018.

_____
Amy Totenberg
United States District Judge