IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:17-cr-0224-AT |
| : | |
| ALLEN PENDERGRASS, : | |
| : | |
| Defendant. : | |
| : | |

## **ORDER**

This matter is before the Court on the Government's motion to continue the trial that is set to begin on August 6, 2018 [Doc. 57]. The Government seeks this continuance as its counsel was previously set for a trial on the same date before another judge of this court. Defense counsel does not oppose the Government's request for a continuance [*Id.* at 2].

The Court hereby **GRANTS** the Government's motion and **CONTINUES** the trial to Tuesday, August 21, 2018, at 9:30 AM in Courtroom 2308. The pretrial conference is set for August 15, 2018, at 4:15 PM in Courtroom 2308. Defendant Pendergrass is required to attend the pretrial conference or present a written waiver of his attendance. By July 30, 2018, the parties are to file any motions in limine and proposed voir dire questions. By July 30, 2018, the

Government is to file a summary of the indictment for use in voir dire. By August 6, 2018, the parties are to file any objections to those items listed above. The time from August 6, 2018, to August 21, 2018, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv). Failure to grant this continuance deny counsel for the Government the reasonable time necessary to effectively prepare for trial, taking into account the exercise of due diligence. The Court finds that the ends of justice are served by granting this continuance and are consistent with both the best interest of the public and individual justice in this matter.

It is so **ORDERED** this 23rd day of July, 2018.

_____
Amy Totenberg
United States District Judge