IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:17-cr-0224-AT-1 |
| : | |
| ALLEN PENDERGRASS, : | |
| : | |
| Defendant. : | |

## **ORDER**

Trial in this case is set to begin on September 24, 2018 [Doc. 64]. To date, neither Defendant nor the Government has filed the trial-related documents required in the Court's order of August 15, 2018. Nor have the parties contacted the Court to schedule a date for a plea hearing. If the parties are not prepared to proceed to trial on September 24, 2018, they should file a request to continue the trial date. In the event that the parties intend to proceed to trial on September 24, 2018, but have neglected to timely file their trial-related documents, the Court resets the pretrial conference and the trial-related documents deadlines.

The pretrial conference is **RESET** for September 18, 2018, at 10:30 AM in Courtroom 2308. Defendant is required to attend the pretrial conference or present a written waiver of his attendance. By September 12, 2018, the parties are

to file any motions in limine and proposed voir dire questions. By September 12, 2018, the Government is to file a summary of the indictment for use in voir dire. By 10:00 AM on September 17, 2018, the parties are to file any objections to those items listed above.

It is so **ORDERED** this 5th day of September, 2018.

_____
Amy Totenberg
United States District Judge