IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:17-CR-224-AT-CMS |
| | : | |
| ALLEN J. PENDERGRASS | : | |

GOVERNMENT'S SUMMARY OF INDICTMENT

The UNITED STATES OF AMERICA ("Government"), through its counsel Byung J. Pak, United States Attorney for the Northern District of Georgia, and Jeffrey A. Brown, Assistant United States Attorney, files the Government's Summary of Indictment.

The Indictment in this case alleges that the Defendant, Allen J. Pendergrass, committed mail fraud, money laundering and aggravated identity theft while operating the businesses Guishard, Wilburn & Shorts, LLC and Asset Financial Recovery, Inc. The Indictment alleges that the companies were held out as providing asset recovery services, including locating unclaimed funds held by local and state governments. The Indictment alleges that Pendergrass and others working for his companies mailed requests to local and state agencies seeking lists of unclaimed funds. The Indictment further alleges that upon receipt of those lists, Pendergrass,

and others would mail forged limited power of attorney forms requesting unclaimed funds. The Indictment alleges that Pendergrass established bank accounts and deposited fraudulently obtained unclaimed funds into bank accounts he controlled and then withdrew funds without returning proceeds to the rightful owners.

The Indictment contains ten counts. Pendergrass is charged with five counts of mail fraud, one count of conspiring to commit money laundering and four counts of aggravated identity theft. The Court will instruct you on the law relating to these charges at the conclusion of the trial.

Respectfully submitted,

BYUNG J. PAK
UNITED STATES ATTORNEY

*/s/Jeffrey A. Brown*
JEFFREY A. BROWN
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA 30303
404/581-6064
404/581-6181 (fax)
Georgia Bar No. 088131

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by filing same in the Court's electronic filing system, where it will be automatically served upon:

    Robert Citronberg

This 6th day of September, 2018.

    /S/ Jeffrey A. Brown
    JEFFREY A. BROWN
    ASSISTANT UNITED STATES ATTORNEY