IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>ALLEN PENDERGRASS | Criminal Action No.<br><br>1:17-CR-00224-AT-CMS |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Teresa M. Stolze herein files notice of her appearance in the above-styled case, and respectfully requests that she be added as co-counsel of record for the United States.

                          Respectfully submitted,

                          BYUNG J. PAK
                             *United States Attorney*

                        /s/Teresa M. Stolze
                             *Assistant United States Attorney*
                          Georgia Bar No. 151873
                          Teresa.Stolze@usdoj.gov
                          *600 U.S. Courthouse*
                          *75 Ted Turner Drive S.W.*
                          *Atlanta, GA 30303*
                          *(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

October 15, 2018

                                    /s/ TERESA M. STOLZE
                                    TERESA M. STOLZE
                                    *Assistant United States Attorney*