# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00224-AT-CMS
## USA v. Pendergrass et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/08/2018.

TIME COURT COMMENCED: 5:15 A.M.
TIME COURT CONCLUDED: 5:45 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: Horace Toney
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Allen J. Pendergrass Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA |
| | Robert Citronberg representing Allen J. Pendergrass |
| | Teresa Stolze representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | Defendant will file voir dire and response to [73] Motion for 404b Evidence by 4:00pm on Friday November 16. Jury charges to be filed by Thursday, November 15. |
| HEARING STATUS: | Hearing Concluded |