```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

UNITED STATES OF AMERICA

V.                                        1:17cr00224-AT

ALLEN PENDERGRASS

<u>PROPOSED</u> <u>VOIR</u> <u>DIRE</u> <u>QUESTIONS</u>

COMES Allen Pendergrass by and through her undersigned counsel, and requests that Counsel or the Court propound the following Voir Dire questions:

A.   <u>Individual Questions:</u>

Please provide the following information as to your personal background:

    (1)   What is your name, birthplace, and age?

    (2)   (a)   Where do you live presently and how long have you lived there?

        (b)   Do you own your own home or do you rent?

        (c)   At what other addresses have you lived for more than five years?

    (3)   (a)   What is your current occupation?

        (b)   For which company do you work?

        (c)   How long so employed?

        (d)   What are your primary duties and responsibilities at work?

        (e)   Do you have the authority to hire and fire?

    (4)   What previous occupation have you had?

    (5)   Are you or have you ever been married? Divorced?

    (6)   (a)   If so, what does your spouse do for a living?

(b) If no longer married, what did/does your former spouse do for a living?

(7) Have you ever been in the armed forces? If so, what branch?

(8) What magazine and newspaper do you read regularly?

(9) (a) Do you have children? If so, how many?

(b) If they are grown, please tell us what their spouses do for a living?

(c) If they are married, please tell us what their spouses do for a living?

(d) If they are in college, please tell us where they are enrolled and what their field of study is?

(10) Do you or your spouse belong to any social, civic, professional, fraternal, religious, or political organizations? If so, please name them. Do you hold any office in these?

(11) What do you do for recreation? Please list activities in order of importance. If watching television or reading books is a recreational activity, please list the last book you read and/or your favorite television programs.

(12) (a) How far did you go in school?

(b) If you completed high school, have you received any vocational training?

(c) If you attended any college, please list your fields of study and the degrees you earned?

(d) Did you work while in college?

(13) Have you ever wanted to go into law enforcement?

(14) Do you belong to or give financial support to any organization that deals with crime prevention or control?

(15) Do any of you suffer from any medical conditions which could interfere with your ability to pay attention to the presentation of evidence in this

        case?  (This would include any difficulties you might have in hearing or seeing or any side effects from taking prescribed medicine.)

B.    Collective Questions:

(16) Do you or any member of your family have any relationship with the following people:

    (a)  the United States Attorney BJ PAK, Assistant United States Attorney Theresa Stolze or Jeff Brown any other member of the United States Attorneys office or Fulton County District Attorneys Office?

    (b)  Any person associated with the office of the Atlanta Police Department, or the FBI?
    (C) the witnesses in this case, to wit; (Read list of witnesses).

(17) Have you, or a relative, or close friend ever worked for any prison, jail or correctional institution? If so, where, how long, and in what capacity?

(18) (a)  Have you or any of your close family members or close friends ever worked for a local or state law enforcement agency, such as a sheriff's department, F.B.I., Drug Enforcement Administration, etc., in military or civilian life?  If so, where?  How long and in what capacity?

(19) Have you ever worked for any district attorney's office, solicitor's office or any prosecuting agency of the federal or state government in military or civilian life  If so, where? How long? Describe your duties.

(20) Have you ever received any sort of legal training in school, or informally?  If so, where?  How long?

(21) Are you any members of your family attorneys?  If so, in what area of law does this person practice?

(22) Have you or any member of your family ever worked in a law office?  If so, what type of legal matters did this office ususally handle?

(23) Have you ever served on a jury in a criminal or civil case?  If so, identify the place of jury service and the nature of the case.

(24) Have you ever appeared as a witness in a case? If yes, when and where?

(25) Have you ever served on a grand jury? If yes, when and where?

(26) Have you ever appeared as a witness before a grand jury? If yes, when and where?

(27) Did any of the criminal cases you heard in previous jury duty place any burden on your capacity to be able to sit on future cases?

(28) Was there anything about your previous jury experience that would lead you to feel that you may have some prejudice either against the prosecution or the defense in this case?

(29) During the course of this trial you will serve as the finders of fact and I will decide matters of law.

In my role a law giver, I will instruct you on various principles of law such as: the defendants Is presumed innocent; the Government has the burden of proving each defendant guilty of each count beyond a reasonable doubt; and the indictment is not evidence of guilt but is merely a document charging the defendants with a crime or crimes. Would you able to follow these principles of law and the other laws that I instruct you on and apply them to the facts of this case?

(30) Do you find the testimony of law enforcement personnel, or other Government or State witnesses more believable than the testimony of other witnesses just because they are in Government witnesses? If so, why?

(31) Have you, or a relative or close friend of yours, been the victim of a crime? If so, where, when, and what type of crime?
(32) Was there a prosecution of the offense? If so, what was the result?

(33) Allen Pendergrass is charged with mail fraud, money laundering, and aggravated identity theft. Is there anyone so bothered by those charges that they couldn't be fair?

(34) Have you ever owned or opeerated a business? If so

what did your duties include? Have yu ever had to fire employees for wrongdoing? What kind?

(35) Have you heard television or radio ads regarding identity theft or fraud? What effect did they have on you ?

(36) Have you ever been the victim of identity fraud or theft? What happened? Was anyone arrested? Could that effect your ability to be fair in this case?

Dated:   This 15th day of November, 2018.

5

Respectfully submitted,
S/Robert H. Citronberg

_____
Robert H. Citronberg
Attorney for Defendant
State Bar No. 126275

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308
(404) 522-7450

CERTIFICATE OF SERVICE

    Comes now the undersigned and states that he has served this document on 11/15/18 by electronic delivery on
Mr. Jeff Brown
Assistant Untied States Attorney
United States attorneys Office
75 Spring Street, SW
Atlanta, Ga

    S/Robert H. Citronberg
    _____
    Robert H. Citronberg
    Attorney for Defendant
    State Bar No. 126275

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308
678-986-3833