```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF GEORGIA
               ATLANTA DIVISION
```

UNITED STATES OF AMERICA

V.                                              1:17cr00224-AT

ALLEN PENDERGRASS

      This evidence is not admissible under 404(b) nor is it inextricably intertwined.

      Comes now the defendant by and through counsel, and filed these objections to te Government's 404(b) evidence as follows:

1.The Colorado conviction:

      This matter involved the alleged Colorado case is extremely unfairly prejudicial. Not only does the Colorado conviction fail to corroborate McQueen's testimony, its clear purpose is to buttress McQueen's testimony and the Governments admittedly weak case. This evidence is not admissible under 404(b) nor is it inextricably intertwined.

2. The Ohio Conviction

      Similarly as to the Colorado method, the Ohio case is completely dissimilar, involving checks stolen from the US Mails and different individuals. This evidence is not admissible under 404(b) nor is it inextricably intertwined.

3. Other Bad Act evidence

a)Weissman et. al and the quarterback club

      These incidents are not similar to the charged incidents whatsoever. This evidence is not admissible under 404(b) nor is it inextricably intertwined.

b)Lee trust, Holland and Knight, and Hemisphere

This actions are again dissimilar to the charged conduct . Not only  do these acts fail to

corroborate McCain's testimony, its clear purpose is to buttress McQueen's testimony and the Government's admittedly weak case.

All the evidence of these matters fails to satisfy all three prongs of Zapata, 139 F.3d 1355 (11th Cir 1998) and all should not be permitted at trial.

```
                                        Respectfully submitted,
                                        S/Robert H. Citronberg

                                        _____
                                        Robert H. Citronberg
                                        Attorney for Defendant
                                        State Bar No. 126275

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308
(404) 522-7450
```

CERTIFICATE OF SERVICE

    Comes now the undersigned and states that he has served this document on 11/19/18 by electronic delivery on
Mr. Jeff Brown
Assistant Untied States Attorney
United States attorneys Office
75 Spring Street, SW
Atlanta, Ga

                                          S/Robert H. Citronberg
                                          _____
                                          Robert H. Citronberg
                                          Attorney for Defendant
                                          State Bar No. 126275

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308
678-986-3833