# EXHIBIT B

 Gmail                                                    Allen Pendergrass <pendergrassallen@gmail.com>

## Requesting Review of Afidavit

2 messages

---

**Allen Pendergrass** <pendergrassallen@gmail.com>                  Sat, Mar 17, 2018 at 12:54 PM
To: Robert Citronberg <rcitronberg@gmail.com>

To: Robert Citronberg
From: Allen Pendergrass

Mr. Citronberg, I would appreciate if you could review the attached Affidavit and supporting documents for submission to the court. I would like for you to review and recommend changes or suggestions on how to proceeds.

Thank You
Allen Pendergrass

---

**15 attachments**

**TABLE OF CONTENT EXHIBITS 3.xlsx**
13K

**AFFIDAVIT.docx**
29K

**EXHIBIT A - NUF 2001 TAX RETURN.pdf**
317K

**EXHIBIT B - NUF 2002 TAX RETURN.pdf**
613K

**EXHIBIT C - GWS 2002 TAX RETURN.pdf**
439K

**EXHIBIT D - GWS 2003 TAX RETURN.pdf**
486K

**EXHIBIT E - GWS 2004 TAX RETURN.pdf**
339K

**EXHIBIT F - GWS 2006 TAX RETURN.pdf**
289K

**EXHIBIT G - GWS 2007 TAX RETURN.pdf**
202K

**EXHIBIT H - GWS 2008 TAX RETURN.pdf**
282K

**EXHIBIT I - GWS 2009 TAX RETURN.pdf**
160K

**EXHIBIT J - 2010 IRS TAX TRANSCRIPT.pdf**
16K

**EXHIBIT K - 2011  IRS TAX TRANSCRIPT.pdf**
15K

**EXHIBIT L - GWS 20012 TAX RETURN.pdf**
366K

**EXHIBIT M - CLAIM STATUS REPORT 2004-2012.pdf**
38K

---

**Robert Citronberg** <rcitronberg@gmail.com>                       Fri, Jul 27, 2018 at 10:42 AM
To: Allen Pendergrass <pendergrassallen@gmail.com>

> <EXHIBIT K - 2011 IRS TAX TRANSCRIPT.pdf>
> <EXHIBIT L - GWS 20012 TAX RETURN.pdf>
> <EXHIBIT M - CLAIM STATUS REPORT 2004-2012.pdf>

 Gmail

Allen Pendergrass <pendergrassallen@gmail.com>

---

**Requesting Review of Afidavit**

---

**Robert Citronberg** <rcitronberg@gmail.com>                                              Fri, Jul 27, 2018 at 10:42 AM
To: Allen Pendergrass <pendergrassallen@gmail.com>

please call bob citronberg 6789863833 cell

Sent from my iPhone

> On Mar 17, 2018, at 12:54 PM, Allen Pendergrass <pendergrassallen@gmail.com> wrote:
>
> To: Robert Citronberg
> From: Allen Pendergrass
>
> Mr. Citronberg, I would apprecate if you could review the attached Affidavit and supporting documents for submission to
the court. I would like for you to review and recommend changes or suggestions on how to proceeds.
>
> Thank You
> Allen Pendergrass
> <TABLE OF CONTENT EXHIBITS 3.xlsx>
> <AFFIDAVIT.docx>
> <EXHIBIT A - NUF 2001 TAX RETURN.pdf>
> <EXHIBIT B - NUF 2002 TAX RETURN.pdf>
> <EXHIBIT C - GWS 2002 TAX RETURN.pdf>
> <EXHIBIT D - GWS 2003 TAX RETURN.pdf>
> <EXHIBIT E - GWS 2004 TAX RETURN.pdf>
> <EXHIBIT F - GWS 2006 TAX RETURN.pdf>
> <EXHIBIT G - GWS 2007 TAX RETURN.pdf>
> <EXHIBIT H - GWS 2008 TAX RETURN.pdf>
> <EXHIBIT I - GWS 2009 TAX RETURN.pdf>
> <EXHIBIT J - 2010 IRS TAX TRANSCRIPT.pdf>
> <EXHIBIT K - 2011 IRS TAX TRANSCRIPT.pdf>
> <EXHIBIT L - GWS 20012 TAX RETURN.pdf>
> <EXHIBIT M - CLAIM STATUS REPORT 2004-2012.pdf>

# EXHIBIT C: 1

CertRdyTrl,SHORT

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:17-cr-00224-AT-CMS-1

Case title: USA v. Pendergrass et al                Date Filed: 06/27/2017

Assigned to: Judge Amy Totenberg
Referred to: Magistrate Judge Catherine M.
Salinas

**Defendant (1)**

**Allen J. Pendergrass**                represented by  **Allen J. Pendergrass**
                                                      230 East Camelot Drive
                                                      Fayetteville, GA 30214
                                                      PRO SE

                                                      **Robert H. Citronberg**
                                                      Law Office of Robert Citronberg
                                                      Suite 4100
                                                      303 Peachtree Street, NW
                                                      Atlanta, GA 30308
                                                      404-522-7450
                                                      Email: rcitronberg@gmail.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      Designation: CJA Appointment

**Pending Counts**                                    **Disposition**

18:1341.F and 2 FRAUDS AND
SWINDLES
(1-5)

18:1956-3300.F MONEY LAUNDERING -
INTERSTATE COMMERCE
(6)

18:1028A.F(a)(1) and 2 FRAUD WITH
IDENTIFICATION DOCUMENTS
(7-10)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

CM/ECF-GA Northern District Court

None

**Complaints**                                          **Disposition**

None

---

**Plaintiff**

**USA**                              represented by   **Jeffrey Aaron Brown**
                                                      Office of the United States Attorney-
                                                      ATL600
                                                      Northern District of Georgia
                                                      600 United States Courthouse
                                                      75 Ted Turner Dr., S.W.
                                                      Atlanta, GA 30303
                                                      404-581-6064
                                                      Email: Jeff.A.Brown@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **Randy Scott Chartash**
                                                      Office of the United States Attorney-
                                                      ATL600
                                                      Northern District of Georgia
                                                      600 United States Courthouse
                                                      75 Ted Turner Dr., S.W.
                                                      Atlanta, GA 30303
                                                      404-581-6009
                                                      Email: randy.chartash@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **Teresa Marie Stolze**
                                                      Office of the United States Attorney-
                                                      ATL600
                                                      Northern District of Georgia
                                                      600 United States Courthouse
                                                      75 Ted Turner Dr., S.W.
                                                      Atlanta, GA 30303
                                                      404-581-6181
                                                      Email: teresa.stolze@usdoj.gov
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/27/2017 | 1 | INDICTMENT with Forfeiture Provision as to Allen J. Pendergrass (1) count(s) 1-5, 6, 7-10, and Terrell McQueen (2) count(s) 1-5, 6, 7-10. (cmd) (Entered: 06/29/2017) |
| 06/27/2017 | 2 | Defendant Information Sheet as to Allen J. Pendergrass. (cmd) (Entered: 06/29/2017) |
| 06/27/2017 | 4 | Request for Arraignment as to Allen J. Pendergrass. (cmd) (Entered: 06/29/2017) |

