# EXHIBIT E





ATLANTA JUDICIAL CIRCUIT

# Pretrial Services
Fulton County Superior Court
Atlanta Judicial Circuit
136 Pryor Street, S.W.
Suite C-640
Atlanta, Georgia 30303

Office of Deputy Court Administrator
Robin S. Rooks

Telephone (404) 612-4527
Fax (404) 335-5221

FILED IN OFFICE
APR 03 2014
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

DATE:   April 2, 2014

TO:   Clerk of Superior Court

FROM:   Tuere Porche-James

RE:   PSO Closure

---

**DEFENDANT NAME:**   Pendergrass, Allen

**BOOKING#:**   1326455

**CP#:**   13CP139937

**CHARGE(S)** Theft by Deception; 2 ct Theft by Taking; 4 ct Forgery in 3rd degree; and 2ct Theft by Taking

The aforementioned defendant was released from Fulton County Jail on 10/09/2013 and was placed under supervision by Pretrial Services pursuant to Uniform Superior Court Rule 27.3.

Superior Court Standing Order signed on April 25, 2001, provides that Pretrial Services will supervise an unindicted or unaccused defendant released to their supervision for a period of four months from the date of release after which, Pretrial Services is relieved of its obligation to supervise the defendant.

Pretrial Services has supervised the defendant for four months. The District Attorney was notified on 03/20/14 that supervision would cease if the defendant remained unindicted. As of this date, the District Attorney has either not responded to Pretrial Services or has not indicted this defendant. As a result, Pretrial Services has terminated the defendant's pretrial supervision.

TUERE PORCHE-JAMES/ KL
PRETRIAL RELEASE CASE MANAGER
(404)612-2576

#30 prelim S-C

IN THE SUPERIOR COURT OF FULTON COUNTY GEORGIA

FILED IN OFFICE
OCT 04 2013
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

STATE OF GEORGIA

VS.

Allen James Pendergrass
Defendant

ACCUSATION NO. 13CP139952
BOOKING NO. 1326455
CHARGE(S): (1) Theft by Taking (F)
(2) Theft by Taking (F) (3) Forgery 3d degree
(4) Forgery 3d degree (5) _____
(6) _____ (7) _____
(8) _____ (9) _____

Reduced/Modified

**ORDER FOR BOND**

The aforesaid matter having come before this Court for a regularly scheduled Bond Hearing, and it is hereby ORDERED that:

A. Bond is set as follows: (1) 20,000 (2) 20,000 (3) 17,500 (4) 17,500 (5) _____
   (6) _____ (7) _____ (8) _____ (9) _____
   That the total bond be set at 75,000, or counts 1,2,3,4  Pretrial Supervision D.Aiken 1010 3,5,1 only

B. _____ Sign Own Bond (SOB), or,

C. ✓ Release to Pretrial Services Supervision in Lieu of Financial Bond or Security, or,

D. _____ Bond be denied for the following reason(s):
   _____ 1. The accused poses a significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.
   _____ 2. The accused poses a significant threat or danger to any person, the community, or to any property in the community.
   _____ 3. The accused poses a significant risk of committing a felony pending trial.
   _____ 4. The accused poses a significant risk of intimidating witnesses or otherwise obstructing the administration of justice.

E. Conditions Imposed on the Defendant:
   _____ 1. You have received written notice of your next court date today.
   _____ 2. You will be notified of your next court date by mail.
      If change your address, it is your responsibility to immediately notify, in writing: Clerk of Superior Court, Attn: Court Services, 136 Pryor Street, SW, Atlanta, GA 30303
   _____ 3. **Failure to appear will result in a warrant being issued for your arrest.**
   _____ 4. **That the defendant have no contact directly or indirectly with the victim, victim's family, professional, personal, or close associates, by phone, mail, e-mail, or through third party, including at victim's work place, church, home, and daycare. If defendant encounters victim, defendant must leave immediately, and must not come within 200 yards of victim.**
   _____ 5. Other: Stay away from Co-Defendant Terell McQueen, ankle monitor 24 hour curfew, no engaging in fiduciary relationship, family member to co-sign bond, no participation in activity that led to charges, surrender passport.

SO ORDERED this 4 day of October, 20 13.

