# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00224-AT-CMS
## USA v. Pendergrass et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/20/2018.

TIME COURT COMMENCED: 3:10 P.M.
TIME COURT CONCLUDED: 3:45 P.M.
TIME IN COURT: 00:35
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: Horace Toney
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Allen J. Pendergrass Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA |
| | Robert Citronberg representing Allen J. Pendergrass |
| | Teresa Stolze representing USA |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#1-[79]Motion to Dismiss Indictment GRANTED IN PART & DENIED IN PART |
| MINUTE TEXT: | Defendants pro se motion to dismiss counsel granted. The trial scheduled to begin November 26, 2018, is continued to a date to be determined. Written order to follow. |
| HEARING STATUS: | Hearing Concluded |