# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CASE NO.** |
| **vs** | ) ) | **1:17-CR-00224-1-AT-CMS** |
| | ) | |
| **ALLEN J. PENDERGRASS,** | ) ) | |
| **Defendant.** | ) | |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that Saraliene Durrett is hereby appointed to represent Defendant Allen J. Pendergrass Nunc Pro Tunc to November 27, 2018. This 10th day of December, 2018.

_____

UNITED STATES MAGISTRATE JUDGE