Courtroom Deputy Clerks
US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

**Via ECF Filing**

**Re: Leave of Absence**

Dear Courtroom Deputy Clerks:

    This letter is to notify the Court that, pursuant to LCrR 57.1E(4) NDGA, I am respectfully requesting leave of Court for the following dates:

    February 1, 2019
    February 4-8, 2019
    April 1-5, 2019

    I respectfully request that the Court not schedule any court appearances in the above-styled case for these dates.

                                                        Sincerely,
                                                        *s/*Saraliene S. Durrett
                                                       Saraliene Smith Durrett

cc:    AUSAs and attorneys of record via CM/ECF