IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-cr-0224-AT-1 |
| ALLEN J. PENDERGRASS | : |
| Defendant. | : |

## **NOTICE OF TRIAL**

The Court hereby sets the above case for trial beginning on May 20, 2019, at 9:30 AM in Courtroom 2308. The pretrial conference is set for May 15, 2019, at 10:30 AM in Courtroom 2308. Defendant is required to attend the pretrial conference or present a written waiver of his attendance. By April 24, 2019, the parties are to file any motions in limine and proposed voir dire questions. By April 24, 2019, the Government is to file a summary of the indictment for use in voir dire. By May 1, 2019, the parties are to file any objections to those items listed above. The time from December 10, 2018, to May 20, 2019, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

The parties should be prepared to provide the Courtroom Deputy Clerk with three (3) copies of your respective exhibit and witness lists at the start of trial for use by the Judge, Court Reporter, and Courtroom Deputy Clerk.  Each party should also provide a courtesy copy of all exhibits for the Judge's use during trial, preferably in an appropriately labeled notebook provided on the first day of trial.  The parties are referred to Local Rule 16.4(B)(19)(b), NDGa, concerning the pre-marking of exhibits.  The parties <u>must</u> provide a courtesy copy of any documents e-filed just prior to trial or on any day during the course of the trial.

Please refer to Judge Totenberg's Guidelines to Parties and Counsel at <u>http://www.gand.uscourts.gov/case-prep-judge-totenberg</u> for information regarding the pretrial conference, voir dire, and courtroom technology.  Any training or trial runs regarding the courtroom technology must be scheduled in advance of trial via the Courtroom Deputy Clerk.  The Court will not allow time for training or trial runs at the beginning of the trial. Any motions requesting leave to bring technology into the courtroom must be filed no later than three (3) days in advance of trial, to allow time for proper notification to the US Marshals Service.

By direction of the Honorable Amy Totenberg, United States District Judge.

January 4, 2019

<u>s/ Harry F. Martin</u>
Courtroom Deputy Clerk
404-215-1437
Harry_Martin@gand.uscourts.gov