```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
 2                           ATLANTA DIVISION

 3   UNITED STATES OF AMERICA,       :
                                     :
 4   vs.                             :  DOCKET NUMBER
                                     :  1:17-CR-0224-AT-1
 5   ALLEN J. PENDERGRASS,           :
                                     :  ATLANTA, GEORGIA
 6            DEFENDANT.             :  NOVEMBER 20, 2018

 7
        TRANSCRIPT OF HEARING ON MOTION TO DISMISS FOR INEFFECTIVE
 8           ASSISTANCE OF COUNSEL (PART 1 OF 3) PROCEEDINGS
                  BEFORE THE HONORABLE AMY TOTENBERG
 9                    UNITED STATES DISTRICT JUDGE

10
     APPEARANCES OF COUNSEL:
11
         FOR THE GOVERNMENT:
12
         JEFFREY A. BROWN
13       TERESA M. STOLZE
         UNITED STATES ATTORNEY'S OFFICE
14

15       FOR THE DEFENDANT:

16       ROBERT H. CITRONBERG
         LAW OFFICE OF ROBERT CITRONBERG
17

18

19

20

21

22    MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED
                       TRANSCRIPT PRODUCED BY:
23
     OFFICIAL COURT REPORTER:        SHANNON R. WELCH, RMR, CRR
24                                   2394 UNITED STATES COURTHOUSE
                                     75 TED TURNER DRIVE, SOUTHWEST
25                                   ATLANTA, GEORGIA  30303
                                     (404) 215-1383
```

```
 1                    P R O C E E D I N G S
 2      (Atlanta, Fulton County, Georgia; November 20, 2018.)
 3              THE COURT:  Good afternoon.  Have a seat.
 4              We're here in the case of the United States of
 5      America vs. Allen J. Pendergrass, Criminal Action Number
 6      1:17-CR-224.
 7              Counsel, would you note your presence.
 8              MR. BROWN:  Yes.  Good afternoon, Judge.  Jeffrey
 9      Brown and Teresa Stolze on behalf of the Government.
10              THE COURT:  Good to see you again.
11              MR. CITRONBERG:  Bob Citronberg.
12              THE COURT:  Good to see you.
13              I note that Mr. Pendergrass is present.  We are here
14      because Mr. Pendergrass filed yesterday a motion to dismiss for
15      ineffective assistance of counsel.  And primarily the motion
16      really addresses, it seems to me, his concern that counsel has
17      not been communicating with him and has been ineffective in his
18      handling of motions.  But it still seems to me as I read this
19      there is a large part of this which is a communication issue.
20              But I was concerned about it.  The trial is supposed
21      to begin in a matter of days.  We're on the cusp of
22      Thanksgiving vacation.  And I didn't see any other way to
23      handle it, other than to have you-all in right away.
24              Mr. Citronberg, do you wish for me to excuse the
25      Government for any portion of the conversation?
```

```
1          MR. CITRONBERG:  Based on some things I may say, yes,
2   ma'am.
3          THE COURT:  All right.  Would you mind hanging out
4   outside, and we'll get you back.
5          MS. STOLZE:  Thank you, Your Honor.
6             (Counsel for the Government exited the
7             courtroom.)
8             (Part 1 of 3 of this transcript is hereby
9             concluded.)
```

1        C E R T I F I C A T E

2

3   UNITED STATES OF AMERICA

4   NORTHERN DISTRICT OF GEORGIA

5

6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of
7   the United States District Court, for the Northern District of
8   Georgia, Atlanta Division, do hereby certify that the foregoing
9   3 pages constitute a true transcript of proceedings had before
10  the said Court, held in the City of Atlanta, Georgia, in the
11  matter therein stated.
12       In testimony whereof, I hereunto set my hand on this, the
13  19th day of January, 2019.

14

15

16

17  _____
    SHANNON R. WELCH, RMR, CRR
18  OFFICIAL COURT REPORTER
    UNITED STATES DISTRICT COURT