1/25/2019 Case 1:17-cr-00224-AT-CMS Document 90-1 Filed 01/29/18 Page 1 of 1
justice.fultoncountyga.gov/PASupCrtCM/CaseDetail.aspx?CaseID=3239968&ShowAllCharges=1

Skip to Main Content Logout My Account Search Menu All Case Records Search Refine Search  Back   Location : All-Superior   Help

# REGISTER OF ACTIONS
### CASE NO. 13CP139937

| | | |
|---|---|---|
| The State of Georgia VS Allen Pendergrass | § § § § § § | Case Type: **RN-PREFILE / CRIMINAL COMPLAINT**<br>Date Filed: **09/19/2013**<br>Location:<br>OBTS Instrument Number: **0602013017165** |

##### RELATED CASE INFORMATION

**Related Cases**
13CP139937 (CO DEFENDANT)

##### PARTY INFORMATION

|  |  |  | Attorneys |
|---|---|---|---|
| **DEFENDANT** | Pendergrass, Allen<br>FAYETTEVILLE, GA 30214<br>SID: GAGA4317587H<br>Other Agency Numbers<br>  132261160 Atlanta Police Department,<br>  1000000050 AFIS | Male Black<br>5' 7", 175 lbs | |
| **PLAINTIFF** | The State of Georgia | Other | |

##### CHARGE INFORMATION

| Charges: Pendergrass, Allen | Statute | Level | Date |
|---|---|---|---|
| 1. Theft By Taking - Felony | 16-8-2 | Felony | 05/15/2013 |
| 2. Theft By Taking - Felony | 16-8-2 | Felony | 05/15/2013 |
| 3. Forgery 3rd Degree (POST 07-01-2012) | 16-9-1 | Felony | 05/15/2013 |
| 4. Forgery 3rd Degree (POST 07-01-2012) | 16-9-1 | Felony | 05/15/2013 |

##### EVENTS & ORDERS OF THE COURT

|  | OTHER EVENTS AND HEARINGS |
|---|---|
| 04/03/2014 | **OTHER**<br>  Party:  PENDERGRASS, ASHLEY N |
| 10/29/2013 | **COMPLAINT ROOM SUPPLEMENTAL HEARING**  (9:30 AM) (Judicial Officer WOODSON, KAREN SMITH)<br>Result: FN TO ACCU/INDICT |
| 10/10/2013 | **APPEARANCE BOND**<br>  Party:  Pendergrass, Allen |
| 10/10/2013 | **APPEARANCE BOND**<br>  Party:  Pendergrass, Allen |
| 10/10/2013 | **APPEARANCE BOND**<br>  Party:  Pendergrass, Allen |
| 10/10/2013 | **APPEARANCE BOND**<br>  Party:  Pendergrass, Allen |
| 10/04/2013 | **COMPLAINT ROOM PRELIMINARY HEARING**  (9:30 AM) (Judicial Officer WOODSON, KAREN SMITH)<br>Result: RESET AT PARTY REQUEST |
| 10/04/2013 | **COMP ROOM ORDER FOR BOND**<br>  Party:  Pendergrass, Allen |
| 09/20/2013 | **COUNTY JAIL FIRST APPEARANCE**  (11:00 AM) (Judicial Officer JUDGE, COMPLAINT ROOM) |
| 09/20/2013 | **COUNTY JAIL FIRST APPEARANCE COURT ACTION** |
| 09/20/2013 | **COUNTY JAIL P.T. ASSESSMENT** |
| 09/20/2013 | **COUNTY JAIL BOND ORDER** |
| 09/20/2013 | **COUNTY JAIL COMMITMENT** |

Skip to Main Content Logout My Account Search Menu All Case Records Search Refine Search  Back   Location : All-Superior   Help

http://justice.fultoncountyga.gov/PASupCrtCM/CaseDetail.aspx?CaseID=3239968&ShowAllCharges=1   1/1