#70 prelim S-C

IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

FILED IN OFFICE
OCT 04 2013
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

STATE OF GEORGIA

VS.

Allen James Pendergrass
Defendant

ACCUSATION NO. 13CP139952
BOOKING NO. 1326455
CHARGE(S): (1) Theft by Taking (F)
(2) Theft by Taking (F) (3) Forgery 3rd degree
(4) Forgery 3rd degree (5) _____
(6) _____ (7) _____
(8) _____ (9) _____

Reduced/Modified

## ORDER FOR BOND

The aforesaid matter having come before this Court for a regularly scheduled Bond Hearing, and it is hereby ORDERED that:

A. Bond is set as follows: (1) 20,000 (2) 20,000 (3) 17,500 (4) 17,500 (5) _____
   (6) _____ (7) _____ (8) _____ (9) _____
   That the total bond be set at 75,000, on counts 1,2,3&4

Pretrial Supervision
D. Aiken
1010 351
(only)

B. _____ Sign Own Bond (SOB), or,

C. ✓ Release to Pretrial Services Supervision in Lieu of Financial Bond or Security, or,

D. _____ Bond be denied for the following reason(s):
   _____ 1. The accused poses a significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.
   _____ 2. The accused poses a significant threat or danger to any person, the community, or to any property in the community.
   _____ 3. The accused poses a significant risk of committing a felony pending trial.
   _____ 4. The accused poses a significant risk of intimidating witnesses or otherwise obstructing the administration of justice.

E. Conditions Imposed on the Defendant:
   _____ 1. You have received written notice of your next court date today.
   _____ 2. You will be notified of your next court date by mail.
        If change your address, it is your responsibility to immediately notify, in writing: Clerk of Superior Court, Attn: Court Services, 136 Pryor Street, SW, Atlanta, GA 30303
   _____ 3. Failure to appear will result in a warrant being issued for your arrest.
   _____ 4. That the defendant have **no** contact directly or indirectly with the victim, victim's family, professional, personal, or close associates, by phone, mail, e-mail, or through third party, including at victim's work place, church, home, and daycare. If defendant encounters victim, defendant must leave immediately, and must not come within 200 yards of victim.
   _____ 5. Other: Stay away from Co-Defendant Terrell McQueen, ankle monitor, 24 hour curfew, no engaging in fiduciary relationship, family member to co-sign bond, no participation in activity that led to charges, surrender passport.

SO ORDERED this 4 day of October, 2013.

_____
JUDGE, Superior Court of Fulton County/
Magistrate, Sitting by Designation for
Superior Court of Fulton County, Georgia

Consent by:
_____ (Defendant)
_____ (Defense Counsel) Robert H. Citronberg
_____ (ADA) observed but not consent

9-23-09.vcg