

ATLANTA JUDICIAL CIRCUIT

**Pretrial Services**
Fulton County Superior Court
Atlanta Judicial Circuit
136 Pryor Street, S.W.
Suite C-640
Atlanta, Georgia 30303

Office of Deputy Court Administrator
Robin S. Rooks

Telephone (404) 612-4527
Fax (404) 335-5221

DATE: April 2, 2014

TO: Clerk of Superior Court

FROM: Tuere Porche-James

RE: PSO Closure

FILED IN OFFICE
APR 03 2014
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

---

**DEFENDANT NAME:** Pendergrass, Allen

**BOOKING#:** 1326455

**CP#:** 13CP139937

**CHARGE(S)** Theft by Deception; 2 ct Theft by Taking; 4 ct Forgery in 3rd degree; and 2ct Theft by Taking

The aforementioned defendant was released from Fulton County Jail on 10/09/2013 and was placed under supervision by Pretrial Services pursuant to Uniform Superior Court Rule 27.3.

Superior Court Standing Order signed on April 25, 2001, provides that Pretrial Services will supervise an unindicted or unaccused defendant released to their supervision for a period of four months from the date of release after which, Pretrial Services is relieved of its obligation to supervise the defendant.

Pretrial Services has supervised the defendant for four months. The District Attorney was notified on 03/20/14 that supervision would cease if the defendant remained unindicted. As of this date, the District Attorney has either not responded to Pretrial Services or has not indicted this defendant. As a result, Pretrial Services has terminated the defendant's pretrial supervision.

TUERE PORCHE-JAMES/ KL
PRETRIAL RELEASE CASE MANAGER
(404)612-2576