IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL INDICTMENT |
| v. : | |
| : | NO. 1:17-CR-224-AT-CMS |
| : | |
| ALLEN PENDERGRASS : | |

Order

This matter comes before the Court upon the Government's Unopposed Motion for Extension of Time to File its Response to Defendant's Motions to Dismiss Indictment.

Good cause having been shown, the unopposed motion for extension of time is HEREBY GRANTED.

Based on the reasons set forth in the motion, granting the motion is necessary to allow counsel for the government reasonable time necessary for effective preparation, specifically, to fully respond to Defendant's pending motions. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The ends of justice served by granting the extension outweigh Defendant's and the public's interest in a speedy trial. *Id.*

Therefore, it is hereby ORDERED that the government's response to Defendant's Motions to Dismiss Indictment is due on February 15, 2019. The Defendant's reply is due on February 21, 2019.

It is further ORDERED that all of the time period from January 29, 2019, the date of the filing of defendant's motions to dismiss, until the date that this motion is resolved, be EXCLUDED from computations under the Speedy Trial Act for the reasons set forth herein, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

So Ordered, this \_\_\_11th\_\_\_ day of February 2019.

AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

Presented by:
Jeffrey A. Brown, AUSA