UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cr-00224-AT-CMS |
| ) | |
| ALLEN J. PENDERGRASS, ) | |
|     Defendant. ) | |
| _____) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS (DOCS. 89 AND 90)**

COME NOW ALLEN J. PENDERGRASS, by and through counsel of record, and hereby file this motion for extension of time to file replies in support of his motions to dismiss (docs. 89 and 90).

In support whereof counsel respectfully show as follows:

1. On January 29, 2019, Mr. Pendergrass filed two motions to dismiss (docs. 89 and 90).

2. The government filed its responses on February 15, 2019.

3. The reply motions are due on February 21, 2019.

4. Counsel for Mr. Pendergrass has been sick with cold and flu-like symptoms for several days and has not yet completed the replies. For that reason, counsel is asking for an additional week in which to file the replies.

5. Counsel emailed Assistant United States Attorney Jeff Brown, counsel for the government in this case, who has no objection to this request.

6. Counsel requests that the time of the extension to file replies be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) because counsel needs the additional time to adequately represent Mr. Pendergrass.

Respectfully submitted this 20th day of February 2019.

        *s/Saraliene S. Durrett*
        SARALIENE S. DURRETT
        1800 Peachtree Street, NE
        Suite 300
        Atlanta, GA 30309
        (404) 433-0855
        ssd@defendingatl.com

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this date electronically filed the foregoing motion to continue with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

All Defense Counsel

All AUSAs of record

Respectfully submitted this 20th day of February 2019.

>*s/Saraliene S. Durrett*
>SARALIENE S. DURRETT
>1800 Peachtree Street, NE
>Suite 300
>Atlanta, GA 30309
>(404) 433-0855
>ssd@defendingatl.com