UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>       Plaintiff, </br> </br> v. </br> </br> ALLEN J. PENDERGRASS, </br>       Defendant. | ) </br> ) </br> ) </br> ) Case No. 1:17-cr-00224-AT-CMS </br> ) </br> ) </br> ) |

## ORDER

This matter having come before the court on Defendant's unopposed motion, and good cause appearing, Defendant's motion for additional time in which to file replies in support of his motions to dismiss (docs. 89 and 90) is **GRANTED.**

**IT IS HEREBY ORDERED** that defendant shall have up to and including **February 28, 2019,** in which to file the replies. This extension is necessary for counsel's effective preparation.

The Court finds that the ends of justice in permitting this continuance outweigh the Defendant's and the public's interest in a speedy trial. Therefore, pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(i) and (iv), the time in between January February 20, 2019 and February 28, 2019 shall be excluded from the Speedy Trial calculations.

**SO ORDERED** this _____ day of February 2019.

_____
The Honorable Amy Totenberg
UNITED STATES DISTRICT JUDGE