

# Atlanta Police Department
## Tactical Plan

**APD Sensitive**

HIDTA
(High Intensity Drug Trafficking Area)
Deconfliction
404.815.5558

**R**equired-Insert Deconfliction Number

This operational plan is a guideline that will be followed unless circumstances and/or suspect(s) dictate that the team alters the plan in a safer manner.  This decision will be made by the on-scene commander during the operation and will be based on the information available at the time.  Use attachments as necessary.

**Type of Warrant:**   Search ☒   Arrest ☒

Case Number:   132261160          Date:   09/13/2013

Case Investigator:   Inv D.M. RICKS          Co-Case Investigator:

Primary Radio Frequency:   Det. Radio          Secondary Radio Frequency:

## CASE BACKGROUND

The suspect Mr. Allen James Pendergrass contacted the City of Atlanta's financial department and advised he represented businesses and individuals who was owed money by the City of Atlanta. The Financial department re-isssue the checks and sent them to a P.O.Box belonging to Finacial Asset Recovey. The individuals and businesses he claimed to represent had no idea that Mr. Pengergrass and his Business had made request for the checks. Mr. Pendergrass received the re-issued checks from the City Of Atlanta and deposited them into his business bank account.

## OBJECTIVE OF OPERATION / MISSION

To execute an arrest for Allen Pendergrass and a search at the business of Asset Financial Recovery.The search warrant is for documents, computers, cell phones,fax machines and any other devices which can be used in the crime of forgey and theft by taking.

## DETERMINE OPERATIONAL PROCEDURES (describe)

**Address the following information in the plan of action:**

- ☒ Observation
- ☒ Arrests
- ☒ Surveillance
- ☒ Documentation
- ☐ Video Recording
- ☐ Audio Recording
- ☒ Searching for and seizing evidence and/or contraband
- ☒ Coordinating assistance from others both inside and outside the department (e.g. Corrections, other agencies, internal units)

- ☐ High Risk Entries
- ☐ Confidential Funds
- ☒ Routine Communications
- ☒ Emergency Communications
- ☒ Relief for Officers
- ☒ Backup for Officers

- ☒ Security for Officers
- ☒ Perimeter Protection for Off
- ☐ False Identities
- ☐ Disguises
- ☐ Necessary Credentials
- ☒ Making contact with the suspects

## PLAN OF ACTION

**Details**: To execute an arrest for Allen Pendergrass and a search at the business of Asset Financial Recovery.The search warrant is for documents, computers, cell phones,fax machines and any other devices which can be used in the crime of forgey and theft by taking.

## APPROVALS

**Required – Lieutenant's Signature**

_____          APD ID# _____   Date _____

APD Form 683 4/14/08          (*Include attachments if necessary)          Page 1

COA-000074

**If No-Knock Warrant, Major's Signature required**

N/A _____ APD ID# _____ Date _____

## LOCATION and TIME OF OPERATION

**Time:**    0830

**Date:**    09-19-2013

**Location:**    4854 Old National Hwy College Park, GA.30337

Briefing Date/Time/Location:    0900---09-19-2013---- 226 Peachtree Street

Staging Date/Time/Location:    0900---09-19-2013----

## TYPE OF OPERATION

☐ UC Purchase      ☐ CS Purchase      ☐ Decoy

☐ Buy Bust      ☐ Buy Ride      ☐ Flash Roll

☐ Reversal      ☐ Surveillance      ☐ Other _____

☐ Prostitution

Is **"Forced Entry"** being executed?      YES ☐      NO ☒

If yes, what entry team is being used:

