# Atlanta Police Department

Receipt for Property Received/ Returned/ Released/ Seized

**Case #** __132261160_____

**Date**__09/20/2013_____

Items listed below were:

   ___ Received from

   ___ Returned To

   _X__ Released To

   ___ Seized

Name:  Kemie L, Green

Address: U.S. Postal Services Division Atlanta

City:  Atlanta, Georgia

Description of Items: _

**Dell Desk** Top - Dimension 9200 serial #p2bbk-xcj3b 9pqf-y3jdh-rmdt4 (product #)
**Mac Book** Pro lap top serial # co2jw2n6dv33
**Compac** Computer Serial # 4ce0240dww
 **Mac Book** Pro serial # w81039dqatm
**Product Key** # TGMWM-DDQ3-XPP38-WR7Q4WFMB9 (printer)
**NTI** Computer Quadsnation (serial # NTIN1552)
**HP** Lap Top ( G56)00196134-925-248
 **IMAC** / key board & mouse serial # w8604e5lu2n
**Compac** Computer 4ce0201dhh
**Dell** optiplex745 serial # GWVYDD1

Received By: Kemie L, Green

Received From: D. M. Ricks