

Saraliene Durrett <ssd@defendingatl.com>

## 1:17-cr-00224-AT-CMS USA v. Pendergrass

**Brown, Jeff A. (USAGAN)** <Jeff.A.Brown@usdoj.gov>　　　　　　　　　　Tue, Dec 18, 2018 at 1:46 PM
To: Saraliene Durrett <ssd@defendingatl.com>
Cc: "Mitchell, Berclyn (USAGAN)" <Berclyn.Mitchell@usdoj.gov>

Saraliene:

We have already sent you discovery. Lynn, can you let me know when we mailed discovery in the Pendergrass case. Thanks,

Jeffrey A. Brown | Assistant United States Attorney | Northern District of Georgia

75 Ted Turner Drive, S.W.| Suite 600 | Atlanta, GA  30303

T: 404.581.6064| F: 404.581.6181

---

**From:** Saraliene Durrett <ssd@defendingatl.com>
**Sent:** Tuesday, December 18, 2018 12:44 PM
**To:** Brown, Jeff A. (USAGAN) <JBrown7@usa.doj.gov>
**Subject:** 1:17-cr-00224-AT-CMS USA v. Pendergrass

Hi Jeff.

I am taking over this case. I know Bob has been sick and I am having trouble getting the file from him. Can I get a copy of the discovery from you?

Thanks.

Saraliene

Saraliene Smith Durrett, LLC

1800 Peachtree Street

Suite 300

Atlanta, GA 30309

404-433-0855

www.defendingatl.com

Begin forwarded message:

**From:** ganddb_efile_notice@gand.uscourts.gov
**Date:** December 13, 2018 at 12:36:37 PM EST
**To:** CourtMail@gand.uscourts.gov
**Subject: Activity in Case 1:17-cr-00224-AT-CMS USA v. Pendergrass et al Leave of Absence**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered by Brown, Jeffrey on 12/13/2018 at 12:36 PM EST and filed on 12/13/2018

**Case Name:**  USA v. Pendergrass et al

**Case Number:**  1:17-cr-00224-AT-CMS

**Filer:**

**Document Number:** 83

**Docket Text:**
**Notice for Leave of Absence for the following date(s): 2/15, 3/19, 3/20, 3/21, 3/22, 4/1, 4/2, 4/3, 4/4 and 4/5/2019, by Jeffrey Aaron Brown. (Brown, Jeffrey)**

**1:17-cr-00224-AT-CMS-1 Notice has been electronically mailed to:**

Jeffrey Aaron Brown    Jeff.A.Brown@usdoj.gov, berclyn.mitchell@usdoj.gov, CaseView.ECF@usdoj.gov, gaylene.berberick@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Randy Scott Chartash    randy.chartash@usdoj.gov, berclyn.mitchell@usdoj.gov, CaseView.ECF@usdoj.gov, gaylene.berberick@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Saraliene Smith Durrett    ssd@defendingatl.com

Teresa Marie Stolze    teresa.stolze@usdoj.gov

**1:17-cr-00224-AT-CMS-1 Notice has been delivered by other means to:**

Allen J. Pendergrass
100 Julia Court
Fayetteville, GA 30214

**1:17-cr-00224-AT-CMS-2 Notice has been electronically mailed to:**

Jeffrey Aaron Brown     Jeff.A.Brown@usdoj.gov, berclyn.mitchell@usdoj.gov, CaseView.ECF@usdoj.gov, gaylene.berberick@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Randy Scott Chartash     randy.chartash@usdoj.gov, berclyn.mitchell@usdoj.gov, CaseView.ECF@usdoj.gov, gaylene.berberick@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Teresa Marie Stolze     teresa.stolze@usdoj.gov

Victoria Marie Calvert     victoria_calvert@fd.org, nyeshia_mercier@fd.org

**1:17-cr-00224-AT-CMS-2 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=12/13/2018] [FileNumber=9713693-0] [26fe0604be93906138c5bcae9674130a7fd0568d181dbe6fe723554069128c3e8b dc0ad4bc9030a09c881608d9153daafc4fb04b785284d59f5f82a8c207a324]]