# prelim 3-C

IN THE SUPERIOR COURT OF FULTON COUNTY GEORGIA

**FILED IN OFFICE**
OCT 04 2013
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

STATE OF GEORGIA

VS.

Allen James Pendergrass
Defendant

ACCUSATION NO. 13CP139952
BOOKING NO. 1326455
CHARGE(S): (1) Theft by Taking (F)
(2) Theft by Taking (F) (3) Forgery 3d degree
(4) Forgery 3d degree (5) _____
(6) _____ (7) _____
(8) _____ (9) _____

*Reduced/Modified*

## ORDER FOR BOND

The aforesaid matter having come before this Court for a regularly scheduled Bond Hearing, and it is hereby ORDERED that:

A. Bond is set as follows: (1) 20,000 (2) 20,000 (3) 17,500 (4) 17,500 (5) ___
   (6) ___ (7) ___ (8) ___ (9) ___
   That the total bond be set at 75,000, & counts 1,2,3 + 4

B. ____ Sign Own Bond (SOB), or,

C. ✓ Release to Pretrial Services Supervision in Lieu of Financial Bond or Security, or,

D. ____ Bond be denied for the following reason(s):
   ____ 1. The accused poses a significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.
   ____ 2. The accused poses a significant threat or danger to any person, the community, or to any property in the community.
   ____ 3. The accused poses a significant risk of committing a felony pending trial.
   ____ 4. The accused poses a significant risk of intimidating witnesses or otherwise obstructing the administration of justice.

E. Conditions Imposed on the Defendant:
   ____ 1. You have received written notice of your next court date today.
   ____ 2. You will be notified of your next court date by mail.
      If change your address, it is your responsibility to immediately notify, in writing: Clerk of Superior Court, Attn: Court Services, 136 Pryor Street, SW, Atlanta, GA 30303
   ____ 3. **Failure to appear will result in a warrant being issued for your arrest.**
   ____ 4. **That the defendant have no contact directly or indirectly with the victim, victim's family, professional, personal, or close associates, by phone, mail, e-mail, or through third party, including at victim's work place, church, home, and daycare. If defendant encounters victim, defendant must leave immediately, and must not come within 200 yards of victim.**
   ____ 5. Other: Stay away from Co-Defendant Terrell McQueen, ankle monitor, 24 hour curfew, no engaging in fiduciary relationship, family member to co-sign bond, no participation in activity that led to charges, also surrender passport.

SO ORDERED this 4 day of October, 2013.

_____
JUDGE, Superior Court of Fulton County/
Magistrate, Sitting by Designation for
Superior Court of Fulton County, Georgia

Consent by:
_____ (Defendant)
_____ (Defense Counsel) Robert H. Citronberg
_____ (ADA) observed but not consent

9-23-09.vcg