

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

---

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

December 12, 2018

Saraliene Smith Durrett
Saraliene Smith Durrett, LLC
1800 Peachtree Street, NE, Suite 300
Atlanta, GA 30309

      Re:    United States v. Allen J. Pendergrass
               Criminal Action No. 1:17-CR-0224

Dear Ms. Durrett:

      Enclosed please find discovery in the above-referenced criminal action. I am providing discovery pursuant to your request, and I hereby request reciprocal discovery of you as provided by the Federal Rules. Specifically, you are requested to provide the undersigned all material covered by Rules 16(b) and (c), and 12.1, 12.2, and 12.3 of the Federal Rules of Criminal Procedure. I have enclosed a discovery disc labeled Government Discovery 12/12/2018.

      The discovery disc has been **encrypted**. Please contact my legal assistant, Freddie Lewis, via email, Berclyn.Mitchell@usdoj.gov, or call at 404-581-6340 so that you can receive the password.

      If you have any questions or would like to discuss a plea, please do not hesitate to call.

      Sincerely,

      BYUNG J. PAK
      *United States Attorney*

      JEFFREY A. BROWN
      *Assistant United States Attorney*

Enclosure