**Brown, Jeff A. (USAGAN)**

**Subject:** RE: Pendergrass

**From:** Bouer, Sheryl J <SJBouer@uspis.gov>
**Sent:** Tuesday, March 26, 2019 10:09 AM
**To:** Brown, Jeff A. (USAGAN) <JBrown7@usa.doj.gov>
**Subject:** FW: Pendergrass


*Sheryl Bouer*
*Postal Inspector/Program Manager*
*NHQ Security Group*
*202-268-3924*

**From:** Ricks, Douglas [mailto:DMRicks@AtlantaGa.Gov]
**Sent:** Tuesday, September 23, 2014 11:23 AM
**To:** Vaxter Shantanice <Shantanice.Vaxter@ci.irs.gov>
**Cc:** Bouer, Sheryl J <SJBouer@uspis.gov>
**Subject:** Pendergrass

Good Morning, I want to pass on some information.
I received a telephone call message from Attorney Terry Sherman who has been appointed by the Federal Courts in Columbus Ohio to represent Allen Pendergrass.
He wants the computers that we(APD) seized in my search warrant.
I have not returned his call.

Inv.D.M.Ricks
City of Atlanta Police Dept.
Major Fraud Unit
404-546-2557 office
404-546-8159 fax
dmricks@atlantaga.gov



1