THE LAW OFFICE OF
SARALIENE SMITH DURRETT, LLC
ATTORNEY AT LAW
1800 Peachtree Street, Suite 300, Atlanta, GA 30309

ssd@defendingatl.com                                                                                    (404) 433-0855

Courtroom Deputy Clerks
US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

**Via ECF Filing**

**Re: Leave of Absence**

Dear Courtroom Deputy Clerks:

  This letter is to notify the Court that, pursuant to LCrR 57.1E(4) NDGA, I am respectfully requesting leave of Court for the following dates:

  July 3 – 10, 2019
  September 23 – 27, 2019

  I respectfully request that the Court not schedule any court appearances in the above-styled case for these dates.

                Sincerely,
                *s/*Saraliene S. Durrett
                Saraliene Smith Durrett

cc:  AUSAs and attorneys of record via CM/ECF