# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00224-AT-CMS
## USA v. Pendergrass et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 04/26/2019.

TIME COURT COMMENCED: 4:05 P.M.
TIME COURT CONCLUDED: 4:20 P.M.         COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:15                    DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Allen J. Pendergrass NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA<br>Saraliene Durrett representing Allen J. Pendergrass<br>Teresa Stolze representing USA |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The hearing scheduled for Tuesday, April 30, is cancelled. Written Order to follow. |
| HEARING STATUS: | Hearing Concluded |