UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>        Plaintiff,        )<br>                                )<br>v.        ) Case No. 1:17-cr-00224-AT-CMS<br>                                )<br>ALLEN J.   PENDERGRASS,        )<br>        Defendant.        ) | |

## ORDER

This matter having come before the court on Defendant's unopposed motion, and good cause appearing, Defendant's motion to continue the trial in this matter is **GRANTED.  IT IS HEREBY ORDERED** that the trial in this matter shall be **RESCHEDULED** until _____ _____, 2019 at ____:___ _.m.

This extension is necessary for effective preparation and will allow counsel time to adequately review the recently produced and soon-to-be-produced discovery and to prepare for trial. The Court finds that the ends of justice in permitting this continuance outweigh the Defendant's and the public's interest in a speedy trial. Therefore, pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(i) and (iv), the time in between May 20, 2019 and _____, 2019 shall be excluded from the Speedy Trial calculations.

      **SO ORDERED** this _____ day of April 2019.

_____
The Honorable Amy Totenberg
UNITED STATES DISTRICT JUDGE