UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cr-00224-AT-CMS |
| ) | |
| ALLEN J. PENDERGRASS, ) | |
|     Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TEMPORARILY TO PERMIT OUT OF DISTRICT TRAVEL**

Mr. Pendergrass is currently on pretrial release. Doc. 22. As part of his release conditions, he is not permitted to travel outside the Northern District of Georgia without prior approval. Doc. 22 at 4.

Mr. Pendergrass is seeking leave to travel to Cincinnati for the purpose of visiting his brother, who is suffering from cancer. His brother is receiving treatment and has recently been hospitalized at the University of Cincinnati Medical Center.

If permitted, Mr. Pendergrass would travel by plane on May 7th to Cincinnati and would return no later than 10 pm on Friday, May 10, 2019. He will reside at his brother's house (1910 Washington Circle, Cincinnati, OH) while he is there.

Counsel for Mr. Pendergrass has consulted with Mr. Pendergrass' probation officer, Ben Perkins, who has no objection to this request.

Counsel has also notified AUSA Jeff Brown of this request and he has no objection.

Respectfully submitted this 6th day of May 2019.

                                          s/Saraliene S. Durrett
                                          1800 Peachtree Street, NE
                                          Suite 300
                                          Atlanta, GA 30309
                                          (404) 433-0855
                                          ssd@defendingatl.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

All Defense Counsel

All AUSAs of record

Respectfully submitted this 6th day of May 2019.

> s/Saraliene S. Durrett
> 1800 Peachtree Street, NE
> Suite 300
> Atlanta, GA 30309
> (404) 433-0855
> ssd@defendingatl.com