UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cr-00224-AT-CMS |
| | ) |
| ALLEN J. PENDERGRASS, | ) |
| Defendant. | ) |

**ORDER**

This matter having come before the Court, and good cause appearing, Defendant's motion to modify conditions of pretrial release temporarily is **GRANTED.**

**IT IS HEREBY ORDERED** that the defendant be permitted to travel outside of the Northern District of Georgia (to Cincinnati Ohio) for the purpose of visiting his brother in the hospital. The Defendant shall be permitted to travel from May 7th through May 10th and shall be back in this district no later than 10 p.m. on Friday, May 10, 2019.

**IT IS FURTHER ORDERED** that all other conditions remain the same.

**SO ORDERED** this _____ day of May 2019.

_____
The Honorable Catherine M. Salinas
United States Magistrate Judge

Presented by:
Saraliene Durrett
Counsel for Defendant