

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

---

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Spring Street S.W., Suite 600*  *Fax: (404) 581-6181*
*Atlanta, Georgia 30303*

May 6, 2019

Courtroom Deputies
U.S. Courthouse
75 Ted Turner, S.W.
Atlanta, Georgia 30303

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on May 30 - June 7, 2019, and July 29 – August 2, 2019. I request that the Court not schedule any court appearances in the below-referenced matters for those dates.

United States v. Bray, 1:17-CR-00375
United States v. Brown, 1:12-CR-00389
United States v. Eads, 1:18-CR-00020
United States v. Excellent Solutions BPO, et al., 1:18-CR-00352
United States v. Franklin, 1:11-CR-00520
United States v. Fitzhugh, 1:18-CR-00242
United States v. Gillespie, et al., 2:18-CR-00020
United States v. Harrell, et al., 1:17-CR-00386
United States v. Ibiwoye, 1:15-CR-00457
United States v. Isom, et al., 1:19-CR-00079
United States v. Johnson, 1:18-CR-00165
United States v. Lewis, 1:18-CR-00378
United States v. Paulk, 1:18-CR-00485-AT-CCB
United States v. Pendegrass, et al., 1:17-CR-00224
United States v. Rochell, 1:18-CR-00155
United States v. Shannon, 1:18-CV-00549
United States v. Shinall, 1:18-CR-00049
United States v. Staten, 1:18-CR-00088

United States v. Tejada-Landaverde, et al., 1:09-CR-00475
United States v. Van Buren, 1:16-CR-00243

        Sincerely,

        BYUNG J. PAK
        *United States Attorney*

        /S/ JEFFREY A. BROWN

        JEFFREY A. BROWN
        *Assistant United States Attorney*

cc: Counsel for Defendant