UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>v.<br><br>ALLEN J. PENDERGRASS,<br>　　　Defendant. | )<br>)<br>)<br>) Case No. 1:17-cr-00224-AT-CMS<br>)<br>)<br>) |

**ORDER**

This matter having come before the Court, and good cause appearing, Defendant's motion to modify conditions of pretrial release is **GRANTED.**

**IT IS HEREBY ORDERED** that the defendant be permitted to travel outside of the Northern District of Georgia (to Cincinnati Ohio) for the purpose of visiting his brother.  The defendant shall be permitted to travel freely to Cincinnati, Ohio with the prior permission of his probation officer and without seeking further leave from this Court.

**IT IS FURTHER ORDERED** that all other conditions remain the same.

**SO ORDERED** this 23rd day of May 2019.

_____
The Honorable Catherine M. Salinas
United States Magistrate Judge

Presented by:
Saraliene Durrett
Counsel for Defendant