IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALLEN J. PENDERGRASS<br><br>    Defendants. | CIVIL ACTION<br><br>No:  1:17-CR-224-AT-CMS |

**O R D E R**

IT IS **HEREBY ORDERED** that a pretrial status conference be held in this case on July 1, 2019, at 2:00 p.m.

The time from May 1, 2019, to and until July 1, 2019, is excluded from the Speedy Trial Act computation under 18 U.S.C. §3161(h)(7)(B)(i) on the grounds that the additional time is necessary to afford defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

**IT IS SO ORDERED** this 25th day of June, 2019.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE