# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-cr-00224-AT-CMS**
**USA v. Pendergrass et al**
**Honorable Catherine M. Salinas**

Minute Sheet for proceedings held In Open Court on 07/01/2019.

| | |
|---|---|
| TIME COURT COMMENCED: 2:03 P.M. | |
| TIME COURT CONCLUDED: 2:14 P.M. | TAPE NUMBER: FTR |
| TIME IN COURT: 00:11 | DEPUTY CLERK: Angela Smith |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]Allen J. Pendergrass NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA<br>Saraliene Durrett representing Allen J. Pendergrass<br>Teresa Stolze representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[90]Motion to Dismiss/Speedy Trial TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Attorney Saraliene Durrett appeared by phone. |
| EXCLUDABLE DELAY: | The parties shall have until 8/1/19 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |
| ADDL HEARING(S) SCHEDULED: | Pretrial Conference set for August 7, 2019 at 9:30 a.m. in Courtroom 1810; |