

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

August 16, 2019

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Dr. S.W.
Atlanta, Georgia 30303

Re:
| | |
|---|---|
| US v. Allen J. Pendergrass, et al | (1:17-cr-00224-AT-CMS) |
| US v. Tyrone Gaskin, Jr. | (1:17-cr-00370-MHC-JSA) |
| US v. Jontavious Marquez Darden, et al | (1:18-cr-00188-AT-LTW) |
| US v. Raymon Thornton | (1:18-cr-00453-TCB-JKL) |
| US v. Kemp Duane Broadie, et al | (1:19-cr-00155-MLB-JKL) |
| US v. James Bradley Davis | (1:19-mj-00672-JFK) |
| US v. Daniel Landa-Duerta, et al | (4:19-cr-00041-JPB-WEJ) |

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on September 20, 2019, October 16-21, 2019, November 26-29, 2019, December 23- 27, 2019, and January 30-31, 2020. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Sincerely,

BYUNG J. PAK
*United States Attorney*


*/s/ Teresa M. Stolze*

TERESA M. STOLZE
*Assistant United States Attorney*

cc:     Counsel for Defendants