UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>         )<br>v.                                        ) Case No. 1:17-cr-00224-AT-CMS<br>         )<br>ALLEN J. PENDERGRASS, )<br>        Defendant. )<br>_____) | |

## **ORDER**

This matter having come before the court on Defendant's motion, and good cause appearing, Defendant's motion for additional time in which to file pretrial motions is **GRANTED.**

**IT IS HEREBY ORDERED** that Defendant shall have up to and including **October 7, 2019,** in which to file any and all pretrial motions. This extension is necessary for effective preparation and will allow counsel time to adequately review the recently provided discovery to determine if pretrial motions will be necessary in this case.

**IT IS FURTHER ORDERED** that the pretrial conference in this matter is **RESCHEDULED** for _____ ____, 2019 at ___:___ __.m.

The Court finds that the ends of justice in permitting this continuance outweigh the Defendant's and the public's interest in a speedy trial. Therefore, pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(i) and (iv), the time in between August

30, 2019 and _____ \_\_\_\_, 2019 shall be excluded from the Speedy Trial calculations.

**SO ORDERED** this _____ day of _____2019.

_____
The Honorable Catherine M. Salinas
UNITED STATES MAGISTRATE JUDGE