

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

| | |
|---|---|
| *Richard Russell Federal Building* | *Telephone: (404) 581-6000* |
| *75 Ted Turner Drive S.W.* | *Fax: (404) 581-6181* |
| *Suite 600* | |
| *Atlanta, Georgia 30303* | |

September 18, 2019

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Re:

| | |
|---|---|
| U.S. v. Escobar-Aguinada 1:09-cr-00475-WSD-JSA | U.S. v. Lewis 1:18-cr-00378-SCJ-AJB |
| U.S. v. Whitmore, Jr. 1:10-mj-01295-JFK | U.S. v. Paulk 1:18-cr-00485-AT-CCB |
| U.S. v. Pendergrass et al. 1:17-cr-00224-AT-CMS-1 | U.S. v. Bagley 1:18-mj-00954-LTW |
| U.S. v. Harrell et al. 1:17-cr-00386-SCJ-RGV-1 | U.S. v. Isom 1:19-cr-00079-MLB-LTW |
| U.S. v. Sharma et al. 1:18-cr-00170-UNA-1 | U.S. v. Hassan Ra El 1:19-cr-00245-WMR-CMS |
| U.S. v. Excellent Solutions BPO et al. 1:18-cr-00352-MLB-RGV | |

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from October 14, 2019 to October 15, 2019, October 18, 2019, November 25, 2019 to November 29, 2019, December 23, 2019 to December 27, 2019, February 17, 2019, March 16, 2019, and April 6, 2019 to April 10, 2019. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Sincerely,

BYUNG J. PAK
*United States Attorney*


*/s/ Jeffrey A. Brown*

JEFFREY A. BROWN
*Assistant United States Attorney*

cc: Via ECF
    Counsel for Defendant