UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>ALLEN J. PENDERGRASS,<br>　　　　Defendant. | )<br>)<br>)<br>) Case No. 1:17-cr-00224-AT-CMS<br>)<br>)<br>)<br>) |

## ORDER

Defendant's motion pursuant to Fed. R. Crim. P. 17(c) having come before the court, and the court having read and considered said motion,

**IT IS HEREBY ORDERED** that subpoenas issue to:

Records Department
Atlanta Police Department
226 Peachtree Street SW
Atlanta, GA 30303

and that said recipients be directed to comply with said subpoenas at the date that is reflected on the subpoena, and that said recipients are directed that the records shall be sent to this Court.

SO ORDERED, this 10th day of October, 2019.

　　　　　　　　　　　　　　　　_Catherine Salinas_
　　　　　　　　　　　　　　　　·The Honorable Catherine M. Salinas
　　　　　　　　　　　　　　　　United States Magistrate Judge