UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ALLEN J. PENDERGRASS,<br>    Defendant. | )<br>)<br>)<br>) Case No. 1:17-cr-00224-AT-CMS<br>)<br>)<br>)<br>) |

## ORDER

Defendant's motion pursuant to Fed. R. Crim. P. 17(c) having come before the court, and the court having read and considered said motion,

**IT IS HEREBY ORDERED** that a subpoena issue to:

The Fulton County District Attorney's Office
136 Pryor Street SW
Atlanta, GA 30303

and that said recipients be directed to comply with said subpoena at the date that is reflected on the subpoena, and that said recipients are directed that the records shall be sent to this Court.

SO ORDERED, this 10th day of October, 2019.

*Catherine Salinas*
The Honorable Catherine M. Salinas
United States Magistrate Judge