# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-cr-00224-AT-CMS**
**USA v. Pendergrass et al**
**Honorable Catherine M. Salinas**

Minute Sheet for proceedings held In Open Court on 10/10/2019.

| | |
|---|---|
| TIME COURT COMMENCED: 9:39 A.M. | |
| TIME COURT CONCLUDED: 9:44 A.M. | TAPE NUMBER: FTR |
| TIME IN COURT: 00:05 | DEPUTY CLERK: Angela Smith |
| OFFICE LOCATION: Atlanta | |

DEFENDANT(S): [1]Allen J. Pendergrass Present at proceedings

ATTORNEY(S) PRESENT: Jeffrey Brown representing USA
Saraliene Durrett representing Allen J. Pendergrass

PROCEEDING CATEGORY: Pretrial Conference;

MOTIONS RULED ON: DFT#1-[90]Motion to Dismiss/Speedy Trial TAKEN UNDER ADVISEMENT Any supplement to the motion by the defendant is to be filed by November 15, 2019.
DFT#1-[130]Motion for Bill of Particulars TAKEN UNDER ADVISEMENT The Government is to respond to the motion by November 1, 2019. Any reply by the defendant to the governments response is due by November 15, 2019.
DFT#1-[131]Motion to Dismiss Counts DEFERRED The Government is to respond to the motion by November 1, 2019. Any reply by the defendant to the governments response is due by November 15, 2019.