UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cr-00224-AT-CMS |
| ) | |
| ALLEN J. PENDERGRASS, ) | |
| Defendant. ) | |

## **ORDER**

This matter having come before the court on Defendant's unopposed motion, and good cause appearing, Defendant's motion for additional time in which to file a supplement to his motion to dismiss (doc. 90) is **GRANTED. IT IS HEREBY ORDERED** that Defendant shall have up to and including **December 16, 2019,** in which to file the supplement. This extension is necessary for effective preparation and will allow counsel time to adequately review any documents returned from the Atlanta Police Deparrtment and the Fulton County District Attorney's Office.

The Court finds that the ends of justice in permitting this continuance outweigh the Defendant's and the public's interest in a speedy trial. Therefore, pursuant to 18 U.S.C. 3161(h)(7)(A), the time in between November 13, 2019 and December 16, 2019 shall be excluded from the Speedy Trial calculations.

**SO ORDERED** this _____ day of _____ 2019.

_____
The Honorable Catherine M. Salinas
UNITED STATES MAGISTRATE JUDGE