Case 1:17-cr-00224-AT-CMS   Document 143-1   Filed 12/16/19   Page 1 of 1



UNITED STATES GOVERNMENT
Memorandum
**FEDERAL BUREAU OF PRISONS**
Federal Correctional Institution
2600 Highway 301 South

Date:  November 13, 2015

Thomas Bishop, Chief
Georgia Northern Probation Office
Richard B. Russell Federal Building
and United States Courthouse
75 Spring Street, S.W. Room 900
Atlanta, GA 30303

RE: **PENDERGRASS, ALLEN J.**     Register Number: **65828-019**

Dear Mr. Bishop:

Please find enclosed classification material in reference to Allen J. Pendergrass, an inmate currently confined at Federal Satellite Low, Jesup, Georgia. We are requesting you review this material for a possible relocation of supervision to your district from the Southern District of Ohio Probation Office due to limited resources in his sentencing district.

He is currently serving a 30 month sentence with 3 years supervised release for BANK FRAUD. He has a projected Good Conduct Time release date of August 28, 2017. It is anticipated inmate Pendergrass will be referred to a Residential Re-Entry Center upon acceptance of relocation and when his term is within (17-19) months of release. He has submitted the following release plans:

Residence:   Ashley Pendergrass, Daughter
441 HIGHWAY 279
FAYETTEVILLE, GA 30214

Phone: (404)396-5721

Employment:  Plans to secure employment through the Residential Re-Entry Center

Thank you for your assistance in this matter of mutual concern. Should you require any further information regarding this case, please have your staff contact his case manager, J. Cox at (912) 427-0870, extension 6525. The sentencing district will be notified via a copy of this letter.

Sincerely,

*Nicole Morse*

N. Morse, Unit Manager