

**U.S. GOVERNMENT**
# Memorandum
FEDERAL BUREAU OF PRISONS

Federal Correctional Institution

2600 Highway 301 South

Jesup, Georgia 31599

B2

November 3, 2016

MEMORANDUM FOR INMATE CENTRAL FILE

FROM:   Fred Santiago
        B Unit Manager

SUBJECT:   RRC Denial
           PENDERGRASS, Allen J.
           Reg. No. 65828-019

The above referenced inmate has been reviewed in accordance with the Second Chance Act. The Second Chance Act requires that inmates be individually considered for pre-release RRC placements using the following five-factor criteria from 18 U.S.C. 3621(b):

1) The resources of the facility contemplated
2) The nature and circumstances of the offense
3) The history and characteristics of the prisoner
4) Any statement by the court that imposed the sentence:
   a. Concerning the purposes for which the sentence to imprisonment was determined to be warranted
   b. Recommending a type of penal or correctional facility as appropriate
5) Any pertinent policy statement issued by the U.S. Sentencing Commission

**Comments**: Inmate Pendergrass was initially designated to FSL Jesup on 07-28-2015, with a 30 month sentence and three years supervision for Bank Fraud. According to his PSR, inmate Pendergrass has pending charges in the Superior Court of Fulton County, Atlanta, Georgia, for Theft by Taking (2 felonies) Forgery (two counts) and Theft by Deception. The Correctional Systems Office contacted the Fulton County District Attorney's Office and verified that the Indictment is still pending and would be presented to the Grand Jury in 2017. Based on this information, inmate Pendergrass will not be referred for RRC placement.

Approve RRC / Deny RRC: _____
                        Erin J. Chalfant, CMC

Approve RRC / Deny RRC: _____
                        N. Ortiz, Executive Assistant

Approve RRC / Deny RRC: _____
                        J. V. Flournoy, Warden

| BP-S394.058   DETAINER ACTION LETTER | | CDFRM |
|---|---|---|
| SEP 03 | | |
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU OF PRISONS |

| To | Institution |
|---|---|
| **Office of the Fulton County District Attorney** <br> **136 Pryor Street, SW, Third Floor** <br> **Atlanta, GA 30303** <br> **Phone: (404) 612-4887** <br> **Fax: (404) 224-3577** <br> **Attn: Nicole Vaughn** | **FCI Jesup** <br> **2600 HWY 301 South** <br> **Jesup, GA 31599** <br> **912/427-0870 x5416** <br> **912/427-1240 fax** |
| | Date <br> 07-28-2015 |

| Case# | Inmate's Name | Fed Reg No. | DOB/SEX/RACE |
|---|---|---|---|
| 13CP139937 | **Pendergrass, Allen J** | **65828-019** | **12-06-1956/M/B** |

The below checked paragraph relates to the above named inmate: **FBI #933849N4 SID #GA4317587H**

■ **This office is in receipt of the following report: 09-19-2013 Inmate Pendergrass was arrested for (2) Cts. Theft by Taking and (2) Cts. Forgery, please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If you have no further interest in the subject, please forward a letter indicating so.**

A detainer has been filed against this subject in your favor charging . Release is tentatively scheduled for , however, we will notify you no later than **60 days** prior to actual release. **To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.**

Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

**Your detainer warrant has been removed on the basis of the attached _. Notify this office immediately if you do not concur with this action.**

**This office received a Fax dated_ requesting notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is_.**

I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____ . If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

Other: **Inmate Pendergrass's was sentenced to serve 30 Months in Federal Custody.**



Sincerely,

J. Williams CSO
For R. Thomas, SCSS

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1); Copy - Correctional Services Department
(This form may be replicated via WP)           (Replaces BP-394(58) dtd MAR 2003)

Skip to Main Content  Logout  My Account  Search Menu  All Case Records Search  Refine Search  Back          Location : All-Superior   Help

# REGISTER OF ACTIONS
## CASE NO. 13CP139937

| | | |
|---|---|---|
| The State of Georgia VS Allen Pendergrass | § § § § § § | Case Type: **RN-PREFILE / CRIMINAL COMPLAINT**<br>Date Filed: **09/19/2013**<br>Location:<br>OBTS Instrument Number: **0602013017165** |

---

### RELATED CASE INFORMATION

**Related Cases**
13CP139937 (CO DEFENDANT)

---

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| **DEFENDANT** | Pendergrass, Allen<br>FAYETTEVILLE, GA 30214<br>SID: GAGA4317587H<br>Other Agency Numbers<br>132261160 Atlanta Police Department,<br>1000000050 AFIS | Male Black<br>5' 7", 175 lbs | |
| **PLAINTIFF** | The State of Georgia | Other | |

---

### CHARGE INFORMATION

| Charges: Pendergrass, Allen | Statute | Level | Date |
|---|---|---|---|
| 1. Theft By Taking - Felony | 16-8-2 | Felony | 05/15/2013 |
| 2. Theft By Taking - Felony | 16-8-2 | Felony | 05/15/2013 |
| 3. Forgery 3rd Degree (POST 07-01-2012) | 16-9-1 | Felony | 05/15/2013 |
| 4. Forgery 3rd Degree (POST 07-01-2012) | 16-9-1 | Felony | 05/15/2013 |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/03/2014 | **OTHER**<br>Party: PENDERGRASS, ASHLEY N |
| 10/29/2013 | **COMPLAINT ROOM SUPPLEMENTAL HEARING** (9:30 AM) (Judicial Officer WOODSON, KAREN SMITH)<br>Result: FN TO ACCU/INDICT |
| 10/10/2013 | **APPEARANCE BOND**<br>Party: Pendergrass, Allen |
| 10/10/2013 | **APPEARANCE BOND**<br>Party: Pendergrass, Allen |
| 10/10/2013 | **APPEARANCE BOND**<br>Party: Pendergrass, Allen |
| 10/10/2013 | **APPEARANCE BOND**<br>Party: Pendergrass, Allen |
| 10/04/2013 | **COMPLAINT ROOM PRELIMINARY HEARING** (9:30 AM) (Judicial Officer WOODSON, KAREN SMITH)<br>Result: RESET AT PARTY REQUEST |
| 10/04/2013 | **COMP ROOM ORDER FOR BOND**<br>Party: Pendergrass, Allen |
| 09/20/2013 | **COUNTY JAIL FIRST APPEARANCE** (11:00 AM) (Judicial Officer JUDGE, COMPLAINT ROOM) |
| 09/20/2013 | **COUNTY JAIL FIRST APPEARANCE COURT ACTION** |
| 09/20/2013 | **COUNTY JAIL P.T. ASSESSMENT** |
| 09/20/2013 | **COUNTY JAIL BOND ORDER** |
| 09/20/2013 | **COUNTY JAIL COMMITMENT** |