**To:** SJBouer@uspis.gov; Ricks, Douglas
**Subject:** FW: Meeting

Good afternoon,

Please see the email below. I have scheduled a meeting with us and AUSA Brown on Friday, May 16th at 10:30 a.m. at the USAO.

Thanks,

Niecey

---

**From:** Brown, Jeff A. (USAGAN) [mailto:Jeff.A.Brown@usdoj.gov]
**Sent:** Monday, May 12, 2014 1:33 PM
**To:** Vaxter Shantanice
**Subject:** RE: Meeting

I am available on Wednesday after 2:00 pm and anytime on Friday. Let's schedule meeting for 10:30 on Friday, May 16th if that works. Thanks,

**Jeffrey A. Brown | Assistant United States Attorney | Northern District of Georgia**
75 Spring Street, SW| Suite 600 | Atlanta, GA  30303
T: 404.581.6064| F: 404.581.6181

---

**From:** Vaxter Shantanice [mailto:Shantanice.Vaxter@ci.irs.gov]
**Sent:** Monday, May 12, 2014 11:16 AM
**To:** Brown, Jeff A. (USAGAN)
**Subject:** Meeting

Jeff,

Are you available to meet us about the case Wednesday afternoon (after 1 p.m.) or Friday?

Thanks,

Niecey

*Shantanice D. Vaxter*
Special Agent
Internal Revenue Service - CID
5255 Snapfinger Park Drive
Suite 160, STOP 408-D
Decatur, GA  30035
Ofc: 678-518-9354
Fax: 678-518-9474

2