

Saraliene Smith Durrett, LLC <ssd@defendingatl.com>

## Subpoena for records re USA v. Allen Pendergrass #1:17-cr-00224-AT-CMS

**Gillespie, Tristan** <Tristan.Gillespie@fultoncountyga.gov>  Fri, Nov 15, 2019 at 8:58 AM
To: "Saraliene Smith Durrett, LLC" <ssd@defendingatl.com>

Hi Saraliene-

We scoured our files and, unfortunately, we were unable to locate any records relating to Mr. Pendergrass. As you may know, we did not prosecute his case. However, we believe that APD may, in fact, have some relevant records. The best contact is likely Sergeant Paul Cooper from their Major Fraud Unit. His contact info is as follows>>:

pcooper@atlantaga.gov

404-546-6811

I am sorry I couldn't be more helpful.

-Tristan

Tristan W. Gillespie

Assistant District Attorney

Fulton County District Attorney's Office

Atlanta Judicial Circuit

136 Pryor Street, 4th Floor

Atlanta, GA  30303

404-613-4988 Direct Line

tristan.gillespie@fultoncountyga.gov

**From:** Saraliene Smith Durrett, LLC [mailto:ssd@defendingatl.com]
**Sent:** Wednesday, November 13, 2019 7:38 AM
**To:** Gillespie, Tristan
**Subject:** Re: Subpoena for records re USA v. Allen Pendergrass #1:17-cr-00224-AT-CMS

Hi Tristan.

Is there an update on this file that I can give to the Court?

Thanks.

Saraliene

*Saraliene Smith Durrett, LLC*
1800 Peachtree Street NE
Suite 300
Atlanta, GA 30309
404-433-0855
defendingatl.com

*Confidentiality Notice*

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

On Wed, Nov 6, 2019 at 3:01 PM Gillespie, Tristan <Tristan.Gillespie@fultoncountyga.gov> wrote:

> Dear Ms. Smith,
>
> I just received your subpoena yesterday for our records relating to the above-referenced matter. I have requested the subject files from archives and hope to have them to you as soon as possible.
>
> Best regards,
>
> Tristan W. Gillespie
>
> Assistant District Attorney
>
> Fulton County District Attorney's Office
>
> Atlanta Judicial Circuit
>
> 136 Pryor Street, 4th Floor
>
> Atlanta, GA  30303
>
> 404-613-4988 Direct Line
>
> tristan.gillespie@fultoncountyga.gov