

Saraliene Smith Durrett, LLC <ssd@defendingatl.com>

## Subpoena for records re USA v. Allen Pendergrass #1:17-cr-00224-AT-CMS

**Gillespie, Tristan** <Tristan.Gillespie@fultoncountyga.gov>   Fri, Nov 15, 2019 at 10:46 AM
To: "angela_L_Smith@gand.uscourts.gov" <angela_L_Smith@gand.uscourts.gov>
Cc: "Saraliene Smith Durrett, LLC" <ssd@defendingatl.com>

Dear Ms. Smith,

With regard to the above-referenced subpoena, I regret to inform you that this office is not in possession of any records responsive to same. This case is mistakenly listed as "open" in the court's online case management system "Odyssey". We filed a Decline form with the court clerk yesterday to have that corrected to show that the case is now closed.

[Quoted text hidden]