

Saraliene Smith Durrett, LLC <ssd@defendingatl.com>

## Subpoena APD

Robinson, Amber <ARobinson@atlantaga.gov>                    Wed, Dec 4, 2019 at 5:56 PM
To: Saraliene Durrett <ssd@defendingatl.com>

Good evening, Ms. Durrett

On behalf of the City of Atlanta, please accept my apology for the delay in the City's compliance with this subpoena.

I have followed up with APD and have been advised that they are working to secure the return of hard copy file they provided to the US Attorney in this matter so that they may comply with the subpoena as instructed.  They have advised that they provided the US Attorney with their only copy of this file.  APD is working diligently to secure these documents and file them with the Court as instructed and this has been assigned top priority.  I will update you as soon as I receive confirmation that this has been done.

Thank you for your continued understanding and patience.

Amber

From: Saraliene Durrett <ssd@defendingatl.com>
Sent: Wednesday, December 4, 2019 9:21 AM
To: Robinson, Amber <ARobinson@AtlantaGa.Gov>
Subject: Re: Subpoena APD

Hi Amber.

Were you able to get these documents to the court?

Thanks.

Saraliene

Saraliene Smith Durrett, LLC

1800 Peachtree Street

Suite 300

Atlanta, GA 30309