

**Saraliene Smith Durrett, LLC <ssd@defendingatl.com>**

## Subpoena APD

**Robinson, Amber** <ARobinson@atlantaga.gov>  Fri, Dec 6, 2019 at 2:31 PM
To: Saraliene Durrett <ssd@defendingatl.com>

Good afternoon Ms Durrett

I am in possession of the physical file in this matter, though it is my understanding that APD was unable to retrieve some of the emails requested due to the cyber attack.

Would you like to send someone here to retrieve it to reduce time or would you prefer us to file it with the court as previously instructed?

Again I apologize for the issues you have encountered in regards to this production.

Thank you

Amber

Get Outlook for iOS

**From:** Saraliene Durrett <ssd@defendingatl.com>
**Sent:** Thursday, December 5, 2019 7:54:24 AM

[Quoted text hidden]

[Quoted text hidden]