THE LAW OFFICE OF
SARALIENE SMITH DURRETT, LLC

1800 Peachtree Street, Suite 300, Atlanta, GA 30309

ssd@defendingatl.com                                                                           (404) 433-0855

Courtroom Deputy Clerks
US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

**Via ECF Filing**

**Re: Leave of Absence**

Dear Courtroom Deputy Clerks:

      This letter is to notify the Court that, pursuant to LCrR 57.1E(4) NDGA, I am respectfully requesting leave of Court for the following dates:

      February 3 – 7, 2020
      April 1-3, 2020
      May 25-29, 2020

      I respectfully request that the Court not schedule any court appearances in the above-styled case for these dates.

                                                               Sincerely,
                                                             *s/*Saraliene S. Durrett
                                                              Saraliene Smith Durrett

cc:     AUSAs and attorneys of record via CM/ECF