IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NUMBER 1:17-CR-224-AT-CMS |
| ALLEN PENDERGRASS, | |
| Defendant. | |

# **O R D E R**

For good cause shown, the oral argument on the defendant's motion to dismiss [Doc. No. 90] previously set for February 5, 2020, is rescheduled to February 26, 2020, at 10:00 a.m.

The time from February 5, 2020, to and until February 26, 2020, is excluded from the Speedy Trial Act computation under 18 U.S.C. §3161(h)(7)(B)(i) on the grounds that the additional time is necessary to afford defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED this 13th day of February, 2020.

_____
CATHERINE M. SALINAS
United States Magistrate Judge