

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*   *Telephone: (404) 581-6000*
*75 Spring Street S.W., Suite 600*   *Fax: (404) 581-6181*
*Atlanta, Georgia  30303*

February 24, 2020

Courtroom Deputies
United States Courthouse
for the Northern District of Georgia
Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

      Re:    U.S. v. Pino-Colucci, et al, 1:15-CR-00236-MLB-JSA
               U.S. v. Medina-Belalcazar,  1:17-CR-00058-SCJ-JKL
               U.S. v. Pendergrass, et al, 1:17-CR-00224-AT-CMS
               U.S. v. Gaskin, 1:17-CR-00370-MHC-JSA
               U.S. v. Darden, et al, 1:18-CR-00188-AT-LTW
               U.S. v. Thornton, 1:18-CR-00453-TCB-JKL
               U.S. v. Broadie, et al, 1:19-CR-00155-MLB-JKL
               U.S. v. Davis, 1:19-CR-00336-SDG-AJB
               U.S. v. Bell, 3:19-CR-00017-TCB-RGV
               U.S. v. Landa-Duerta, et al, 4:19-CR-00041-JPB-RDC

Dear Courtroom Deputies:

    This letter is to notify the Court pursuant to NDGA Local Criminal Rule 57.1E(4), as attorney of record in the attached matters, I submit a notice of leave of absence that I will be out of the office on the following dates:

April 1, 2020 – April 6, 2020
April 10, 2020 – April 12, 2020
April 28, 2020 – May 11, 2020
June 30, 2020 – July 6, 2020
September 28, 2020 – October 2, 2020
November 23, 2020 – November 27, 2020

     I respectfully request that the Court not schedule any court appearances in the above-referenced matters for those dates.

                                Sincerely,

                                Byung J. Pak
                                *United States Attorney*

                                /s/ Teresa Stolze
                                *Assistant United States Attorney*

cc:  Counsel for Defendants (via ECF)