# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00224-AT-CMS
## USA v. Pendergrass et al
## Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Open Court on 02/26/2020.

TIME COURT COMMENCED: 10:02 A.M.
TIME COURT CONCLUDED: 10:38 A.M.
TIME IN COURT: 00:36
OFFICE LOCATION: Atlanta

COURT REPORTER: Andy Ashley
TAPE NUMBER: FTR
DEPUTY CLERK: Angela Smith

| | |
|---|---|
| DEFENDANT(S): | [1]Allen J. Pendergrass Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA<br>Saraliene Durrett representing Allen J. Pendergrass |
| PROCEEDING CATEGORY: | Motion Hearing(Oral Argument Hearing); |
| MOTIONS RULED ON: | DFT#1-[90]Motion to Dismiss/Speedy Trial TAKEN UNDER ADVISEMENT |