IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Action No. |
| U.S. v. Pendergrass, et. al. Defendants | 1:17-CR-00224-AT-CMS |

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Tracia M. King herein files notice of her appearance in the above-styled case, and respectfully requests that she be added as counsel of record for the United States.

Respectfully submitted,

Byung J. Pak
  *United States Attorney*

/s/ Tracia M. King
  *Assistant United States Attorney*
Georgia Bar No. 421380
TKing@us.doj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Saraliene Smith Durrett, LLC
1800 Peachtree Street, NE
Suite 300
Atlanta, Ga 30309

March 17, 2020

/s/ TRACIA M. KING

TRACIA M. KING

*Assistant United States Attorney*