FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 0 1 2020

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

IN RE: COURT OPERATIONS UNDER
THE EXIGENT CIRCUMSTANCES
CREATED BY COVID-19 AND RELATED
CORONAVIRUS

GENERAL ORDER 20-01
Second Amendment

## ORDER

General Order 20-01, dated March 16, 2020, as amended by Order dated March 30, 2020, addresses court operations for the United States District Court for the Northern District of Georgia under the exigent circumstances created by the spread of COVID-19 and the related Coronavirus. The adverse condition giving rise to General Order 20-01 not yet having sufficiently resolved for the Court to return to normal operations,

**IT IS THEREFORE ORDERED** that Amended General Order 20-01 is <u>amended</u> to extend the time periods specified therein through and including the date of May 29, 2020.

**IT IS FURTHER ORDERED** that while there will be no civil or criminal jury trials in any division of the Northern District of Georgia until after said date, and no grand jury proceedings, summons may be issued prior to May 29, 2020, for jurors and grand jurors for meetings and proceedings scheduled to begin after May 29, 2020.

**IT IS FURTHER ORDERED** that the time period of any continuance entered as a result of this Order (whether that continuance causes a pre-indictment delay or a pre-trial delay) shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the Court finds that the ends of justice served by taking that action

outweigh the interests of the parties and the public in a speedy trial. Absent further Order of the Court or any individual judge, the period of exclusion shall be from March 23, 2020, through and including May 29, 2020. The Court may extend the period of exclusion as circumstances may warrant. This Order and period of exclusion are incorporated by reference as a specific finding under 18 U.S.C. § 3161(h)(7)(A) in the record of each pending case where the Speedy Trial Act applies. See *Zedner v. United States*, 547 U.S. 489, 506-07 (2006). The period of exclusion in the Court's prior orders on this subject, General Order 20-01 and Amended Order 20-01, are likewise incorporated by reference as a specific finding under 18 U.S.C. § 3161(h)(7)(A) in the record of each pending case where the Speedy Trial Act applies.

**IT IS THEREFORE ORDERED** that Amended Order 20-01 is further <u>amended</u> to extend the specified 30-day time periods contained therein through and including the date of May 29, 2020.

Dated this **30** day of April 2020.

*Thomas W. Thrash*
THOMAS W. THRASH, JR.
CHIEF UNITED STATES DISTRICT JUDGE