FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 26 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONAVIRUS | GENERAL ORDER 20-01 Third Amendment |

## ORDER

General Order 20-01, dated March 16, 2020, amended by Order dated March 30, 2020, and further amended by Order dated April 30, 2020, addresses court operations for the United States District Court for the Northern District of Georgia under the exigent circumstances created by the spread of COVID-19. The adverse conditions giving rise to General Order 20-01 not yet having sufficiently resolved for the Court to return to normal operations,

**IT IS THEREFORE ORDERED** that General Order 20-01, as twice amended, is <u>further amended</u> to extend the time periods specified therein through and including the date of July 3, 2020.

**IT IS FURTHER ORDERED** that while there will be no civil or criminal jury trials in any division of the Northern District of Georgia until after said date, grand jury proceedings may be held beginning June 1, 2020, and summons may be issued prior to July 3, 2020 to prospective jurors for proceedings scheduled to begin after July 3, 2020.

**IT IS FURTHER ORDERED** that the time period of any continuance entered as a result of this Order (whether that continuance causes a pre-indictment delay or a pre-trial delay) shall be excluded under the Speedy Trial Act, 18 U.S.C. §

3161(h)(7)(A), as the Court finds that the ends of justice served by taking that action outweigh the interests of the parties and the public in a speedy trial. Absent further Order of the Court or any individual judge, the period of exclusion shall be from March 23, 2020, through and including July 3, 2020. The Court may extend the period of exclusion as circumstances may warrant. This Order and period of exclusion are incorporated by reference as a specific finding under 18 U.S.C. § 3161(h)(7)(A) in the record of each pending case where the Speedy Trial Act applies. See *Zedner v. United States*, 547 U.S. 489, 506-07 (2006). The period of exclusion in the Court's prior orders on this subject, General Order 20-01 and its two subsequent amendments, are likewise incorporated by reference as a specific finding under 18 U.S.C. § 3161(h)(7)(A) in the record of each pending case where the Speedy Trial Act applies.

**ORDERED** this _26_ day of May 2020.

_____
**THOMAS W. THRASH, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**