THE LAW OFFICE OF
SARALIENE SMITH DURRETT, LLC
1800 Peachtree Street, Suite 300, Atlanta, GA 30309

ssd@defendingatl.com                                                                                    (404) 433-0855

Courtroom Deputy Clerks
US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

**Via ECF Filing**

**Re: Leave of Absence**

Dear Courtroom Deputy Clerks:

    This letter is to notify the Court that, pursuant to LCrR 57.1E(4) NDGA, I am respectfully requesting leave of Court for the following dates:

    September 28-30, 2020
    October 7-9, 2020
    November 10-13, 2020
    November 23-30, 2020
    December 1, 2020

    I respectfully request that the Court not schedule any court appearances in the above-styled case for these dates.

    Sincerely,
    *s/*Saraliene S. Durrett
    Saraliene Smith Durrett

cc:    AUSAs and attorneys of record via CM/ECF