UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Plaintiff,  )<br>  )<br>v.  )  Case No. 1:17-cr-00224-AT-CMS<br>  )<br>ALLEN J. PENDERGRASS,  )<br>Defendant.  ) | |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT OUT OF DISTRICT TRAVEL**

Mr. Pendergrass has been on pretrial release since August 9, 2017. Doc. 22. As part of his release conditions, he is not permitted to travel outside the Northern District of Georgia without prior approval. Doc. 22 at 4.

Mr. Pendergrass is seeking leave to travel to Columbus, Ohio from August 20 through August 24, 2020. The purpose for the trip is to visit his daughter and her mother, who is very sick. While there, he will be staying with his daughter at an address previously provided to probation.

Mr. Pendergrass is also seeking leave to travel more freely out of the district (within the United States) on a regular basis. If permitted, Mr. Pendergrass would report all travel to his probation officer and seek permission from that officer prior to all trips.

Counsel for Mr. Pendergrass has notified Mr. Pendergrass' probation officer, Janise Patterson, of this requests.  She has no objection to his current request for travel or his request to travel more freely, subject to her approval.

For these reasons, Mr. Pendergrass now asks the Court to grant his request for 1) out of district travel from August 20-24, 2020, and 2) freedom to travel out of district (within the United States) more freely subject to approval by the probation department.

Respectfully submitted this 20th day of May 2019.

s/Saraliene S. Durrett
1800 Peachtree Street, NE Suite 300
Atlanta, GA 30309
(404) 433-0855
ssd@defendingatl.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

All Defense Counsel
All AUSAs of record

Respectfully submitted this 17th day of August 2020.

s/Saraliene S. Durrett
1800 Peachtree Street, NE Suite 300
Atlanta, GA 30309
(404) 433-0855
ssd@defendingatl.com