UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cr-00224-AT-CMS |
| ) | |
| ALLEN J. PENDERGRASS, ) | |
| Defendant. ) | |

## ORDER

This matter having come before the Court, and good cause appearing, Defendant's motion to modify conditions of pretrial release is **GRANTED.**

**IT IS HEREBY ORDERED** that the defendant be permitted to travel outside of the Northern District of Georgia (to Columbus Ohio) for the purpose of visiting his daughter and her mother from August 20-24, 2020.

**IT IS FURTHER ORDERED** that the defendant shall be permitted to travel freely within the United States with the prior permission of his probation officer and without seeking further leave from this Court.

**IT IS FURTHER ORDERED** that all other conditions remain the same.

**SO ORDERED** this _____ day of August 2020.

_____
The Honorable Catherine M. Salinas
United States Magistrate Judge

Presented by:
Saraliene Durrett
Counsel for Defendant