

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*　　*Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*　　　　　*Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

October 8, 2020

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from November 23, 2020 through November 27, 2020 and December 21, 2020 through January 1, 2021. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

　　Re:
*United States vs. Louis Fernando, 1:19-CR-00201-ELR-AJB-1*
*Unites States v Don Terry, et al, 1:19-CR-00017-ELR-CMS-1*
*Unites States vs. Valanese Williams, 3:20-CR-00012-TCB-RGV-1*
*Unites States vs. Barbara Moore (v), 1:19-CR-00396-ELR-LTW-1*
*Unites States vs. Gil Rhee (v), 1:20-CR-00008-MHC-1*
*Unites States vs. Lucious Damian Mack (v), 1:19-CR-00459-WMR-CCB-1*
*Unites States vs. Mamady Keita, 1:19-CR-00473-UNA-1*
*Unites States vs. Kerry Adams, 1:19-CR-00305-TCB-1*
*Unites States vs. Allen Pendergrass, et al., 1:17-CR-00224-AT-CMS-1*
*Derrick Powell vs. Unites States, 20-CV-02442-1*
*Unites States vs. Russell Richardson, 1:19-CR-00300-TWT-CCB-1*
*Alexandria Hunnicutt vs. Unites States, 17-CR-00418-1*
*Unites States vs. Hajavi, et al., 1:19-CR-00443-TWT-AJB-1*
*Unites States vs. Yan Orjoux, et al., 1:19-CR-00291-JPB-JKL-2*

Sincerely,

BYUNG J. PAK
*United States Attorney*


*/s/ Tracia M. King*

TRACIA M. KING
*Assistant United States Attorney*

cc:  Counsel for Defendant (via CM/ECF)