IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  *v.*  PENDERGRASS ET AL | Criminal Action No.  1:17-CR-00224 |

**NOTICE OF FILING WITHDRAWAL OF COUNSEL**

Assistant United States Attorney Teresa Stolze herein files this Notice of Filing Withdrawal of Counsel in the above-styled case, and respectfully requests that he be removed as counsel of record for the United States.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/ TERESA M. STOLZE
*Assistant United States Attorney*
Teresa.stolze @usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Counsel for Defendant

October 22, 2020

/s/ TERESA M. STOLZE

TERESA M. STOLZE

*Assistant United States Attorney*