Courtroom Deputy Clerks
US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

**Via ECF Filing**

**Re: Leave of Absence**

Dear Courtroom Deputy Clerks:

  This letter is to notify the Court that, pursuant to LCrR 57.1E(4) NDGA, I am respectfully requesting leave of Court for the following dates:

  September 27-October 1, 2021

  November 8-11, 2021

  I respectfully request that the Court not schedule any court appearances in the above-styled case for these dates.

              Sincerely,
              *s/*Saraliene S. Durrett
              Saraliene Smith Durrett

cc:  AUSAs and attorneys of record via CM/ECF