

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*　　*Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*　　*Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

June 29, 2021

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Dr. S.W.
Atlanta, Georgia 30303

Re:  US v. Victor Medina-Belalcazar　　(1:17-cr-00058-SCJ-JKL)
　　　US v. Allen J. Pendergrass, et al　　(1:17-cr-00224-AT-CMS)
　　　US v. Daniel Landa-Duerta, et al　　(4:19-cr-00041-JPB-WEJ)
　　　US v. Daniel Acuna, et al　　(1: 18-cr-00234-TWT-JKL)
　　　US v. Jose Ignacio Gonzalez, et al　　(1:20-cr-00257-WMR-CMS)
　　　US v. Charles Belcher, et al　　(1:20-cr-00333-MLB)
　　　US v. Aaron Saul Blau　　(1:20-cr-00335-LMM-JKL)
　　　US v. Diangilo Antuan Bell　　(3:19-cr-00017-TCB-RGV)
　　　US v. Dolegario Carranza-Ontiveros　　(1:19-cr-00155-MLB-JKL)
　　　US v. Ricardo Antonio Melara et al　　(1:20-cr-00122-ELR-CCB)
　　　US v. Gelasia Matias et al　　(1:20-cr-00187-LMM-RDC)
　　　US v. Levette Terrell et al　　(1:20-cr-00379-MLB-RDC)
　　　US v. Gonzalo Gonzales-Robles et al　　(1:21-cr-00066-LMM-RDC)
　　　US v. Dolegario Carranza-Ontiveros　　(1:21-cr-00087-MLB)
　　　US v. Sonya Lynette Freeman　　(1:21-cr-00090-AT)

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on July 14-20, 2021 and August 12 – 16, 2021. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　KURT R. ERSKINE
　　　　　　　　　　　　　　　　*Acting United States Attorney*


　　　　　　　　　　　　　　　　*/s/ Teresa M. Stolze*

　　　　　　　　　　　　　　　　TERESA M. STOLZE
　　　　　　　　　　　　　　　　*Assistant United States Attorney*

cc:　　Counsel for Defendants