IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>PENDERGRASS ET AL | Criminal Action No.<br><br>1:17-cr-00224-AT-CMS |

## NOTICE OF FILING WITHDRAWAL OF COUNSEL

Assistant United States Attorney Teresa Stolze herein files this Notice of Filing Withdrawal of Counsel in the above-styled case, and respectfully requests that she be removed as counsel of record for the United States.

Respectfully submitted,

KURT R. ERSKINE
*Acting United States Attorney*

/s/TERESA STOLZE
*Assistant United States Attorney*
Teresa.Stolze@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

1

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Counsel for Defendant

June 29, 2021

/s/ TERESA STOLZE

TERESA STOLZE

*Assistant United States Attorney*