IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:17-cr-0224-AT-1 |
| : | |
| ALLEN J. PENDERGRASS : | |
| : | |
| Defendant. : | |
| : | |
| : | |
| : | |

## ORDER SETTING TRIAL

The Court hereby sets the trial date for defendant Allen J. Pendergrass to begin on Monday, November 29, 2021, at 9:30 AM in Courtroom 2308, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia. The pretrial conference is set for Wednesday, November 17, 2021, at 10:30 AM in Courtroom 2308. By 5:00 PM on October 26, 2021, the parties are to file their respective motions in limine and voir dire questions. By 5:00 PM on October 26, 2021, the Government is to file a brief statement of facts the parties can rely on for voir dire. By 5:00 PM on November 9, 2021, the parties are to file any objections to those items listed above. The time from October 12, 2021, to November 29, 2022, shall be excluded from computation under

the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

The parties should be prepared to provide the Courtroom Deputy Clerk with three (3) copies of your respective exhibit and witness lists at the start of trial for use by the Judge, Court Reporter, and Courtroom Deputy Clerk.  Each party should also provide a courtesy copy of all exhibits for the Judge's use during trial, preferably in an appropriately labeled notebook provided on the first day of trial.  The parties are referred to Local Rule 16.4(B)(19)(b), NDGa, concerning the pre-marking of exhibits.  The parties <u>must</u> provide a courtesy copy of any documents e-filed just prior to trial or on any day during the course of the trial.

Please refer to Judge Totenberg's Guidelines to Parties and Counsel at http://www.gand.uscourts.gov/case-prep-judge-totenberg for information regarding the pretrial conference, voir dire, and courtroom technology.  Any training or trial runs regarding the courtroom technology must be scheduled in advance of trial via the Courtroom Deputy Clerk.  The Court will not allow time for training or trial runs at the beginning of the trial. Any motions requesting leave to bring technology into the courtroom must be filed no later than three (3) days in advance of trial, to allow time for proper notification to the US Marshals Service.

**SO ORDERED** this 12th day of October, 2021,

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**