

# U.S. Department of Justice
## United States Attorney
## Northern District of Georgia

*Richard Russell Federal Building*     *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*     *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

October 20, 2021

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Drive, SW.
Atlanta, Georgia 30303

Courtroom Deputies
U.S. Courthouse
600 E. 1st Street
Rome, Georgia 30161

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office November 4, 2021, November 22 - 26, 2021, December 18 – 29, 2021, January 14, 2022, April 4 - 8, 2022, May 26 - 27, 2022, June 13, 2022, and July 4 - 8, 2022. I request that the Court not schedule any court appearances in the below-referenced matters for this date.

*United States v. Addaquay et al.,* 1:20-cr-45

*United States v. Addaquay, et al.,* 1:20-CR-126

*United States v. Guyton, et al.,* 1:19-CR-404

*United States v. Tejade-Landaverde,* 1:09-CR-475

*United States v. James Thomas,* 1:15-CR-341

*United States v. Darius Webb,* 1:12-CR-5

*United States v. Pendergrass et al.,* 1:17-CR-224

*United States v. Vanburen,* 1:16-CR-243

*United States v. Excellent Solutions BPO, et al.,* 1:18-CR-352

*United States v. David Harvey,* 1:09-CR-148

*United States v. Sharma, et al.,* 1:18-CR-170

*Lucius Oliver Service v. United States,* 1:19-CV-4188

*Mohmed Momin v. United States,* 1:18-CR-352

*Robert Jett v. United States*, 4:08-CR-39

*Shawn Brown v. United States*, 1:12-CR-389

*Rodrigo Leon-Castillo v. United States*, 1:20-CV-4862

*Hassan Ra El v. United States*, 1:21-CV-2296

Sincerely,

KURT R. ERSKINE
*Acting United States Attorney*

*/s/Jeffrey A. Brown*
JEFFREY A. BROWN
*Assistant United States Attorney*

cc: Counsel for Defendant