

Wells Fargo Bank, N.A.
Subpoena Processing Philadelphia
Po Box 8667 Y1372-032
Philadelphia, Pa 19101
Voice: (215)973-3717

# BUSINESS RECORDS DECLARATION

I, Kelly Murray, declare that I am employed by Wells Fargo Bank, N. A. ("Wells Fargo") in the Legal Order Processing Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

**The records produced are described as follows:**

Case No: 9410199

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| W8/W9 | *XXXXXX1558 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Deposits with offsets | XXXXXXXXX0226 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |
| Deposits with offsets | *XXXXXX5618 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |
| Statements | XXXXXXXXX9172 | 0 | 0 |
| CD = 32 items | | | |
| Signature Cards | XXXXXXXXX7330 | 3 | 3 |
| W8/W9 | *XXXXXX5618 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Signature Cards | XXXXXX3985 | 3 | 3 |
| ATM Deposits | XXXXXXXXX7330 | 0 | 0 |
| There are no ATM deposits for account 1010288497330 and dates requested. | | | |
| Deposits with offsets | *XXXXXX4091 | 0 | 0 |
| CD = 2 items | | | |
| Deposits with offsets | XXXXXXXXX7330 | 0 | 0 |
| CD = 15 items | | | |
| 1099-Interest Reporting | XXXXXXXXX0226 | 0 | 0 |
| There are no 1099-Interest Reports on file. | | | |
| Official Checks | XXXXXXXXX1554 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please provide specific details for production of official checks. | | | |
| Checks/Debits | XXXXXXXXX9172 | 1 | 1 |
| CD = 8 items | | | |

Case No: 9410199; Agency Case No: 2014R00483

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Deposits with offsets | XXXXXXXXX1554 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |
| W8/W9 | *XXXXXX4091 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Free Form | | 0 | 0 |
| There are no letters of credits on file with information provided. Please supply stand by letter of credit number for further research. | | | |
| ATM Deposits | XXXXXXXXX5140 | 0 | 0 |
| There are no ATM deposits for account 1010178085140 and dates requested. | | | |
| Opening GL | XXXXXXXXXXX6446 | 0 | 0 |
| UNABLE TO SUPPLY OPENING GL DUE TO BANK TIME RENTENTION | | | |
| Signature Cards | XXXXXX2532 | 3 | 3 |
| 1099-Interest Reporting | XXXXXXXXX9172 | 0 | 0 |
| There are no 1099-Interest Reports on file. | | | |
| Deposits with offsets | *XXXXXX6712 | 0 | 0 |
| There are no deposits for timeframe requested. | | | |
| Deposits with offsets | *XXXXXXXXX7180 | 0 | 0 |
| CD = 1,784 items | | | |
| W8/W9 | *XXXXXXXXX7180 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Official Checks | *XXXXXX4091 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Closing GL | XXXXXXXXXXX6446 | 0 | 0 |
| UNABLE TO SUPPLY CLOSING GL DUE TO BANK TIME RETENTION | | | |
| W8/W9 | *XXXXXXXXX6880 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Deposits with offsets | XXXXXXXXX2138 | 0 | 0 |
| CD = 118 items | | | |
| Statements | XXXXXXXXX5140 | 0 | 0 |
| CD = 155 items | | | |
| Official Checks | *XXXXXX5618 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Statements | *XXXXXXXXX6880 | 0 | 0 |
| CD = 234 items | | | |
| Checks/Debits | *XXXXXX6712 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |
| Signature Cards | XXXXXXXXX0226 | 2 | 2 |
| Signature Cards | XXXXXXXXX8180 | 1 | 1 |
| Official Checks | *XXXXXXXXX0863 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Checks/Debits | XXXXXXXXX2138 | 0 | 0 |
| CD = 53 items | | | |

