IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

BUSINESS RECORD CERTIFICATION

I, __Taryne Youngblood__ hereby certify that I have personal knowledge of the business filing records system of the business known as __USPS__, located at the following address: __250 Georgia Ave Fayetteville GA__. I have reviewed the attached business records, described briefly as follows: __PO Box application - 1809__, and certify that these business records were taken from the ordinary business records of the entity named herein. I certify further that based upon my review of these records:

(A) The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) The records were kept in the course of the regularly conducted activity of the above-named business entity; and

(C) The records were made by the regularly conducted activity as a regular practice.

In accordance with Title 28, United States Code, Section 1746, I declare, certify, verify, and state under the penalty of perjury that the foregoing is true and correct.

Executed this __19__ day of __NOV__, 20__18__.

__Taryne Youngblood__
Signature

__Box Clerk__
Title

__770-719-3157__
Telephone Number of Witness

DISC-000018