In Re: 2014R00483

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

BUSINESS RECORD CERTIFICATION

I, _Miriam J. Perez_, hereby certify that I have personal knowledge of the business filing records system of the business known as _SunTrust Banks, Inc_ located at the following address: _Mail Code: Fl-Orlando-7136, P.O. Box 620577, Orlando, Fl. 32862-0577_.

I have reviewed the attached business records, described briefly as follows: _statements, signature cards, checks, deposits and offsets_, and certify that these business records were taken from the ordinary business records of the entity named herein. I certify further that based upon my review of these records:

(A) the records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) the records were kept in the course of the regularly conducted activity of the above-named business entity; and

(C) the records were made by the regularly conducted activity as a regular practice.

In accordance with Title 28, United States Code, Section 1746, I declare, certify, verify, and state under the penalty of perjury that the foregoing is true and correct.

Executed this _2_ day of _Oct_, 20_14_.

_____   10/2/14
(Signature)                        Date

_Subpoena Analyst_
(Title)

_(407) 762-5578_
(Telephone Number of Witness)

SUNTRUST-000001