UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br> )<br> )<br>v. )<br> )<br> )<br>ALLEN J. PENDERGRASS, )<br>Defendant. ) | Criminal Case No.<br>1:17-CR-224 |

### MOTION TO PERMIT DEFENSE TEAM TO BRING PROPERTY AND TECHNOLOGY INTO THE COURTHOUSE

Comes now ALLEN J. PENDERGRASS and hereby files this motion requesting that attorneys Saraliene Durrett and Sydney Strickland, paralegal Stephen Stahel, and investigator Jane Holmes be permitted to bring boxes of documents, laptops, printers, cellphones, and other devices into the courthouse. In support whereof, counsel shows the following:

This Court has set a trial date for Mr. Pendergrass beginning on November 29, 2021. Paralegal Stephen Stahel and investigator Jane Holmes will be assisting defense counsel at trial and may need to take notes and/or conduct legal research on their laptops and/or cellphones and they may need to communicate with witnesses throughout trial on their phones. For this reason, counsel is asking that the defense team be permitted to bring the following items into the Courthouse beginning on November 29, 2021 through the duration of trial:

1. Boxes of trial documents;
2. Computers, tablets, printers, and electronic equipment;
3. Cell phones;
4. Computer cords and wires;
5. Any other necessary equipment for the presentation of evidence and communications.

Respectfully submitted this 15th day of November, 2021

/s/Saraliene Durrett
Saraliene Durrett
Counsel for Allen Pendergrass
Saraliene Smith Durrett, LLC
1800 Peachtree St., NE
Suite 300
Atlanta, GA 30309
ssd@defendingatl.com

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that I have this day served this motion by electronic filing through the Court's CM/ECF system effecting service on all attorneys of record in this case.

Respectfully submitted this 15th day of November 2021.

>s/Saraliene S. Durrett
>SARALIENE S. DURRETT
>1800 Peachtree Street
>Suite 300
>Atlanta, GA 30309
>(404) 433-0855
>ssd@defendingatl.com