THE LAW OFFICE OF
SARALIENE SMITH DURRETT, LLC
ATTORNEY AT LAW

1800 Peachtree Street, Suite 300, Atlanta, GA 30309

ssd@defendingatl.com             (404) 433-0855

Courtroom Deputy Clerks
US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

**Via ECF Filing**

**Re: Leave of Absence**

Dear Courtroom Deputy Clerks:

      This letter is to notify the Court that, pursuant to LCrR 57.1E(4) NDGA, I am respectfully requesting leave of Court for the following dates:

      January 14, 2022
      February 21 – March 1, 2022
      April 4-8, 2022

      I respectfully request that the Court not schedule any court appearances in the above-styled case for these dates.

                                                              Sincerely,
                                                             *s/*<u>Saraliene S. Durrett</u>
                                                             Saraliene Smith Durrett

cc:     AUSAs and attorneys of record via CM/ECF