UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>ALLEN J. PENDERGRASS,<br>      Defendant. | )<br>)<br>)<br>) Case No. 1:17-cr-00224-AT-CMS<br>)<br>)<br>) |

## ORDER ALLOWING PROPERTY AND TECHNOLOGY INTO COURTROOM

This matter having come before the Court, and good cause appearing, Defendant's motion to bring property and technology into the courtroom is **GRANTED**.

**IT IS HEREBY ORDERED** that attorneys Saraliene Durrett and Sydney Strickland, paralegal Stephen Stahel, and investigator Jane Holmes are permitted to bring the following items into the courthouse beginning the week of November 29, 2021, and continuing through the end of trial:

1. Boxes of trial documents;
2. Computers, tablets, printers, and electronic equipment;
3. Cell phones;
4. Computer cords and wires;
5. Any other necessary equipment for the presentation of evidence and communications.

**SO ORDERED** this  16th  day of  November  2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

Presented by Saraliene S. Durrett