# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cr-00224-AT-CMS
### USA v. Pendergrass et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/17/2021.

TIME COURT COMMENCED: 10:40 A.M.
TIME COURT CONCLUDED: 12:50 P.M.
TIME IN COURT: 2:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Harry Martin

DEFENDANT(S):    [1]Allen J. Pendergrass Present at proceedings

ATTORNEY(S) PRESENT:    Jeffrey Brown representing USA
Saraliene Durrett representing Allen J. Pendergrass
Tracia King representing USA
Sydney Strickland representing Allen J. Pendergrass

PROCEEDING CATEGORY:    Pretrial Conference;

MINUTE TEXT:    Pre-Trial Conference for trial scheduled to begin November 29, 2021, at 9:30AM.

HEARING STATUS:    Hearing Concluded