UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cr-00224-AT-CMS |
| | ) |
| ALLEN J. PENDERGRASS, | ) |
| Defendant. | ) |

# DEFENDANT'S PROPOSED VERDICT FORM

**As to the following counts, we the jury unanimously find Defendant Allen Pendergrass:**

| Count | Date (On or About) | Mailing | |
|---|---|---|---|
| 1 | 4/5/2013 | Check in the amount of $8,000 payable to Johnson, Coleman & Stephenson LLC C/o Asset Financial Recovery | Not Guilty \_\_\_\_\_<br><br>Guilty _____ |

**If you find the Defendant guilty of Count 1, answer the following question. If you find the Defendant not guilty of Count 1, go to Count 2.**

**As to Count 1, we unanimously find that Defendant Allen Pendergrass used the following means or aided and abetted others in using the following means to commit this crime:**

_____ materially false and fraudulent pretenses

_____false and fraudulent representations,

_____ false and fraudulent promises

_____ omission of material facts

1

| Count | Date (On or About) | Mailing | |
|---|---|---|---|
| 2 | 5/13/2013 | Check in the Amount of $76,636.28 payable to Asset Financial Recovery, Inc., C/O Georgia Municipal Association | Not Guilty _____ <br><br> Guilty _____ |

**If you find the Defendant guilty of Count 2, answer the following question. If you find the Defendant not guilty of Count 2, go to Count 3.**

**As to Count 2, we unanimously find that Defendant Allen Pendergrass used the following means or aided and abetted others in using the following means to commit this crime:**

_____ materially false and fraudulent pretenses

_____ false and fraudulent representations,

_____ false and fraudulent promises

_____ omission of material facts

| Count | Date (On or About) | Mailing | |
|---|---|---|---|
| 3 | 5/13/2013 | Check in the amount of $26,874.42 payable to Asset Financial Recovery, Inc., C/O Long Weinbery, Ansley& Wheeler | Not Guilty _____ <br><br> Guilty _____ |

**If you find the Defendant guilty of Count 3, answer the following question. If you find the Defendant not guilty of Count 3, go to Count 4.**

**As to Count 3, we unanimously find that Defendant Allen Pendergrass used the following means or aided and abetted others in using the following means to commit this crime:**

_____ materially false and fraudulent pretenses

_____false and fraudulent representations,

_____ false and fraudulent promises

_____ omission of material facts

| Count | Date (On or About) | Mailing | |
|---|---|---|---|
| 4 | 5/13/2013 | Check in the Amount of $14,875.67 payable to Asset Financial Recovery, Inc. C/O James H. Bone, Trustee | Not Guilty \_\_\_\_\_<br><br>Guilty _____ |

**If you find the Defendant guilty of Count 4, answer the following question. If you find the Defendant not guilty of Count 4, go to Count 5.**

**As to Count 4, we unanimously find that Defendant Allen Pendergrass used the following means or aided and abetted others in using the following means to commit this crime:**

_____ materially false and fraudulent pretenses

_____false and fraudulent representations,

_____ false and fraudulent promises

_____ omission of material facts

3

| Count | Date (On or About) | Mailing | |
|---|---|---|---|
| 5 | 5/13/2013 | Check in the Amount of $11,000 payable to Asset Financial Recovery, Inc., C/O Actors Express | Not Guilty \_\_\_\_\_<br><br>Guilty _____ |

**If you find the Defendant guilty of Count 5, answer the following question.  If you find the Defendant not guilty of Count 5, go to Count 6.**

**As to Count 5, we unanimously find that Defendant Allen Pendergrass used the following means or aided and abetted others in using the following means to commit this crime:**

_____ materially false and fraudulent pretenses

_____false and fraudulent representations,

_____ false and fraudulent promises

_____ omission of material facts


**As to Count 6 (money laundering conspiracy), we the jury unanimously find the Defendant Allen Pendergrass:**

_____ Not Guilty                                               _____Guilty

4

**As to Count 7 (aggravated identity theft) (S.J.), we the jury unanimously find the Defendant Allen Pendergrass:**

_____ Not Guilty                                                          _____Guilty

**If you find the Defendant guilty of Count 7, answer the following question. If you find the Defendant not guilty of Count 7, go to Count 8.**

**As to Count 7, we unanimously find that Defendant Allen Pendergrass used the following means or aided and abetted others in using the following means to commit this crime:**

_____ knowingly transferred the name and signature of S.J. without lawful authority

_____ knowingly possessed the name and signature of S.J. without lawful authority

_____knowingly used the name and signature of S.J. without lawful authority


**As to Count 8 (aggravated identity theft) (L.C.), we the jury unanimously find the Defendant Allen Pendergrass:**

_____ Not Guilty                                                          _____Guilty

**If you find the Defendant guilty of Count 8, answer the following question. If you find the Defendant not guilty of Count 8, go to Count 9.**

**As to Count 8, we unanimously find that Defendant Allen Pendergrass used the following means or aided and abetted others in using the following means to commit this crime:**

_____ knowingly transferred the name and signature of L.C. without lawful authority

_____ knowingly possessed the name and signature of L.C. without lawful authority

_____knowingly used the name and signature of L.C. without lawful authority

**As to Count 9 (aggravated identity theft) (J.B.), we the jury unanimously find the Defendant Allen Pendergrass:**

_____ Not Guilty                         _____Guilty

**If you find the Defendant guilty of Count 9, answer the following question. If you find the Defendant not guilty of Count 9, go to Count 10.**

**As to Count 9, we unanimously find that Defendant Allen Pendergrass used the following means or aided and abetted others in using the following means to commit this crime:**

_____ knowingly transferred the name and signature of J.B. without lawful authority

_____ knowingly possessed the name and signature of J.B. without lawful authority

_____knowingly used the name and signature of J.B. without lawful authority

**As to Count 10 (aggravated identity theft) (F.A.), we the jury unanimously find the Defendant Allen Pendergrass:**

_____ Not Guilty                         _____Guilty

**If you find the Defendant guilty of Count 10, answer the following question.**

**As to Count 10, we unanimously find that Defendant Allen Pendergrass used the following means or aided and abetted others in using the following means to commit this crime:**

_____ knowingly transferred the name and signature of F.A. without lawful authority

_____ knowingly possessed the name and signature of F.A. without lawful authority

_____knowingly used the name and signature of F.A. without lawful authority

**SO SAY WE ALL.**

_____
**DATE**


_____
**FOREPERSON**


Respectfully submitted this 24th day of November 2021.

/s/SARALIENE S. DURRETT
Saraliene S. Durrett
GA Bar No. 837897
Counsel for Mr. Pendergrass

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the proposed verdict form with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

All Defense Counsel

All AUSAs of record

Respectfully submitted this 24th day of November 2021.

/s/SARALIENE S. DURRETT
Saraliene S. Durrett
GA Bar No. 837897
Counsel for Mr. Pendergrass