

# WELCOME INFORMATION PACKET

**It is very important that you read this welcome packet in its entirety!**

**Welcome to Opus Virtual Offices! The following information will help you to get comfortable with your new office environment. Please review all of the information carefully.**

**COMPANY PHONE NUMBER:** *(561) 328-2690 - Lee Family Trust*

**COMPANY FAX NUMBER:** *(561) 328-2697 - Lee Family Trust Fax*

All incoming faxes will be forwarded to your e-mail address as a printable attachment (PDF file) to:
*terrell@attorneyrecoverysystem.com*

**PERSONAL EXTENSION(S)/VOICE MAIL BOX (ES):**
This is the extension(s) that the receptionist will be transferring all calls to:
*18077  Terrell McQueen*

**COMPANY MAILING ADDRESS**
*11420 US Highway 1, #128, North Palm Beach, FL 33408*

Your Mailbox is located in the onsite Mail Center
*Mailbox: #128*

**NOTE: YOU WILL RECEIVE AN ADDITIONAL NOTIFICATION WITH MAIL BOX INSTRUCTIONS. YOUR MAIL WILL NOT BE ACTIVATED UNTIL YOU HAVE COMPLETED THE MAIL RECEIPT INSTRUCTION FORMS.**

**MAIL FORWARDING SERVICE:**
You may contact your local Mail Center directly for this service.

**COMPANY EXTENSION/VOICE MAIL BOX:**
*18078  Lee Family Trust*
This is the after hour's voice mail box. Between 5.30pm -8.30am your main company number will ring to your Company Extension. If you would like to receive calls after hours, you may activate call forwarding for that extension (see 'Phone System Features' below)

**CALL FORWARDING:** Call forwarding is Activated for the following extension(s):
*18077  Terrell McQueen*          *Forwarded to (678)270-7500 |*
                                  *(404)889-9740*

When transferred, calls will ring all forwarding numbers simultaneously (up to 4 numbers). The recipient will be prompted to press any key to accept a call. If a call is not accepted or if there's no answer, the call will revert to the extension's voice mail. You may deactivate call forwarding for any extension at any time (see 'Phone System Features' below).

**OpusVirtualOffices**
*the ultimate office solution*

**VOICE MAIL TO E-MAIL (*): *ENABLED***

All voice mail messages left in your voice mail box are being forwarded to your e-mail address as an audio attachment (WAV file) at: *18077  terrell@attorneyrecoverysystem.com*

**PHONE SYSTEM FEATURES:**

**To login to the voicemail system dial: *(561) 962-0221***

Note: if you dial from a phone number listed as one of your call forwarding numbers, you may skip the next 2 steps.

- Enter your extension
- Enter your password (default password *2690* )

**FEATURES:**

Press the desired option and follow the prompts:

**1. Call Forwarding Management:**
    1. Change Call Forwarding
    2. Activate Call Forwarding
    3. Deactivate Call Forwarding
**2. Voice Mail Management:**
    1. Listen to messages
    3. Advanced Feature/Call Back Option (Contact Customer Support to Activate)
    2. Change message folders (2 Folders: New Messages and Old Messages)
    0. Mailbox Options
        1. Record Unavailable Greeting: Individual & Company greetings are already pre-recorded by our staff.
        3. Record Your Name
        4. Record Temporary Greeting: if you record your 'Temporary Greeting' it will be automatically be active and play instead of the 'Unavailable Greeting'.
        To cancel the 'Temporary Greeting' and revert to 'Unavailable Greeting':
            Press 4 - 'Record Temporary Greeting'
            Press 2 - 'Remove Temporary Greeting'
**3. To make an outbound call showing your company caller ID (Contact Customer Support to Activate):**
    You will hear a dial tone and be able to make an outbound call (Use 10 digit dialing xxx-xxx-xxxx)
**4. To manage another extension:**
    Enter your extension
    Enter your password (default password *2690*)
**0. For 'Opus Virtual Customer Support':**
    For Accounting/Billing
    For Technical Support
    To Change E-Mail Address/Activate Features/Add Extensions

**CONTACT US:**
**Customer Support:**
For Accounting/Billing
For Technical Support
To Change E-Mail Address/Activate Features/Add Extensions
You may press the '0' option when logged in to the phone system
Or you may call us direct at **561.237.0811**

# OpusVirtualOffices
*the ultimate office solution*

Or may e-mail us at support@opusvo.com

Or you may call your company number an asked to be transferred to **'Opus Virtual Customer Support'**

## MAIL CENTER

To check your mail or for additional services as described below Call: **(561) 627-0597**

## ADDITIONAL SERVICES AVAILABLE AT THE MAIL CENTER

- Custom crating and packing - any size, any weight
- Domestic and international shipping by air, ground, or ocean
- Freight and specialty shipping
- Wide selection of carriers :UPS, USPS, FedEx, Roadway, ABF, DHL
- Shipping and receiving
- Packaging and moving supplies
- Faxing, photocopying
- Mailbox rental
- Business and residential mail services forwarding, receiving, sorting, metering, stamps
- Business printing and stationery
- Notary public
- Local pickup and delivery service
- And more...

www.opusvirtualoffices.com - Phone: 877.968.0809