## Fwd: New message 2 in mailbox 18077



tlmcqu80 <tlmcqu80@gmail.com>
11/19/2021 9:06 AM

To: Victoria Calvert

 msg0001.WAV
60.62 KB

---------- Forwarded message ---------
From: **Voicemail System** <vm@opusvirtualoffices.com>
Date: Mon, Mar 4, 2013 at 7:58 AM
Subject: New message 2 in mailbox 18077
To: CES18077 <terrell@attorneyrecoverysystem.com>

CES18077,

There is a new voicemail in mailbox 18077:

    From:   "5145:7137551488" <7137551488>
    Length: 0:38 seconds
    Date:   Monday, March 04, 2013 at 08:58:06 AM