**Fwd: Account Past Due Lee Family Trust**

 tlmcqu80 <tlmcqu80@gmail.com>
11/19/2021 9:14 AM

To: Victoria Calvert

---------- Forwarded message ---------
From: **Tammy Hamilton** <tammy@opusvo.com>
Date: Wed, May 29, 2013 at 1:46 PM
Subject: Account Past Due Lee Family Trust
To: <terrell@attorneyrecoverysystem.com>
Cc: <sandy@opusvo.com>

Your account is now past due as we have been unable to process your credit card on file.

Please contact us immediate with valid updated payment information to avoid interruption of service.  Please note that unless we hear back from you and full payment is received, **services will be temporarily suspended on June 2, 2013.**

We appreciate your cooperation in this matter and I am hopeful we will hear from you shortly.

You may also update your credit information using the following link: http://www.opusvirtualoffices.com/cc.

Thank you,

**Opus**VirtualOffices

*the ultimate office solution*

*Tammy Hamilton*

*Accounting Manager*