| 06/27/2017 | 5 | Writ of Habeas Corpus ad Prosequendum Issued as to Allen J. Pendergrass on 6/27/2017. Arraignment set for 7/21/2017 at 09:30 AM in ATLA Courtroom 1834 before Magistrate Judge John K. Larkins, III. Signed by Magistrate Judge Justin S. Anand on 6/27/2017. (cmd) (Entered: 06/29/2017) |
|---|---|---|
| 06/30/2017 | 7 | Notice for Leave of Absence for the following date(s): July 17th through July 24, 2017, by Jeffrey Aaron Brown. (Brown, Jeffrey) (Entered: 06/30/2017) |
| 07/21/2017 | | Case as to Allen J. Pendergrass, Terrell McQueen assigned to District Judge Amy Totenberg and Magistrate Judge Catherine M. Salinas. (jtj) (Entered: 07/24/2017) |
| 07/21/2017 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Victoria Calvert, IA Only, as to Allen J. Pendergrass. Signed by Magistrate Judge John K Larkins, III on 7/21/2017. (jtj) (Entered: 07/24/2017) |
| 07/21/2017 | 10 | ORDER OF CJA 20-Appointment to Pay Court Appointed Counsel, Robert H. Citronberg, for Allen J. Pendergrass. Signed by Magistrate Judge John K Larkins, III on 7/21/2017. (jtj) (Entered: 07/24/2017) |
| 07/21/2017 | 11 | CJA 23 Financial Affidavit by Allen J. Pendergrass. (jtj) (Entered: 07/24/2017) |
| 07/21/2017 | 12 | Minute Entry for proceedings held before Magistrate Judge John K Larkins, III: INITIAL APPEARANCE and ARRAIGNMENT with PLEA of NOT GUILTY by Allen J. Pendergrass (1). (Attachments: # 1 Plea (With Counsel)) (Tape #FTR) (jtj) (Entered: 07/24/2017) |
| 08/01/2017 | 17 | PRETRIAL SCHEDULING ORDER as to Allen J. Pendergrass. Pretrial Conference set for 8/9/2017 at 10:00 AM in ATLA Courtroom 1810 before Magistrate Judge Catherine M. Salinas. Signed by Magistrate Judge Catherine M. Salinas on 8/01/2017. (jtj) (Entered: 08/01/2017) |
| 08/08/2017 | 20 | MOTION for Extension of Time time to file motions and conduct pretrial conference by Allen J. Pendergrass. (Citronberg, Robert) (Entered: 08/08/2017) |
| 08/09/2017 | 21 | Minute Entry for proceedings held before Magistrate Judge Catherine M. Salinas: Bond Hearing as to Allen J. Pendergrass. Non-surety Bond set at $50,000. Defendant released. (Tape #FTR) (jtj) (Entered: 08/10/2017) |
| 08/09/2017 | 22 | ORDER Setting Conditions of Release as to Allen J. Pendergrass. Signed by Magistrate Judge Catherine M. Salinas on 8/09/2017. (jtj) (Entered: 08/10/2017) |
| 08/11/2017 | 23 | ORDER GRANTING 20 Motion for Extension of Time as to Allen J. Pendergrass (1). The deadline for filing pre-trial motions is hereby extended to August 22, 2017, and the pretrial conference is rescheduled for August 25, 2017, at 10:30 a.m. The time from August 9, 2017, to and until August 25, 2017, is excluded from the Speedy Trial Act computation. Signed by Magistrate Judge Catherine M. Salinas on 8/11/2017. (jtj) (Entered: 08/14/2017) |
| 08/24/2017 | 25 | MOTION for Jackson-Denno Hearing by Allen J. Pendergrass. (Citronberg, Robert) (Entered: 08/24/2017) |
| 08/24/2017 | 26 | MOTION to Suppress Evidence by Allen J. Pendergrass. (Citronberg, Robert) (Entered: 08/24/2017) |
| 08/24/2017 | 27 | MOTION to Dismiss indictment by Allen J. Pendergrass. (Citronberg, Robert) (Entered: 08/24/2017) |
| 08/24/2017 | 28 | MOTION for Extension of Time time to perfect motions by Allen J. Pendergrass. (Citronberg, Robert) (Entered: 08/24/2017) |
| 08/24/2017 | 29 | MOTION for Leave to File motions out of time (2 days) by Allen J. Pendergrass. |