_____
JUDGE, Superior Court of Fulton County/
Magistrate, Sitting by Designation for
Superior Court of Fulton County, Georgia

Consent by:
_____ (Defendant)
_____ (Defense Counsel) Robert H. Citronberg
_____ (ADA) observed but not consent

9-23-09.vcg

# EXHIBIT F

amount of 1.5 million to 3.5 million ( a 4 level difference). Let me know if you have any questions. See attached plea agreement. This plea agreement has not been approved by a supervisor and is not an approved offer. The plea agreement is being communicated to facilitate plea negotiations. Please let me know today if your client is interested in resolving his case with a plea agreement and I will seek approval for the attached agreement. Thanks,

Jeffrey A. Brown | Assistant United States Attorney | Northern District of Georgia

75 Ted Turner Drive, S.W.| Suite 600 | Atlanta, GA  30303

T: 404.581.6064| F: 404.581.6181

**From:** Brown, Jeff A. (USAGAN)
**Sent:** Tuesday, October 16, 2018 11:59 AM
**To:** 'Robert Citronberg' <rcitronberg@gmail.com>
**Cc:** Stolze, Teresa (USAGAN) <TStolze@usa.doj.gov>
**Subject:** RE: U.S. v. Pendergrass

Bob:

Good morning. Let me know if your client wants to resolve the case with a plea. Thanks,

Jeffrey A. Brown | Assistant United States Attorney | Northern District of Georgia

75 Ted Turner Drive, S.W.| Suite 600 | Atlanta, GA  30303

T: 404.581.6064| F: 404.581.6181

**From:** Brown, Jeff A. (USAGAN)
**Sent:** Wednesday, September 12, 2018 10:21 AM
**To:** 'Robert Citronberg' <rcitronberg@gmail.com>
**Subject:** RE: U.S. v. Pendergrass et. al. summary exhibits/business records

Bob:

Good morning. Let know if you are still planning on filing a motion to continue. Thanks,

Jeffrey A. Brown | Assistant United States Attorney | Northern District of Georgia

75 Ted Turner Drive, S.W.| Suite 600 | Atlanta, GA  30303

T: 404.581.6064| F: 404.581.6181

**From:** Brown, Jeff A. (USAGAN)
**Sent:** Wednesday, September 12, 2018 10:13 AM
**To:** 'Robert Citronberg' <rcitronberg@gmail.com>
**Subject:** FW: U.S. v. Pendergrass et. al. summary exhibits/business records

Bob:

See attached summaries of two of your client bank accounts that I plan on introducing as a summary exhibit at trial. Also, please see attached letter. Please contact me if you have objections to use of business records certification forms to authenticate business records. Thanks,

Jeffrey A. Brown | Assistant United States Attorney | Northern District of Georgia

75 Ted Turner Drive, S.W.| Suite 600 | Atlanta, GA 30303

T: 404.581.6064| F: 404.581.6181

**From:** Downing, Linda (USAGAN)
**Sent:** Tuesday, September 11, 2018 11:21 AM
**To:** Brown, Jeff A. (USAGAN) <JBrown7@usa.doj.gov>
**Subject:** RE: U.S. v. Pendergrass et. al.

Jeff,

I worked on this a year and a half ago, and scheduled out three accounts (I did not include one of the accounts as it had minimal activity). I see there are other accounts out there (Suntrust, PNC, etc.). These have not been scheduled out, and I don't recall the reason. I can do that now, but I don't remember whether or not you and I discussed which accounts you wanted analyzed.

-Linda

**From:** Brown, Jeff A. (USAGAN)
**Sent:** Tuesday, September 11, 2018 11:12 AM
**To:** Downing, Linda (USAGAN) <LDowning@usa.doj.gov>
**Subject:** U.S. v. Pendergrass et. al.