☐ Narcotics      ☐ Intelligence/Organized Crime      ☐ Vice

☐ HIDTA      ☐ DEA      ☐ ATF

☐ U.S. Customs      ☐ Metro Fugitive Task Force      ☐ Cyber Crimes Task Force

☐ Red Dog      ☐ Other _____

## TYPE OF CONTRABAND

☐ Heroin      ☐ Crack Cocaine      ☐ Cocaine

☐ Methamphetamine      ☐ Marijuana      ☐ MDMA/Ecstasy

☐ Other      Computers and Documents

## UNDERCOVER OFFICER / CONFIDENTIAL SOURCE INFORMATION

UC Officer:    N/A _____ 2nd UC Officer: _____

Call Sign: _____

Pager: _____

Cell Phone: _____

Clothing Description: _____

Vehicle Description: _____

Electronic Equipment: _____

CS Number: _____

Pager: _____

Cell Phone: _____

Clothing Description: _____

Vehicle Description: _____

Electronic Equipment: _____

## PAGER CODES

Terminate: _____

Danger: _____

Transmitter Malfunction: _____

APD Form 683 4/14/08      (*Include attachments if necessary)      Page 2

COA-000075

| ARREST SIGNALS | DISTRESS SIGNALS |
|---|---|

Visual _____     Visual: _____

Verbal: _____     Verbal: _____

## SUSPECT INFORMATION / ASSESSMENT

Name:                    Allen James Pendergrass

Description:            b/m..  Dob.12-06-1956..  507ht.  165lbs.   Bald and Brown eyes

Address:                441 Hwy 279 Fayetteville, Ga 30214

Phone Numbers:     800-469-8607

Vehicles:               2000 Mercedes S43 / Blue / Ga. tag# AVQ5903

Additional Information: _____

☐ Physical Fortifications      ☐ Counter Surveillance       ☐ Animals
☐ Explosives                   ☐ High Crime Area            ☐ Close Proximity to Schools
☐ Children Present             ☐ Approach Difficulties      ☐ Vehicular Traffic Difficulties
☐ High Level of Foot Traffic   ☒ Location Frequented By Public
☐ Type Door at Point of Entry:      Glass                    Door opens: Right ☒  Left ☐  In ☐  Out ☒

Firearms Present at Location?     YES ☐   NO ☐   Unk. ☒          If yes, what type?

☐ Handguns        ☐ Rifles        ☐ Shotguns        ☐ Fully Automatic        ☒ Unknown

Describe Firearms:

History of violence at this location?     YES ☐   NO ☒          *Explanation: _____

Is subject known to be armed?            YES ☐   NO ☒          *Explanation: _____

Suspects photograph attached?            YES ☒   NO ☐

### CRIMINAL HISTORY OF TARGET/SUSPECT:(ARRESTS AND CONVICTIONS)

☒ Felony Arrests               ☒ Felony Convictions          ☐ History of Violence
☒ Obstruction of Law Enforcement

*Explanation:   Arrested in Ohio for Grand Theft and Obstruction

Has the zone unit commander been notified?          Yes ☒   No ☒

Name of person notified, time notified and by whom:

College Park Police Department

COA-000076

**ASSIGNMENTS**

On-Scene Commander:   Sgt. P.Cooper

Surveillance Coordinator:

| ASSIGNMENT | INVESTIGATOR | PAGER | CELL | VEHICLE |
|---|---|---|---|---|
| *TEAM 1* | | | | |
| Entry | Sgt. P.Cooper | | | |
| Entry | Inv. D.M. Ricks | | | |
| Entry | Inv.V. Bracley | | | |
| Entry | Inv. K.Stapler | | | |
| Entry | Inv.W.Boyd | | | |
| Perimeter | Inv.D.Coleman | | | |
| Entry / Perimeter | College Park P.D | | | |
| Perimeter | Sgt. N. Hammond | | | |
| Perimeter | K.Green | | | |
| | | | | |
| *TEAM 2* | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| *TEAM 3* | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| *TECH OFFICER (S)* | | | | |
| | | | | |
| | | | | |
| *SUPERVISORS* | | | | |
| | Sgt. P.Cooper | | | |
| | | | | |
| *OTHER AGENCY OFFICERS* | | | | |
| ASSIGNMENT | AGENT/OFFICER | AGENCY | CONTACT # | VEHICLE |
| Entry / Perimeter | | College Park P.D | 404-766-3616 | |
| Perimeter | N.Hammond | Ga.State Police Dept. | 404-413-3210 | |
| Perimeter | K.Green | U.S.Postal Service | 404-608-4552 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

APD Form 683 4/14/08                    (*Include attachments if necessary)                    Page 4

**SUPPORT UNITS**

Fire: _____ EMS: _____ Corrections: _____ Other: _____

COA-000078