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | *XXXXXXXXX1665 | 0 | 0 |
| CD = 205 items | | | |
| Deposits with offsets | XXXXXXXXX5140 | 0 | 0 |
| CD = 3 items | | | |
| Signature Cards | XXXXXXXXX2138 | 1 | 1 |
| ATM Deposits | XXXXXXXXX9172 | 0 | 0 |
| There are no ATM deposits for account 1010194639172 and dates requested. | | | |
| ATM Deposits | *XXXXXXXXX7180 | 0 | 0 |
| There are no ATM deposits for account 2000029307180 and dates requested. | | | |
| W8/W9 | *XXXXXX5536 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Signature Cards | *XXXXXX8218 | 5 | 5 |
| ATM Deposits | *XXXXXXXXX0863 | 0 | 0 |
| There are no ATM deposits for account 3000096070863 and dates requested. | | | |
| Signature Cards | *XXXXXX5862 | 5 | 5 |
| Signature Cards | *XXXXXXXXX6880 | 2 | 2 |
| Statements | *XXXXXXXXX7180 | 0 | 0 |
| CD = 328 items | | | |
| Official Checks | *XXXXXX8218 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Statements | XXXXXX3985 | 0 | 0 |
| CD = 36 items | | | |
| Signature Cards | XXXXXXXXX9172 | 0 | 0 |
| THERE ARE NO SIGNATURE CARDS ON FILE FOR THIS ACCOUNT. | | | |
| W8/W9 | *XXXXXXXXX1665 | 0 | 0 |
| There were no w8/w9 found for the time frame requested | | | |
| Deposits with offsets | *XXXXXX1558 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |
| Interest Payments | XXXXXXXXXXX2793 | 1 | 1 |
| CD Agreement | XXXXXXXXXXX7019 | 0 | 0 |
| THERE ARE NO CD AGREEMENTS FOR THIS ACCOUNT FOR TIMEFRAME REQUESTED | | | |
| Checks/Debits | *XXXXXXXXX7180 | 0 | 0 |
| CD = 674 items | | | |
| Official Checks | XXXXXX1771 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Deposits with offsets | *XXXXXXXXX6880 | 0 | 0 |
| CD = 213 items | | | |
| Statements | *XXXXXX1558 | 0 | 0 |
| Account is linked to account xxxxxx3556. | | | |
| Official Checks | *XXXXXX6712 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Official Checks | *XXXXXX3556 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Opening GL | XXXXXXXXXX7019 | 1 | 1 |
| Deposits with offsets | XXXXXXXXX9172 | 0 | 0 |
| CD = 2 items | | | |
| W8/W9 | XXXXXXXXX5140 | 6 | 6 |
| ATM Deposits | XXXXXXXXX2138 | 0 | 0 |
| There are no ATM deposits for account 1010056672138 and dates requested | | | |
| Free Form | | 0 | 0 |
| There are no letters of credits on file with information provided. Please supply stand by letter of credit number for further research. | | | |
| Checks/Debits | *XXXXXX5618 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |
| ATM Deposits | *XXXXXXXXX1665 | 0 | 0 |
| There are no ATM deposits for account 2000022081665 and dates requested | | | |
| Checks/Debits | *XXXXXXXXX0863 | 0 | 0 |
| CD = 30 items | | | |
| Deposits with offsets | *XXXXXX8218 | 0 | 0 |
| CD = 7 items | | | |
| Official Checks | XXXXXXXXX5140 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| W8/W9 | *XXXXXX6712 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Free Form | | 0 | 0 |
| There are no letters of credits on file with information provided. Please supply stand by letter of credit number for further research. | | | |
| Signature Cards | *XXXXXXXXX7180 | 1 | 1 |
| Signature Cards | *XXXXXXXXX7254 | 1 | 1 |
| Official Checks | XXXXXXXXX2138 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Deposits with offsets | *XXXXXXXXX1665 | 0 | 0 |
| CD = 173 items | | | |
| Deposits with offsets | *XXXXXX5862 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |
| Signature Cards | *XXXXXXXXX0863 | 1 | 1 |
| Checks/Debits | XXXXXXXXX5140 | 0 | 0 |
| CD = 5 items | | | |
| Official Checks | XXXXXXXXX8180 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Statements | XXXXXX2532 | 0 | 0 |
| CD = 174 items | | | |
| Checks/Debits | *XXXXXX5862 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Deposits with offsets | XXXXXX2532 | 0 | 0 |
| CD = 73 items | | | |
| Signature Cards | XXXXXXXXX1554 | 1 | 1 |
| Checks/Debits | XXXXXX3985 | 0 | 0 |
| CD = 1 items | | | |
| Checks/Debits | XXXXXXXXX0226 | 0 | 0 |
| CD = 4 items | | | |
| Interest Payments | XXXXXXXXXXX7019 | 2 | 2 |
| W8/W9 | XXXXXXXXX2138 | 2 | 2 |
| Checks/Debits | *XXXXXX3556 | 0 | 0 |
| CD = 84 items | | | |
| W8/W9 | XXXXXX1771 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Signature Cards | *XXXXXX3556 | 5 | 5 |
| Wire Request | XXXXXXXXX1554 | 0 | 0 |
| There are no wires for the time frame requested. | | | |
| Official Checks | *XXXXXX5536 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Statements | XXXXXX1771 | 0 | 0 |
| CD = 4 items | | | |
| ATM Deposits | XXXXXXXXX0226 | 0 | 0 |
| There are no ATM deposits for account 1010268990226 and dates requested | | | |
| Signature Cards | *XXXXXX1558 | 5 | 5 |
| Deposits with offsets | XXXXXXXXX8180 | 0 | 0 |
| CD = 53 items | | | |
| Statements | XXXXXXXXX2138 | 0 | 0 |
| CD = 252 items | | | |
| Signature Cards | XXXXXX1771 | 1 | 1 |
| Closing GL | XXXXXXXXXXX7019 | 0 | 0 |
| ACCOUNT ENDING XXXXXXXXXXXX019 | | | |
| CLOSING GL: ON 8/10/2010 $42,610.39 WAS TRANSFERRED TO ACCOUNT ENDING XXXXXXXXX5140 | | | |
| Free Form | | 0 | 0 |
| There are no letters of credits on file with information provided. Please supply stand by letter of credit number for further research. | | | |
| Deposits with offsets | *XXXXXXXXX0863 | 0 | 0 |
| CD = 1,179 items | | | |
| ATM Deposits | *XXXXXXXXX6880 | 0 | 0 |
| There are no ATM deposits for account 2000048316880 and dates requested | | | |
| ATM Deposits | XXXXXXXXX8180 | 0 | 0 |
| There are no ATM deposits for account 1010281518180 and dates requested | | | |
| Checks/Debits | *XXXXXX5536 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |
| Statements | XXXXXXXXX7330 | 0 | 0 |
| CD = 18 items | | | |