| | | (Citronberg, Robert) (Entered: 08/24/2017) |
|---|---|---|
| 08/25/2017 | 31 | Minute Entry for proceedings held before Magistrate Judge Catherine M. Salinas: Pretrial Conference as to Allen J. Pendergrass. TAKING UNDER ADVISEMENT 25 Motion for Jackson-Denno Hearing, 26 Motion to Suppress Evidence, 27 Motion to Dismiss(The defendant is to perfect the motion by 9/29/17.) and GRANTING 28 Motion for Extension of Time and 29 Motion for Leave to File. (Tape #FTR) (bnw) (Entered: 08/25/2017) |
| 08/31/2017 | | ORAL MOTION to Travel outside Jurisdiction by Allen J. Pendergrass. (jtj) (Entered: 08/31/2017) |
| 08/31/2017 | 32 | ORDER GRANTING Oral Motion to Travel outside Jurisdiction as to Allen J. Pendergrass (1). Defendant may travel to Columbus, Ohio to visit his mother from September 1 9, 2017. Defendant shall continue to comply with all other conditions and restrictions set forth in the August 9, 2017 Order granting pretrial release, [Doc. No. 22]. Signed by Magistrate Judge Catherine M. Salinas on 8/31/2017. (jtj) (Entered: 08/31/2017) |
| 09/29/2017 | 33 | MOTION for Extension of Time to perfect motion to dismiss, by Allen J. Pendergrass. (Citronberg, Robert) Modified on 9/29/2017 to edit docket text. (jtj) (Entered: 09/29/2017) |
| 09/29/2017 | 34 | Notice for Leave of Absence for the following date(s): October 11, 2017 to October 13, 2017; November 20, 2017 to November 24, 2017; and December 21, 2017 to December 29, 2017., by Jeffrey Aaron Brown. (Brown, Jeffrey) (Entered: 09/29/2017) |
| 10/04/2017 | 35 | ORDER GRANTING 33 Motion for Extension of Time as to Allen J. Pendergrass (1). The defendant shall have through and including October 4, 2017, in which to perfect his motion to dismiss. The time from September 29, 2017, to and until October 4, 2017, is excluded from the Speedy Trial Act computation. Signed by Magistrate Judge Catherine M. Salinas on 10/04/2017. (jtj) (Entered: 10/04/2017) |
| 10/05/2017 | 36 | MOTION to Dismiss Indictment by Allen J. Pendergrass. (Attachments: # 1 Exhibit Ohio Indictment) (Citronberg, Robert) (Entered: 10/05/2017) |
| 10/30/2017 | 37 | RESPONSE in Opposition to 36 MOTION to Dismiss Indictment as to Allen J. Pendergrass, filed by USA. (Brown, Jeffrey) (Entered: 10/30/2017) |
| 12/04/2017 | 38 | NON-FINAL REPORT AND RECOMMENDATION as to Allen J. Pendergrass RECOMMENDING 25 MOTION for Jackson-Denno Hearing, 36 MOTION to Dismiss Indictment, and 27 MOTION to Dismiss indictment be DENIED. Defendant's Preliminary Motion to Suppress [Doc. 26] remains pending. An evidentiary hearing on this motion is set for December 20, 2017 at 9:30 a.m. Signed by Magistrate Judge Catherine M. Salinas on 12/04/2017. (jtj) (Entered: 12/04/2017) |
| 12/04/2017 | 39 | ORDER for Service of 38 Non-Final Report and Recommendation, by Magistrate Judge Catherine M. Salinas as to Allen J. Pendergrass. Each party may file written objections to the Report & Recommendation within 14 days of service. If no objections are filed, the Report & Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge Catherine M. Salinas on 12/04/2017. (jtj) (Entered: 12/04/2017) |
| 12/27/2017 | | Submission of 38 REPORT AND RECOMMENDATION as to Allen J. Pendergrass, submitted to District Judge Amy Totenberg. (jtj) (Entered: 12/27/2017) |
| 01/08/2018 | 40 | Supplemental MOTION to Suppress Evidence with Brief In Supportby Allen J. Pendergrass as to Allen J. Pendergrass, Terrell McQueen. (Citronberg, Robert) (Entered: 01/08/2018) |
| 01/22/2018 | 42 | Minute Entry Status Conference as to Allen J. Pendergrass (1) for proceedings held before Magistrate Judge Catherine M. Salinas: The Court TOOK UNDER ADVISEMENT 40 |

| | | |
|---|---|---|
| | | Motion to Suppress Evidence. A government response is due by 2/5/18 and any reply by the defendant is due by 2/19/18. (jtj) (Entered: 01/22/2018) |
| 01/23/2018 | 43 | Notice for Leave of Absence for the following date(s): April 2, 2018 to April 6, 2018; May 29, 2018 to May 31, 2018; June 1, 2018 to June 5, 2018; and July 16, 2018 to July 20, 2018., by Jeffrey Aaron Brown. (Brown, Jeffrey) (Entered: 01/23/2018) |
| 02/05/2018 | 44 | RESPONSE in Opposition to 40 Supplemental MOTION to Suppress Evidence as to Allen J. Pendergrass, filed by USA. (Attachments: # 1 Exhibit A)(Brown, Jeffrey) (Entered: 02/05/2018) |
| 02/09/2018 | 45 | NOTICE of Change of Defendant's Address for Allen J. Pendergrass. (jtj) (Entered: 02/12/2018) |
| 02/13/2018 | 46 | ORDER ADOPTING 38 Magistrate's Report and Recommendation as to Allen J. Pendergrass (1). The Court denies as moot 25 Motion for Jackson-Denno Hearing, denies 27 Motion to Dismiss and denies 36 Motion to Dismiss Indictment. Signed by Judge Amy Totenberg on 2/13/2018. (jtj) (Entered: 02/13/2018) |
| 02/22/2018 | 47 | REPORT AND RECOMMENDATION as to Allen J. Pendergrass RECOMMENDING 26 and 40 MOTIONS to Suppress be DENIED. This case is CERTIFIED READY FOR TRIAL. Signed by Magistrate Judge Catherine M. Salinas on 2/22/2018. (jtj) (Entered: 02/22/2018) |
| 02/22/2018 | 48 | ORDER for Service of 47 Report and Recommendation by Magistrate Judge Catherine M. Salinas as to Allen J. Pendergrass. Each party may file written objections to the Report & Recommendation within 14 days of service. If no objections are filed, the Report & Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge Catherine M. Salinas on 2/22/2018. (jtj) (Entered: 02/22/2018) |
| 03/20/2018 | | Submission of 47 Report and Recommendation as to Allen J. Pendergrass (1) to District Judge Amy Totenberg. (sap) (Entered: 03/20/2018) |
| 04/19/2018 | 50 | Notice for Leave of Absence for the following date(s): May 17-18, 2018; and June 6-8, 2018 by Jeffrey Aaron Brown. (Brown, Jeffrey) (Entered: 04/19/2018) |
| 05/11/2018 | 51 | Notice for Leave of Absence for the following date(s): July 16-20, 2018 by Jeffrey Aaron Brown. (Brown, Jeffrey) (Entered: 05/11/2018) |
| 05/22/2018 | 52 | ORDER ADOPTING the 47 Report and Recommendation DENYING 26 and 40 Motion to Suppress Evidence. Trial is hereby set to commence on Monday, June 25, 2018, at 9:30 AM in Courtroom 2308. The pretrial conference is set for Friday, June 8, 2018, at 4:00 PM in Courtroom 2308. See order for further deadlines. The time from the date of this order to June 25, 2018, shall be excluded from computation under the Speedy Trial Act. Signed by Judge Amy Totenberg on 5/22/18. (jpa) (Entered: 05/23/2018) |
| 05/23/2018 | | Set Hearings as to Allen J. Pendergrass and Terrell McQueen: Jury Trial set for 6/25/2018 at 09:30 AM in ATLA Courtroom 2308 before Judge Amy Totenberg. Pretrial Conference set for 6/8/2018 at 04:00 PM in ATLA Courtroom 2308 before Judge Amy Totenberg. (jpa) (Entered: 05/23/2018) |
| 06/05/2018 | | NOTICE OF CANCELLATION of Hearing: the Pretrial Conference that was set for June 8, 2018, at 4:00 PM has been cancelled as to Allen J. Pendergrass, Terrell McQueen. (acm) (Entered: 06/05/2018) |
| 06/20/2018 | 54 | MOTION to Continue Trial by Allen J. Pendergrass. (Citronberg, Robert) (Entered: 06/20/2018) |
| 06/21/2018 | 55 | ORDER GRANTING the Defendants' 53 and 54 Motion for Continuance of Trial as to |