Linda:

This case is scheduled for trial for September 24th. Defense counsel has filed a motion to continue. I have hard copies of two bank account schedules you prepared. Can you email me the electronic versions of the spreadsheets and any other work you completed on the case. Thanks,

Jeffrey A. Brown | Assistant United States Attorney | Northern District of Georgia

75 Ted Turner Drive, S.W.| Suite 600 | Atlanta, GA  30303

T: 404.581.6064| F: 404.581.6181

📎 **2018-10-18 GUILTY PLEA and PLEA AGREEMENT Allen Pendergrass.pdf**
111K

# EXHIBIT G

Printed By: 0602 PAGE2
Printed Date: 09/19/2013

ATLANTA POLICE DEPARTMENT
Offense Report
INCIDENT NUMBER: 132261160-01

| | | | | |
|---|---|---|---|---|
| Phone: | SSN: | DOB: 07/08/1980 | Sex: M | Race: B |
| DL Number: | State: | Hgt: 6'03 Wgt: 250 | Hair: BLK | Eyes: BRO |
| Employer: | Phone: | | | |

Emp Addr:
Bldg:    Apt #:
Arr Date: 09/16/2013
-------------CHARGES-------------
16-8-3 500 (THEFT BY DECEPTION, OVER $500)    Counts: 2

### NARRATIVE

On todays date the City of Atlanta's Major Fraud Unit along with Postal investigators, College Park Police and the Georgia State University Police executed an arrest and search warrant at 4854 Old National Hwy suite #161. (Assets Financial Recovery) During the execution of the warrant we detained Mr. Terrell McQueen, and Allen Pendergrass. I had an arrest warrant for Mr. Pendergrass for the crimes of Forgery 3rd degree and Theft by Deception.

I had been attempting to identify Mr. Terrell McQueen during this investigation; he is the person who made contact with the City Of Atlanta's financial department on numerous occasions requesting checks be mailed to the post office box belonging to the business he claimed to President of, Assets Financial Recovery. The two were detained and advised of their Miranda rights and both refused to make any statements without an attorney.

OFFENSE REPORT #132261160-01 REVIEWED BY RICKS, DOUGLAS M ON 9/19/2013 6:09:38 PM

OFFENSE REPORT #132261160-01 APPROVED BY



Wells Fargo Business Online®

## Deposited Item Details

**Deposit to BUSINESS CHECKING XXXXXX3556**

| Deposit Date | Description | Amount | Status |
|---|---|---|---|
| 05/23/13 | DEPOSIT | $26,874.42 | Posted 05/23/13 |

**Deposit Item (1 of 1)**

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 1 | WELLS FARGO BK NA | XXXXXXXXX1759 | 2221798 | $26,874.42 |

Note: The account number, signature, and endorsement may be removed from the image(s) for security reasons. To obtain a full copy of the image, please send us a secure email or call us at 1-800-956-4442, 24 hours, 7 days a week.



CITY OF ATLANTA
Department of Finance
WELLS FARGO BANK, N.A.
ATLANTA, GEORGIA
Check No. 2221798
Date: 05/22/13
Check Amount $26,874.42
Twenty-Six Thousand Eight Hundred Seventy-Four Dollars And 42 Cents
VOID AFTER 180 DAYS
PAY TO THE ORDER OF ASSET FINANCIAL RECOVERY INC C/O LONG WEINBERG, ANSLEY, & WH



🏠 Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

 Wells Fargo Business Online®

<Back to Account Activity

## Deposit Details

**Deposit to BUSINESS CHECKING XXXXXX3556**

| Deposit Date | Description | Amount | Status |
|---|---|---|---|
| 05/23/13 | DEPOSIT - View Deposit Slip | $26,874.42 | Posted 05/23/13 |

**Deposit Summary**

| Category | Amount |
|---|---|
| Checks (1 item) | $26,874.42 |
| Total | $26,874.42 |

**Deposited Items**

**Checks**

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 1 | WELLS FARGO BK NA | XXXXXXXXX1759 | 2221798 - View | $26,874.42 |
| Total Checks | | | | $26,874.42 |

🏠 Equal Housing Lender
© 1995 – 2013 Wells Fargo. All rights reserved.



**Wells Fargo Business Online®**

*Bank Deposits*

<Back to Account Activity

## Deposit Details

Deposit #681747739 to BUSINESS CHECKING XXXXXX3556

| Deposit Date | Description | Amount | Status |
|---|---|---|---|
| 06/20/13 | DEPOSIT MADE IN A BRANCH/STORE #681747739 - View Deposit Slip | $106,879.00 | Posted 06/20/13 |

### Deposit Summary

| Category | Amount |
|---|---|
| Checks (4 items) | $106,879.00 |
| Total | $106,879.00 |

### Deposited Items

**Checks**

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 1 | WELLS FARGO BK NA | XXXXXXXXX1759 | 2220565 - View | $76,636.28 |
| 2 | WELLS FARGO BK NA | XXXXXXXXX1759 | 2220566 - View | $14,875.67 |
| 3 | WELLS FARGO BK NA | XXXXXXXXX1759 | 2220564 - View | $11,000.00 |
| 4 | WELLS FARGO BK NA | XXXXXXXXX1759 | 2222126 - View | $4,367.05 |
| Total Checks | | | | $106,879.00 |

🏠 Equal Housing Lender

© 1995 – 2013 Wells Fargo. All rights reserved.