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| W8/W9 | XXXXXX3985 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Checks/Debits | * XXXXXXXXX6880 | 0 | 0 |
| CD = 199 items | | | |
| Signature Cards | * XXXXXX5618 | 3 | 3 |
| Statements | * XXXXXX3556 | 0 | 0 |
| CD = 75 items | | | |
| Interest Payments | XXXXXXXXXXX6446 | 1 | 1 |
| Statements | * XXXXXXXXX0863 | 0 | 0 |
| CD = 127 items | | | |
| Statements | XXXXXXXXX0226 | 0 | 0 |
| CD = 16 items | | | |
| Official Checks | * XXXXXXXXX7254 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Signature Cards | * XXXXXX6712 | 5 | 5 |
| W8/W9 | * XXXXXXXXX7254 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| W8/W9 | * XXXXXX3556 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Signature Cards | * XXXXXXXXX1665 | 1 | 1 |
| Official Checks | * XXXXXXXXX1665 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Statements | * XXXXXXXXX7254 | 0 | 0 |
| CD = 116 items | | | |
| Official Checks | XXXXXX3985 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Deposits with offsets | * XXXXXX3556 | 0 | 0 |
| CD = 27 items | | | |
| Checks/Debits | XXXXXX1771 | 0 | 0 |
| CD = 219 items | | | |
| Statements | XXXXXXXXX1554 | 0 | 0 |
| CD = 10 items | | | |
| Checks/Debits | * XXXXXXXXX7254 | 0 | 0 |
| CD = 8 items | | | |
| W8/W9 | * XXXXXXXXX0863 | 2 | 2 |
| Closing GL | XXXXXXXXXXX2793 | 0 | 0 |
| Closing balance on 01/14/2010  $26,155.42 was a transfer to account ending in xxxxxxxxx0226. | | | |
| Checks/Debits | * XXXXXXXXX1665 | 0 | 0 |
| CD = 3 items | | | |
| Official Checks | XXXXXXXXX7330 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Deposits with offsets | XXXXXX3985 | 0 | 0 |
| CD = 6 items | | | |