| | | |
|---|---|---|
| | | Allen J. Pendergrass (1) and Terrell McQueen (2). IT IS HEREBY ORDERED that the above styled criminal action be continued and that the period of time between the filing of this motion and trial, is excluded from the Speedy Trial Act as to both defendants. Signed by Judge Amy Totenberg on 6/21/2018. (sap) (Entered: 06/21/2018) |
| 06/29/2018 | 56 | ORDER as to Allen J. Pendergrass and Terrell McQueen: The Court hereby CONTINUES the trial to Monday, August 6, 2018, at 9:30 AM in Courtroom 2308. The pretrial conference is set for July 27, 2018, at 2:30 PM in Courtroom 2308. Defendants are required to attend the pretrial conference or present a written waiver of their attendance. By July 16, 2018, the parties are to file any motions in limine and proposed voir dire questions. By July 16, 2018, the Government is to file a summary of the indictment for use in voir dire. By July 23, 2018, the parties are to file any objections to those items listed above. The time from June 25, 2018, to August 6, 2018, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv). Signed by Judge Amy Totenberg on 6/29/2018. (sap) (Entered: 06/29/2018) |
| 06/29/2018 | | Clerk's Certificate of Mailing as to Allen J. Pendergrass (1) re 56 Order. (sap) (Entered: 06/29/2018) |
| 07/03/2018 | 57 | First MOTION to Continue Trial by USA as to Allen J. Pendergrass. (Brown, Jeffrey) (Entered: 07/03/2018) |
| 07/23/2018 | 58 | ORDER as to Allen J. Pendergrass (1) granting the Government's 57 Motion for Continuance of Trial. The trial is continued to Tuesday, August 21, 2018, at 9:30 AM in Courtroom 2308. The pretrial conference is set for August 15, 2018, at 4:15 PM in Courtroom 2308. Defendant Pendergrass is required to attend the pretrial conference or present a written waiver of his attendance. By July 30, 2018, the parties are to file any motions in limine and proposed voir dire questions. By July 30, 2018, the Government is to file a summary of the indictment for use in voir dire. By August 6, 2018, the parties are to file any objections to those items listed above. Signed by Judge Amy Totenberg on 7/23/18. (ddm) (Entered: 07/23/2018) |
| 07/23/2018 | | Clerk's Certificate of Mailing as to Allen J. Pendergrass re 58 Order. Notice of street name change for the Atlanta courthouse included. (ddm) (Entered: 07/23/2018) |
| 07/27/2018 | 61 | Second MOTION to Continue Trial by USA as to Allen J. Pendergrass. (Brown, Jeffrey) (Entered: 07/27/2018) |
| 07/30/2018 | 62 | Notice for Leave of Absence for the following date(s): August 29-30, 2018; September 19-21, 2018; October 8-12, 2018; November 19-23, 2018; and December 24-28, 2018 by Jeffrey Aaron Brown. (Brown, Jeffrey) (Entered: 07/30/2018) |
| 08/15/2018 | 64 | ORDER GRANTING 61 Motion to Continue Trial as to Allen J. Pendergrass (1). Jury Trial set for 9/24/2018 at 09:30 AM in ATLA Courtroom 2308. Pretrial Conference set for 9/12/2018 at 10:30 AM in ATLA Courtroom 2308 before Judge Amy Totenberg. Defendant Pendergrass is required to attend the pretrial conference or present a written waiver of his attendance. By September 3, 2018, the parties are to file any motions in limine and proposed voir dire questions. By September 3, 2018, the Government is to file a summary of the indictment for use in voir dire. By 9:00 AM on September 10, 2018, the parties are to file any objections to those items listed above. The time from August 21, 2018, to September 24, 2018, shall be excluded from computation under the Speedy Trial Act. Signed by Judge Amy Totenberg on 8/15/2018. (jtj) (Entered: 08/15/2018) |
| 08/15/2018 | | Clerk's Certificate of Mailing as to Allen J. Pendergrass re 64 Order (jtj) (Entered: 08/15/2018) |
| 09/05/2018 | 65 | ORDER as to Allen J. Pendergrass resetting the Pretrial Conference for 9/18/2018 at 10:30 |

| | | AM in ATLA Courtroom 2308 before Judge Amy Totenberg. By September 12, 2018, the parties are to file any motions in limine and proposed voir dire questions. By September 12, 2018, the Government is to file a summary of the indictment for use in voir dire. By 10:00 AM on September 17, 2018, the parties are to file any objections to those items listed above. Signed by Judge Amy Totenberg on 9/05/2018. (jtj) (Entered: 09/05/2018) |
|---|---|---|
| 09/05/2018 | | Clerk's Certificate of Mailing as to Allen J. Pendergrass re 65 Order. (jtj) (Entered: 09/05/2018) |
| 09/06/2018 | 66 | Government's Summary of the Indictment as to Allen J. Pendergrass, filed by USA. (Brown, Jeffrey) Modified on 9/6/2018 to reflect e-filed document. (jtj) (Entered: 09/06/2018) |
| 09/12/2018 | 67 | Proposed Voir Dire Questions as to Allen J. Pendergrass by USA. (Brown, Jeffrey) (Entered: 09/12/2018) |
| 09/12/2018 | 68 | MOTION to Continue trial date by Allen J. Pendergrass. (Citronberg, Robert) (Entered: 09/12/2018) |
| 09/17/2018 | 69 | ORDER granting 68 Motion for Continuance of of the trial as to Allen J. Pendergrass (1). The time from September 24, 2018, to November 26, 2018, shall be excluded from computation under the Speedy Trial Act. The Jury Trial is rescheduled for 11/26/2018 at 01:30 PM in ATLA Courtroom 2308 before Judge Amy Totenberg. The Pretrial Conference is rescheduled for 11/9/2018 at 03:30 PM in ATLA Courtroom 2308 before Judge Amy Totenberg. Signed by Judge Amy Totenberg on 9/17/18. (jpa) (Entered: 09/18/2018) |
| 10/12/2018 | 71 | MOTION in Limine and NOTICE of Intention to Use 404(b) Evidence, filed by USA as to Allen J. Pendergrass (Brown, Jeffrey) Modified on 10/15/2018 to add motion in limine. (jtj) (Entered: 10/12/2018) |
| 10/15/2018 | 72 | NOTICE OF ATTORNEY APPEARANCE Teresa Marie Stolze appearing for USA. (Stolze, Teresa) (Entered: 10/15/2018) |
| 10/31/2018 | | NOTICE RESCHEDULING PRETRIAL CONFERENCE (by docket entry only) as to Allen J. Pendergrass. Pretrial Conference re-set for 11/8/2018 at 03:30 PM in ATLA Courtroom 2308 before Judge Amy Totenberg. (hfm) (Entered: 10/31/2018) |
| 11/02/2018 | 73 | Amended MOTION for (404b) Information of defendant or any co-defendant by USA as to Allen J. Pendergrass. (Brown, Jeffrey) (Entered: 11/02/2018) |
| 11/08/2018 | 74 | Minute Entry for proceedings held before Judge Amy Totenberg: Pretrial Conference as to Allen J. Pendergrass. Defendant will file voir dire and response to 73 Motion for 404b Evidence by 4:00pm on Friday November 16. Jury charges to be filed by Thursday, November 15. (Court Reporter Shannon Welch) (jpa) (Entered: 11/09/2018) |
| 11/15/2018 | 75 | Requests to Charge as to Allen J. Pendergrass (Citronberg, Robert) (Entered: 11/15/2018) |
| 11/15/2018 | 76 | Proposed Voir Dire Questions as to Allen J. Pendergrass (Citronberg, Robert) (Entered: 11/15/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/16/2018 09:13:54 | | |
| PACER Login: | gs06781357:2675753:0 | Client Code: | allen135 |