 Wells Fargo Business Online®

## Deposited Item Details

Deposit #68 /47739 to BUSINESS CHECKING XXXXXX3556

| Deposit Date | Description | Amount | Status |
|---|---|---|---|
| 06/20/13 | DEPOSIT MADE IN A BRANCH/STORE #681747739 | $106,879.00 | Posted 06/20/13 |

Deposit Item (4 of 4)

< Previous |

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 4 | WELLS FARGO BK NA | XXXXXXXXX1759 | 2222126 | $4,367.05 |

Note: The account number, signature, and endorsement may be removed from the image(s) for security reasons. To obtain a full copy of the image, please send us a secure email or call us at 1-800-956-4442, 24 hours, 7 days a week.



CITY OF ATLANTA
Department of Finance
WELLS FARGO BANK, N.A.
ATLANTA, GEORGIA
Check No. 2222126   94-975 / 812
Date 05/24/13
Four Thousand Three Hundred Sixty-Seven Dollars And 05 Cents
Check Amount $4,367.05
VOID AFTER 180 DAYS
PAY TO THE ORDER OF ASSET FINANCIAL RECOVERY, INC C/O MICHAEL BURANDT



< Previous |

Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.



Wells Fargo Business Online®

## Deposited Item Details

**Deposit #681747739 to BUSINESS CHECKING XXXXXX3556**

| Deposit Date | Description | Amount | Status |
|---|---|---|---|
| 06/20/13 | DEPOSIT MADE IN A BRANCH/STORE #681747739 | $106,879.00 | Posted 06/20/13 |

**Deposit Item (3 of 4)**

< Previous | Next >

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 3 | WELLS FARGO BK NA | XXXXXXXXX1759 | 2220564 | $11,000.00 |

Note: The account number, signature, and endorsement may be removed from the image(s) for security reasons. To obtain a full copy of the image, please send us a secure email or call us at 1-800-956-4442, 24 hours, 7 days a week.





< Previous | Next >

🏠 **Equal Housing Lender**
© 1995 - 2013 Wells Fargo. All rights reserved.

https://image.wellsfargo.com/imageman/adjustItem.do?item=2    10/28/2013

 Wells Fargo Business Online®

## Deposited Item Details

Deposit #681747739 to BUSINESS CHECKING XXXXXX3656

| Deposit Date | Description | Amount | Status |
|---|---|---|---|
| 06/20/13 | DEPOSIT MADE IN A BRANCH/STORE #681747739 | $106,879.00 | Posted 06/20/13 |

Deposit Item (1 of 4)

| Next >

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 1 | WELLS FARGO BK NA | XXXXXXXXX1759 | 2220565 | $76,636.28 |

Note: The account number, signature, and endorsement may be removed from the image(s) for security reasons. To obtain a full copy of the image, please send us a secure email or call us at 1-900-956-4442, 24 hours, 7 days a week.





| Next >

🏠 Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.



Wells Fargo Business Online®

## Deposited Item Details

**Deposit #681747739 to BUSINESS CHECKING XXXXXX3556**

| Deposit Date | Description | Amount | Status |
|---|---|---|---|
| 06/20/13 | DEPOSIT MADE IN A BRANCH/STORE #681747739 | $106,879.00 | Posted 06/20/13 |

**Deposit Item (2 of 4)**

< Previous | Next >

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 2 | WELLS FARGO BK NA | XXXXXXXX1759 | 2220566 | $14,875.67 |

Note: The account number, signature, and endorsement may be removed from the image(s) for security reasons. To obtain a full copy of the image, please send us a secure email or call us at 1-800-956-4442, 24 hours, 7 days a week.





< Previous | Next >

🏠 Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

https://image.wellsfargo.com/imageman/adjustItem.do?item=1        10/28/2013