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Official Checks | *XXXXXXXXX6880 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| ATM Deposits | XXXXXXXXX1554 | 0 | 0 |
| There are no ATM deposits for account 3000222991554 and dates requested | | | |
| Statements | *XXXXXX5536 | 0 | 0 |
| CD = 17 items | | | |
| Official Checks | XXXXXXXXX0226 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Deposits with offsets | XXXXXX1771 | 0 | 0 |
| CD = 53 items | | | |
| Official Checks | XXXXXXXXX9172 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Checks/Debits | *XXXXXX4091 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |
| Application | XXXXXXXXXXXX083E | 183 | 183 |
| Attached are statements. Applications and other documents are not available. | | | |
| Statements | *XXXXXX8218 | 0 | 0 |
| CD = 25 items | | | |
| Signature Cards | *XXXXXX5536 | 4 | 4 |
| W8/W9 | XXXXXX2532 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Signature Cards | *XXXXXX4091 | 4 | 4 |
| CD Agreement | XXXXXXXXXXX6446 | 0 | 0 |
| THERE ARE NO CD AGREEMENTS ON FILE FOR TIMEFRAME REQUESTED | | | |
| Official Checks | *XXXXXXXXX7180 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| CD Agreement | XXXXXXXXXXX2793 | 1 | 1 |
| Checks/Debits | *XXXXXX1558 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |
| Official Checks | XXXXXX2532 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| Checks/Debits | XXXXXXXXX7330 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |
| Statements | *XXXXXX5618 | 0 | 0 |
| CD = 58 items | | | |
| Statements | *XXXXXX6712 | 0 | 0 |
| CD = 4 items | | | |
| Signature Cards | XXXXXXXXX5140 | 1 | 1 |
| Checks/Debits | XXXXXXXXX8180 | 0 | 0 |
| CD = 11 items | | | |

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Official Checks | *XXXXXX5862 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| W8/W9 | XXXXXXXXX8180 | 1 | 1 |
| Opening GL | XXXXXXXXXXX2793 | 0 | 0 |
| Unable to retreive opening gl for account# xxxxxxxxxxxxxxxxx2793 due to past bank retention... | | | |
| Free Form | | 0 | 0 |
| There are no letters of credits on file with information provided. Please supply stand by letter of credit number for further research. | | | |
| Checks/Debits | XXXXXX2532 | 0 | 0 |
| CD = 10 items | | | |
| Official Checks | *XXXXXX1558 | 0 | 0 |
| Unable to locate any official bank checks for this account with the information provided. Please supply specific details | | | |
| W8/W9 | *XXXXXX5862 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Statements | *XXXXXX5862 | 0 | 0 |
| CD = 4 items | | | |
| W8/W9 | *XXXXXX8218 | 0 | 0 |
| THERE ARE NO 1099 ON FILE FOR THIS ACCOUNT FOR THE TIMEFRAME REQUESTED. | | | |
| Deposits with offsets | *XXXXXX5536 | 0 | 0 |
| CD = 1 items | | | |
| Deposits with offsets | *XXXXXXXXX7254 | 0 | 0 |
| CD = 127 items | | | |
| Checks/Debits | *XXXXXX8218 | 0 | 0 |
| We have no paper items for the timeframe requested. All items are electronic. | | | |
| Statements | *XXXXXX4091 | 0 | 0 |
| CD = 35 items | | | |
| Statements | XXXXXXXXX8180 | 0 | 0 |
| CD = 159 items | | | |