# EXHIBIT C: 2

CertRdyTrl,SHORT

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:17-cr-00224-AT-CMS-2

Case title: USA v. Pendergrass et al                    Date Filed: 06/27/2017

Assigned to: Judge Amy Totenberg
Referred to: Magistrate Judge Catherine M. Salinas

### Defendant (2)

**Terrell McQueen**                      represented by **Victoria Marie Calvert**
Federal Defender Program-Atl
Suite 1500
Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: victoria_calvert@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts                       **Disposition**

18:1341.F and 2 FRAUDS AND
SWINDLES
(1-5)

18:1956-3300.F MONEY LAUNDERING -
INTERSTATE COMMERCE
(6)

18:1028A.F(a)(1) and 2 FRAUD WITH
IDENTIFICATION DOCUMENTS
(7)

18:1028A.F(a)(1) and 2 FRAUD WITH
IDENTIFICATION DOCUMENTS
(8)

18:1028A.F(a)(1) and 2 FRAUD WITH
IDENTIFICATION DOCUMENTS
(9-10)

### Highest Offense Level (Opening)

Felony

**Terminated Counts**                                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                               **Disposition**

None

---

**Plaintiff**

USA                              represented by **Jeffrey Aaron Brown**
                                                Office of the United States Attorney-
                                                ATL600
                                                Northern District of Georgia
                                                600 United States Courthouse
                                                75 Ted Turner Dr., S.W.
                                                Atlanta, GA 30303
                                                404-581-6064
                                                Email: Jeff.A.Brown@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Retained*

                                                **Randy Scott Chartash**
                                                Office of the United States Attorney-
                                                ATL600
                                                Northern District of Georgia
                                                600 United States Courthouse
                                                75 Ted Turner Dr., S.W.
                                                Atlanta, GA 30303
                                                404-581-6009
                                                Email: randy.chartash@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Retained*

                                                **Teresa Marie Stolze**
                                                Office of the United States Attorney-
                                                ATL600
                                                Northern District of Georgia
                                                600 United States Courthouse
                                                75 Ted Turner Dr., S.W.
                                                Atlanta, GA 30303
                                                404-581-6181
                                                Email: teresa.stolze@usdoj.gov
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Retained*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 06/27/2017 | 1 | INDICTMENT with Forfeiture Provision as to Allen J. Pendergrass (1) count(s) 1-5, 6, 7-10, and Terrell McQueen (2) count(s) 1-5, 6, 7-10. (cmd) (Entered: 06/29/2017) |
| 06/27/2017 | 3 | Defendant Information Sheet as to Terrell McQueen. (cmd) (Entered: 06/29/2017) |
| 06/27/2017 | 6 | Praecipe filed. Arrest Warrant Issued by Magistrate Judge Justin S. Anand as to Terrell McQueen. (cmd) (Entered: 06/29/2017) |
| 06/30/2017 | 7 | Notice for Leave of Absence for the following date(s): July 17th through July 24, 2017, by Jeffrey Aaron Brown. (Brown, Jeffrey) (Entered: 06/30/2017) |
| 07/19/2017 | 8 | Rule 5(c)(3) Documents Received from the Northern District of Texas (Fort Worth), case number 4:17-mj-612-BJ as to Terrell McQueen. (Attachments: # 1 Waiver of Rule 5 & 5.1 Hearings, # 2 Order Setting Conditions of Release, # 3 Order requiring Defendant to Appear in District of Prosecution, # 4 Docket Sheet) (dfb) (Entered: 07/20/2017) |
| 07/21/2017 | | Case as to Allen J. Pendergrass, Terrell McQueen assigned to District Judge Amy Totenberg and Magistrate Judge Catherine M. Salinas. (jtj) (Entered: 07/24/2017) |
| 07/21/2017 | 13 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER, Victoria Marie Calvert, for Terrell McQueen. Signed by Magistrate Judge John K Larkins, III on 7/21/2017. (jtj) (Entered: 07/24/2017) |
| 07/21/2017 | 14 | CJA 23 Financial Affidavit by Terrell McQueen. (jtj) (Entered: 07/24/2017) |
| 07/21/2017 | 15 | Minute Entry for proceedings held before Magistrate Judge John K Larkins, III: INITIAL APPEARANCE and ARRAIGNMENT with PLEA of NOT GUILTY by Terrell McQueen (2). (Attachments: # 1 Plea (With Counsel)) (Tape #FTR) (jtj) (Entered: 07/24/2017) |
| 07/25/2017 | 16 | Arrest Warrant Returned Executed on 7/19/2017 as to Terrell McQueen. (jtj) (Entered: 07/26/2017) |
| 08/01/2017 | 18 | PRETRIAL SCHEDULING ORDER as to Terrell McQueen. Pretrial Conference set for 8/9/2017 at 10:00 AM in ATLA Courtroom 1810 before Magistrate Judge Catherine M. Salinas. Signed by Magistrate Judge Catherine M. Salinas on 8/09/2017. (jtj) (Entered: 08/01/2017) |
| 08/02/2017 | 19 | Unopposed MOTION for Extension of Time to File Pretrial Motions , Unopposed MOTION to Continue Pretrial Conference by Terrell McQueen. (Attachments: # 1 Text of Proposed Order) (Calvert, Victoria) (Entered: 08/02/2017) |
| 08/11/2017 | 24 | ORDER GRANTING 19 Motion for Extension of Time as to Terrell McQueen (2). The deadline for filing pre-trial motions is hereby extended to August 22, 2017, and the pretrial conference is rescheduled for August 25, 2017, at 10:30 a.m. The time from August 9, 2017, to and until August 25, 2017, is excluded from the Speedy Trial Act computation. Signed by Magistrate Judge Catherine M. Salinas on 8/11/2017. (jtj) (Entered: 08/14/2017) |
| 08/25/2017 | 30 | ORDER CERTIFYING CASE READY FOR TRIAL as to Terrell McQueen. Signed by Magistrate Judge Catherine M. Salinas on 8/25/17. (bnw) (Entered: 08/25/2017) |
| 08/25/2017 | | Clerks Certificate of Mailing as to Terrell McQueen re 30 Order Certifying Case Ready for Trial. (bnw) (Entered: 08/25/2017) |
| 09/29/2017 | 34 | Notice for Leave of Absence for the following date(s): October 11, 2017 to October 13, 2017; November 20, 2017 to November 24, 2017; and December 21, 2017 to December 29, 2017., by Jeffrey Aaron Brown. (Brown, Jeffrey) (Entered: 09/29/2017) |
| 01/08/2018 | 40 | Supplemental MOTION to Suppress Evidence with Brief In Supportby Allen J. Pendergrass as to Allen J. Pendergrass, Terrell McQueen. (Citronberg, Robert) (Entered: 01/08/2018) |