**Total Copies Delivered:** 259

Additional comments: Note to Client: Unable to locate the following provided individuals and/or entities - Terrell McQueen; Beacon Asset Recovery Agency, LLC; Guishard, Wilburn and Shorts, LLC; Hemisphere, Inc; Financial Recovery Service, Inc; Unclaimed Recoveries, LLC; Federal Recovery Service, Inc; TNT Trust; Atel Financial Corp; Cash Back Financial LLC; Urban Rental Housing Development Inc; You World Global Media, Inc; National Asset Recovery Agency; National Unclaimed Funds; From the Ground Up Records, Inc; From the Ground Up Media, Inc; Bank Suction Realty, Inc.; Pen Transportation, Inc; Attorney Recovery Systems; Service Pros, Inc; Nationwide Mutual Capital, LLC; and Recovery Capital. If you have any further identifying information regarding these individuals and/or entities please fax it to 704-427-3686 and reference case number 9410199.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 18th day of July, 2014, in the City of Philadelphia, State of PENNSYLVANIA.

*[signature: Kelley]*

Subpoena Processing Representative  (215)973-3717

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments for compliance.

Case No: 9410199; Agency Case No: 2014R00483

Page 8 of 8

AO 110(Rev 5/85) Subpoena to Testify Before Grand Jury

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

G410199

**SUBPOENA TO TESTIFY BEFORE GRAND JURY**

**To:** Wells Fargo Bank
Legal Order Processing
401 Market Street
Mail Code Y1372-110
Philadelphia, PA 19101

SUBPOENA FOR:
( ) PERSON  (X) DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date and time specified below.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>75 Spring Street, S.W.<br>Atlanta, GA 30303 | Grand Jury # 1-14<br>Room Number 2037 |
| | DATE AND TIME<br>July 01, 2014<br>9:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s)*:

See attachment

2014 JUN 16 AM 11 29

ALTHOUGH THE LAW DOES NOT PROHIBIT DISCLOSURE, IT IS REQUESTED THAT YOU DO NOT DISCLOSE THE EXISTENCE OF THIS SUBPOENA. ANY SUCH DISCLOSURE COULD IMPEDE THE INVESTIGATION BEING CONDUCTED.

**PLEASE ATTACH A COPY OF THIS SUBPOENA WITH RECORDS PRODUCED.**

( ) Please see additional information on reverse

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK OF COURT<br>JAMES N. HATTEN<br>(By) Deputy Clerk | DATE<br>6/10/2014 |
|---|---|
| This subpoena is issued on application of the United States of America<br><br>United States Attorney | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U S ATTORNEY<br>Jeffrey Brown (404)581-6064<br>600 Richard Russell Bldg.<br>75 Spring Street, S.W.<br>Atlanta, GA 30303<br>**2014R00483 / FBI / VAXTER** |

*If not applicable, enter "none"

AO 110 (Rev 5/85) Subpoena to Testify Before Grand Jury

| RETURN OF SERVICE (1) |||
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |

SERVED ON (NAME)

| SERVED BY | TITLE |
|---|---|

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____     _____
                    Date                                      Signature of Server

_____
Address of Server

Additional Information

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

2014R00483.WF.61014

ATTACHMENT TO SUBPOENA ISSUED TO: Wells Fargo Bank, N.A.