| 01/19/2018 | 41 | Request for Leave of Absence for the following date(s): May 7, 2018 through and including May 11, 2018, May 25, 2018, and May 30, 2018 through and including June 1, 2018, by Victoria Marie Calvert. (Calvert, Victoria) (Entered: 01/19/2018) |
|---|---|---|
| 01/23/2018 | 43 | Notice for Leave of Absence for the following date(s): April 2, 2018 to April 6, 2018; May 29, 2018 to May 31, 2018; June 1, 2018 to June 5, 2018; and July 16, 2018 to July 20, 2018., by Jeffrey Aaron Brown. (Brown, Jeffrey) (Entered: 01/23/2018) |
| 04/02/2018 | 49 | Request for Leave of Absence for the following date(s): June 30-July 6, 2018; and August 6-10, 2018 by Victoria Marie Calvert. (Calvert, Victoria) (Entered: 04/02/2018) |
| 04/19/2018 | 50 | Notice for Leave of Absence for the following date(s): May 17-18, 2018; and June 6-8, 2018 by Jeffrey Aaron Brown. (Brown, Jeffrey) (Entered: 04/19/2018) |
| 05/11/2018 | 51 | Notice for Leave of Absence for the following date(s): July 16-20, 2018 by Jeffrey Aaron Brown. (Brown, Jeffrey) (Entered: 05/11/2018) |
| 05/22/2018 | 52 | ORDER ADOPTING the 47 Report and Recommendation DENYING 26 and 40 Motion to Suppress Evidence. Trial is hereby set to commence on Monday, June 25, 2018, at 9:30 AM in Courtroom 2308. The pretrial conference is set for Friday, June 8, 2018, at 4:00 PM in Courtroom 2308. See order for further deadlines. The time from the date of this order to June 25, 2018, shall be excluded from computation under the Speedy Trial Act. Signed by Judge Amy Totenberg on 5/22/18. (jpa) (Entered: 05/23/2018) |
| 05/23/2018 | | Set Hearings as to Allen J. Pendergrass and Terrell McQueen: Jury Trial set for 6/25/2018 at 09:30 AM in ATLA Courtroom 2308 before Judge Amy Totenberg. Pretrial Conference set for 6/8/2018 at 04:00 PM in ATLA Courtroom 2308 before Judge Amy Totenberg. (jpa) (Entered: 05/23/2018) |
| 06/05/2018 | | NOTICE OF CANCELLATION of Hearing: the Pretrial Conference that was set for June 8, 2018, at 4:00 PM has been cancelled as to Allen J. Pendergrass, Terrell McQueen. (acm) (Entered: 06/05/2018) |
| 06/20/2018 | 53 | MOTION to Continue Trial by Terrell McQueen. (Calvert, Victoria) (Entered: 06/20/2018) |
| 06/21/2018 | 55 | ORDER GRANTING the Defendants' 53 and 54 Motion for Continuance of Trial as to Allen J. Pendergrass (1) and Terrell McQueen (2). IT IS HEREBY ORDERED that the above styled criminal action be continued and that the period of time between the filing of this motion and trial, is excluded from the Speedy Trial Act as to both defendants. Signed by Judge Amy Totenberg on 6/21/2018. (sap) (Entered: 06/21/2018) |
| 06/29/2018 | | NOTICE Setting Case for Tender of Plea as to Terrell McQueen. Tender Plea Hearing set for 7/23/2018 at 11:00 AM in ATLA Courtroom 2308 before Judge Amy Totenberg. (acm) (Entered: 06/29/2018) |
| 06/29/2018 | 56 | ORDER as to Allen J. Pendergrass and Terrell McQueen: The Court hereby CONTINUES the trial to Monday, August 6, 2018, at 9:30 AM in Courtroom 2308. The pretrial conference is set for July 27, 2018, at 2:30 PM in Courtroom 2308. Defendants are required to attend the pretrial conference or present a written waiver of their attendance. By July 16, 2018, the parties are to file any motions in limine and proposed voir dire questions. By July 16, 2018, the Government is to file a summary of the indictment for use in voir dire. By July 23, 2018, the parties are to file any objections to those items listed above. The time from June 25, 2018, to August 6, 2018, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv). Signed by Judge Amy Totenberg on 6/29/2018. (sap) (Entered: 06/29/2018) |
| 07/23/2018 | 59 | Minute Entry for proceedings held before Judge Amy Totenberg: Change of Plea Hearing held as to Terrell McQueen and PLEA OF GUILTY entered as to Count 8. The Court |