## ALL OPEN AND CLOSED ACCOUNTS

For the years: 2008 - Present

All records pertaining to the following individuals and business entities whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which these individuals or entities may have a financial interest. To include all accounts in which these individuals had signatory authority and/or the right of withdrawal:

| Name | SSN/EIN | Known Account Numbers/ Acct w. Alternate Names |
|---|---|---|
| Allen Pendergrass | 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 | Acct Name: Boyzie James Milner Acct# 08011991002 |
| Terrell McQueen | 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 | |
| Deidra Barber | 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 | |
| Beacon Asset Recovery Agency, LLC | Unknown | |
| Asset Financial Recovery, Inc | 46-1853181 | Acct# 8892553556 |
| Guishard, Wilburn and Shorts, LLC | 46-0912913 | |
| Hemisphere, Inc | Unknown | |
| Financial Recovery Service, Inc | Unknown | |
| Unclaimed Recoveries, LLC | Unknown | |
| Federal Recovery Service, Inc | 46-3045198 | |
| TNT Trust | Unknown | |
| Atel Financial Corp | Unknown | |
| Cash Back Financial LLC | Unknown | |
| Global Money Records | Unknown | VISA# 4741 6539 9771 9176 |
| Urban Retnal Housing Development, Inc | Unknown | |
| You World Global Media, Inc | Unknown | |
| You World Global Artist Development | 46-3425576 | |
| National Asset Recovery Agency | Unknown | |
| National Unclaimed Funds | Unknown | |
| From the Ground Up Records, Inc | Unknown | |
| From the Ground Up Media, Inc | Unknown | |
| Bank Auction Realty, Inc. | Unknown | |
| Pen Transportation, Inc | Unknown | |
| Attorney Recovery Systems | Unknown | |

2014R00483.WF.61014

| Service Pros, Inc | Unknown | |
|---|---|---|
| Nationwide Mutual Capital, LLC | 46-5517393 | |
| Recovery Capital | Unknown | |

These records should include but are not limited to accounts listed above and the following:

SAVINGS ACCOUNT RECORDS: Including signature cards, ledger cards or records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawals, Forms 1099 issued.

CHECKING ACCOUNT RECORDS: Including signature cards, bank statements, deposit slips, checks deposited, checks drawn on the account, records pertaining to all debit and credit memos, Forms 1099 issued.

LOAN RECORDS: Including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

SAFE DEPOSIT BOX RECORDS: Including contracts, access records, and records of rental fees paid disclosing the date, amount, and method of payment (cash or check).

CERTIFICATES OF DEPOSIT AND MONEY MARKET CERTIFICATES: Including applications, actual instruments(s), records of purchases and redemption's, checks issued on redemption, checks used to purchase certificate, any correspondence and any Forms 1099 issued, records revealing the annual interest paid or accumulated, the dates of payment or date interest is earned, checks issued for interest payments.

U.S. TREASURY NOTES AND BILLS: All records of the purchase of U.S. Treasury Bills and Notes and/or subsequent sale of such bills or notes, including interest paid, checks used for the purchase or sale of the notes and bills, Forms 1099 issued, checks issued for interest payments, records of interest paid or accumulated revealing the dates and amount of interest paid or accumulated.

CREDIT CARD RECORDS: Including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and

2014R00483.WF.61014

method (cash or check) of repayment, checks used to make repayments (front and back).

**PURCHASES OF BANK CHECKS:** Purchases of bank checks, cashier, teller, travelers' check records, or money order records including the check register, file copies of the checks or money orders, records revealing the date and source of payment for said checks or money orders.

**OTHER RECORDS:** Records of certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your bank, savings bond transactions and investment accounts. Such records that disclose the date and amount of the transaction, method (cash or check) and source of payment, instruments and statements of transactions.

All correspondence with the above persons/entities and/or with third parties regarding the above persons/entities. All memoranda, notes, files, or records relating to meetings or conversations concerning the above persons/entities.

**RECORD FORMAT:** In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in 3 1/2 inch diskettes or compact disks (CDs). ASCII fixed length files are preferred, however, ASCII delimited format is acceptable. A record layout for the data is also requested.