|            |      | directed the parties to file sentencing memoranda no later than 3 business days prior to the sentencing hearing. (Attachments: # 1 Guilty Plea and Plea Agreement) (Court Reporter Shannon Welch) (ddm) (Entered: 07/24/2018) |
|------------|------|---------------------------------------------------------------------------|
| 07/23/2018 | 60   | NOTICE OF SENTENCING Set as to Terrell McQueen for November 15, 2018 at 02:00 PM in ATLA Courtroom 2308 before Judge Amy Totenberg. (ddm) (Entered: 07/24/2018) |
| 07/30/2018 | 62   | Notice for Leave of Absence for the following date(s): August 29-30, 2018; September 19-21, 2018; October 8-12, 2018; November 19-23, 2018; and December 24-28, 2018 by Jeffrey Aaron Brown. (Brown, Jeffrey) (Entered: 07/30/2018) |
| 08/13/2018 | 63   | Request for Leave of Absence for the following date(s): September 21, 2018 through and including September 25, 2018, by Victoria Marie Calvert. (Calvert, Victoria) (Entered: 08/13/2018) |
| 09/24/2018 | 70   | Request for Leave of Absence for the following date(s): November 8, 2018 through and including November 9, 2018, by Victoria Marie Calvert. (Calvert, Victoria) (Entered: 09/24/2018) |
| 10/15/2018 | 72   | NOTICE OF ATTORNEY APPEARANCE Teresa Marie Stolze appearing for USA. (Stolze, Teresa) (Entered: 10/15/2018) |
| 10/18/2018 |      | NOTICE OF CANCELLATION of Hearing as to Terrell McQueen: the sentencing that was set for November 15, 2018 at 2:00 PM in ATLA Courtroom 2308 before Judge Amy Totenberg has been cancelled. (acm) (Entered: 10/18/2018) |

| PACER Service Center | | |
|-----------------------|---|---|
| **Transaction Receipt** | | |
| 11/16/2018 09:11:37 | | |
| PACER Login: | gs06781357:2675753:0 | **Client Code:** | allen135 |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cr-00224-AT-CMS |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# EXHIBIT D

# Incident Report - DA Copy

**14-1799**

Supplement No
**0002**

## FORT COLLINS POLICE SERVICES

### WITNESS (SUBJECT TYPE) 3: RICKS,DOUGLAS

| Means of Attack | | Extent of Injury | | Dom Violence | Res Status | Rms Transfer **Successful** |
|---|---|---|---|---|---|---|
| Type **WORK/BU** | Address **226 PEACHTREE ST SW 3RD FLOOR** | | | | City **ATLANTA** | State **GEORGIA** |
| zip code **30303** | | Date **02/04/2013** | | | | |
| Phone Type **BUSINESS** | Phone No **(404)546-5227** | | Date **02/04/2013** | | | |
| Phone Type **FAX** | Phone No **(404)546-8159** | | Date **02/04/2013** | | | |
| Type **BUSINESS** | Email **dmricks@atlantaga.gov** | | | | | |

| Report Officer **FC137/STEELE,REX** | Printed At **08/13/2014   10:53AM** | Page 3 of 4 |
|---|---|---|

People v. Allen James Pendergrass          Case No.: D03514CR001157

## ENDORSED WITNESS LIST

Rex Steele
Fort Collins Police Dept
2221 S Timberline
Fort Collins, CO  80525

David Bosley
Us Attorney S Disctrict Of Ohio

Phil Gentile
Us Postal Inspector

Douglas Ricks
Atlanta P D
226 Peachtree St Sw
3rd Floor
Atlanta, GA  30303

Linda Lucas
U S Postal Inspectors
895 Central Ave # 400
Cincinatti, OH  45202

*City Of Fort Collins*
215 N Mason St
Fort Collins, CO  80521

Chris Donegon
City Of Fort Collins
215 N Mason St
Fort Collins, CO  80521

John Voss
City Of Fort Collins
215 N Mason St
Fort Collins, CO  80521

Aleza Merkert
333 Thornall St 6th Floor
Edison, NJ  33021

Jeffrey Beck
433 Plaza Real # 275
Boca Raton, FL  33432

Jorge Luis Rodriguez
1440 Sw 102 Pl
Miami, FL  33174

Jorge Alberto Rodriguez
12009 Sw 12th St
Pembroke Pines, FL  33025

Sorana Georgescu Keever
5529 Bayviewdr
Ft Lauderdale, FL  33308

Rita Conde
Bank Of America
P O Box 15047
De5-024-02-08
Wilmington, DE  19850

Lisa Tennyson
Wells Fargo Bank
1700 Lincoln St
Denver, CO  80203

RE: PENDERGRASS, ALLEN J.

### Other Minor Conviction(s)

45. The defendant has incurred convictions for Speed (2) and Registration/Title Violation in Franklin and Madison County Municipal Courts. The defendant also incurred Speeding infractions in Clayton State Court, Georgia, and in Indiana. Pursuant to U.S.S.G. § 4A1.2(c)(2), these convictions would not result in criminal history points.

### Criminal History Computation

46. The criminal history score is zero. According to the Sentencing Table in Chapter 5, Part A, a criminal history score of zero establishes a criminal history category of I.

### Pending Charges

47. On September 19, 2013, the defendant was arrested for Theft by Taking (2 felonies) and Forgery (two F3 counts) in Atlanta, Georgia. These charges are currently pending.

48. On October 15, 2014, Allen Pendergrass was arrested for Theft, $20,000 or More (Third Degree Felony) in Larimer County District Court, Fort Collins, Colorado, Case No. 2014CR1157. On August 14, 2014, a felony complaint was filed. He is scheduled for a disposition hearing on March 6, 2015.

### Other Arrests

| 49. | Date of Arrest | Charge | Agency | Disposition |
|---|---|---|---|---|
| | 06/05/00 (Age 43) | Grand Theft (F); Docket No.: 14019/00 | Franklin County Municipal Court, Columbus, OH | Date Unknown: Bound over, Franklin County Common Pleas. |

## PART C. OFFENDER CHARACTERISTICS

### Personal and Family Data

50. Allen James Pendergrass was born on December 6, 1956 in Columbus, Ohio. His mother is Maggie (nee: Pendergrass) Collins. The defendant related he does not know the identity of his father. His parents did not reside together and he did not have any contact with his father. The defendant was raised by his mother until the age of two. At that point, his maternal grandparents raised Pendergrass with his mother. The defendant's mother raised his maternal half-brothers. She was unable to afford to raise all of the children. She was deaf and never maintained employment. The defendant's mother received government assistance. Pendergrass resided with his uncle in Chester, South Carolina when he was four years old for three years. He then returned to reside with his grandparents, their nine children and his brother. Both of his grandparents worked to support the household. Pendergrass reported he enjoyed a good upbringing. He felt as though he was the favorite son. He and his brother referred to their grandparents as Mom and Dad. Education was emphasized in the home, as well as following the rules and respecting elders. The defendant described his grandfather as very strict. Violations of

9

RE: PENDERGRASS, ALLEN J.

household rules would result in a whipping from his grandfather. He related there was no form of abuse in the home. Pendergrass moved out of the family home at the age of 17 while he was a senior in high school. He felt as though he was a financial burden due to their large family. His grandfather passed away in 1992 and his grandmother recently passed away.

51.   In 2002 the defendant moved to Tucson, Arizona and two years later, relocated to Fayetteville, Georgia.

52.   The defendant's mother, Maggie Collins, age 76, resides in Columbus. He shares a fair relationship with her. They communicate once or twice a month. His brother, Larry Pendergrass, age 59, lives in Cincinnati, Ohio. He is employed by the Veteran's Administration (VA). The defendant had two maternal half-brothers. Ronald Fair was murdered during an argument in 1984 when he was 19 years old. Donald Fair passed away in 1996 at the age of 33 as a result of kidney failure.

53.   The defendant married Judy Watkins in May 1979 in Columbus, Ohio. The couple has two children, Ashley and Nathan Pendergrass, ages 28 and 24, respectively. Ashley is employed by the Mental Institute for Children and Nathan works for Beacon Assets Collections. They are both in good health and do not possess a criminal history.

54.   In 2009, the defendant's wife battled ovarian cancer for approximately 11 months. Pendergrass was her sole caretaker. His wife was eventually hospitalized and later was placed in hospice. She eventually was returned to the hospital when she passed away. During this time, the defendant lost his business, Guishard, Wilburn and Shorts. Pendergrass detailed his wife previously worked in collections for three years and then worked as vice president for his company.

55.   The defendant's daughter, Ashley Pendergrass, was telephonically interviewed on February 23 and February 24, 2015. She described him as a great father. He worked to support the family and worked longer hours as he operated his own business. When they were younger, their mother was employed by the school system as an administrative assistant, so she maintained the same schedule as the children. She was always available for them. In later years, she worked with her husband's business. The two enjoyed a loving relationship. Ashley Pendergrass described her parents as best friends. It was devastating for all of them when her mother was diagnosed with ovarian cancer. Initially, her father reduced his hours, but towards the end, he decreased them significantly. It was draining on him to watch his wife succumb to cancer but he remained strong for the children. He also had to take on extra duties at home that his wife previously handled. It was a difficult time for the family.

56.   A couple of years after Ashley Pendergrass' mother passed away, she began to notice a difference in her father. His drinking escalated and he began to make concerning statements. He became suicidal and discussed ending his life. She intervened and assisted her father in meeting with a psychologist. For the next four years, he intermittently was treated by a psychologist. The defendant's daughter explained her father was unable to consistently attend counseling since he did not have insurance.

10

RE: PENDERGRASS, ALLEN J.

However, he was prescribed medication which he took on a regular basis. He received medication to balance his mood and to assist with his sleep. Ashley Pendergrass reported her father is obviously currently under stress due to the instant offense.

57.   Ms. Pendergrass found out about her father's case when he was arrested. She reported she was shocked but will remain supportive regardless. She indicated that her father was experiencing hard times and was trying to survive. She believes he was involved in this behavior in order to provide for his family. Ashley Pendergrass emphasized her father is an important figure in her life and her daughter's life. She is hopeful for the best possible outcome in this case. She hopes he can avoid imprisonment, receive mental health counseling and have the opportunity to satisfy restitution.

58.   Allen Pendergrass resides with his children at 441 Highway 279 in Fayetteville, Georgia. Pendergrass stated the home does not contain any firearms. The family does not have any pets. A home inspection has been requested. The results of this inspection will be included in the final report.

**Physical Condition**

59.   Allen James Pendergrass is 5 feet, 7 inches tall and weighs 174 pounds. He has brown eyes and black hair which he keeps shaved. He also has a mustache and a mole in the front center of his head. The defendant has scars on his upper right arm and mid abdomen.

60.   The defendant characterized his physical health as good. He does not visit a primary care physician on a regular basis and does not experience any physical issues.

**Mental and Emotional Health**

61.   Allen Pendergrass characterized his mental health as good. He indicated he had a difficult year when he lost his wife and isolated himself from others. Defense counsel described Pendergrass' mental health situation as poor due to trying to cope with the loss of his wife plus his current financial situation. He believes the defendant's mental health situation prompted him to get involved in this case.

Allen Pendergrass disclosed that in 2010, he sought outpatient individual counseling in Atlanta. He was unable to recall the name of the agency. He attended approximately four sessions but had to discontinue attendance since he did not have insurance and was unable to afford the cost on his own.    In 2014, he started attending individual counseling at another center. He initially attended treatment every two weeks, with sessions being decreased to every two months. He also has been prescribed Adderall to assist with sleeping and improve his mental state. The defendant is to provide the name

RE:  PENDERGRASS, ALLEN J.

### Substance Abuse

64.  The defendant reported that at the age of 25, he consumed two glasses of vodka twice a month.  In 2009, his usage increased to approximately five vodka drinks each evening. This usage pattern continued until 2013.  He presently drinks two glasses of vodka twice a month.

65.  Pendergrass reported that in his thirties, he tried marijuana and cocaine on a couple of occasions.  He also used Valium to help calm down when he was dealing with his wife's illness.

66.  Pendergrass stated drug treatment should be a part of his mental health counseling since he used due to his mental health problems.  He admitted using drugs in order to self-medicate.

### Educational, Vocational and Special Skills

67.  Allen James Pendergrass reported he attended East High School from 1972 until he graduated in 1974.  He continued his education that same year at Columbus State Community College.  He completed one year studying accounting.  The records specialist confirmed the defendant attended from September 1974 to June 1983.  He completed 64 credit hours and earned a cumulative grade point average of 2.34.

68.  In 1977, Pendergrass continued his education at Denison University studying economics. The registrar's office confirmed Pendergrass attended Denison University from September 8, 1976 to May 25, 1977, however, his records are no longer on file.  Later that year, he transferred to Capital University and two years later, graduated with a Bachelor of Arts degree in Business Administration.

69.  Allen Pendergrass stated he was a licensed real estate broker in Ohio in 1996 and in Georgia in 2004.  He was a licensed auctioneer in Georgia in 2007.

### Employment Record

70.  The defendant has been self-employed since 2012 operating Asset Financial Recovery in College Park, Georgia.  He works in collections and unclaimed funds, earning $1,800 to $2,800 per month.

71.  From 2004 to 2012, the defendant was the president of Guishard, Wilburn and Shorts, Inc., in Fayetteville, Georgia.  He initially started this company in Columbus, Ohio from 1998 to 2002.  He earned roughly $4,000 per month operating this collections company.

72.  From 1990 to 1992, Pendergrass owned and operated Horizon Builders in Columbus, Ohio.  He earned $1,800 per week but discontinued this business for a better position.