# Attorney Recovery System, Inc.

3333 Piedmont Road, Ste, 2050
Atlanta, 30305
Phone: 404-601-7613  Fax: 404-671-9412
E-Mail: genebloom@attorneyrecoverysystem.com
Web: www.attorneyrecoverysystem.com

| | |
|---|---|
| Date: | January 29, 2013 |
| Send To: | Harris County Tax Assessor-Collector |
| Attention: | Mike Sullivan |
| Office Location: | Houston, Texas |
| From: | Attorney Recovery System |
| Office Location: | Atlanta, Georgia |
| Phone Number: | 404-601-7613 |

**Total Pages Including Cover: 13**

Fax

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Urgent | ☐ | Reply ASAP | ☐ | Please Comment | ☐ | Please Review | ☒ | For Your Information | ☐ |

Comments:

**Request for Replacement Refund Checks**



# Request for Replacement Refund Check

*Instructions: Please indicate your name, current mailing address, and daytime telephone number in Box 1. Provide the name(s) as shown on the list of outstanding checks. Sign and date the certification and return it to the Tax Office by mail at the below address, or by fax at 713-368-2249. Please call 713-274-8100 with any questions.*

Mike Sullivan
Harris County Tax Assessor-Collector
P.O. Box 4520
Houston, Texas 77210-4520

### Box 1

| Information regarding person or company requesting a replacement refund check | |
|---|---|
| Name | LEE FAMILY TRUST |
| Address | C/O ATTORNEY RECOVERY SYSTEM |
| | P.O. BOX 551104 |
| City, State, ZIP Code | ATLANTA, GA 30355 |
| Telephone Number | 561-328-2690 |

### Box 2

| Name(s) as shown on the outstanding list | Check Number | Taxpayer Account Number/Vehicle Identification Number | Amount | New Check Number |
|---|---|---|---|---|
| LEE FAMILY TRUST | 1354234 | 041-028-004-0005 (2005) | $21,952.11 | |
| LEE FAMILY TRUST | 1354235 | 041-028-004-0005 (2005) | $25,592.97 | |
| LEE FAMILY TRUST | 1354268 | 041-028-004-0005 (2007) | $58,021.30 | |
| LEE FAMILY TRUST | 1354310 | 041-028-004-0005 (2006) | $62,969.77 | |
| LEE FAMILY TRUST | 1354311 | 041-028-004-0005 (2006) | $ 5,184.83 | |

### Certification

By signing below, I hereby certify that I am the person named above and that I am entitled to the replacement refund check requested. The information I have given on this form is true and correct. I understand that any person who makes a false entry upon this record shall be subject to penalties of perjury.

*Vivian Camille Lee*  1/25/03
Signature of Applicant                                  Date

AC-502                                                  Rev. 10/04

# Attorney Recovery System, Inc

3333 Piedmont Road, Suite 2050
Atlanta, GA 30305
Tel: (404)-601-7613

January 25, 2013

Attn: Mike Sullivan
Harris County Tax Assessor Collector
P.O. Box 4520
Houston, TX 77210-4520

Dear Mr. Sullivan:

Enclosed is a copy of the Limited Power of Attorney and other supporting documentation to facilitate the re-issuance of excess proceeds:

| | |
|---|---|
| Payee Name: | Lee Family Trust |
| Check Date: | 10/13/2010 |
| Check Number: | 1354234 |
| Check Amount: | $21,952.11 |

As Attorney-in-fact for Lee Family Trust, please mail the excess check in the amount of $21,952.11 to our corporate office located at the address below:

Lee Family Trust
C/O Attorney Recovery System
PO Box 551104
Atlanta, GA 30355

All supporting documents are attached. Please call with any questions.

Thank You

*Gene R. Bloom*

Gene R. Bloom, President

# Attorney Recovery System, Inc

3333 Piedmont Road, Suite 2050
Atlanta, GA 30305
Tel: (404)-601-7613

January 25, 2013

Attn: Mike Sullivan
Harris County Tax Assessor Collector
P.O. Box 4520
Houston, TX 77210-4520

Dear Mr. Sullivan:

Enclosed is a copy of the Limited Power of Attorney and other supporting documentation to facilitate the re-issuance of excess proceeds:

| | |
|---|---|
| Payee Name: | Lee Family Trust |
| Check Date: | 10/13/2010 |
| Check Number: | 1354235 |
| Check Amount: | $25,592.97 |

As Attorney-in-fact for Lee Family Trust, please mail the excess check in the amount of $25,592.97 to our corporate office located at the address below:

Lee Family Trust
C/O Attorney Recovery System
PO Box 551104
Atlanta, GA 30355

All supporting documents are attached. Please call with any questions.

Thank You

*[signature]*

Gene R. Bloom, President

# Attorney Recovery System, Inc

3333 Piedmont Road, Suite 2050
Atlanta, GA 30305
Tel: (404)-601-7613

January 25, 2013

Attn: Mike Sullivan
Harris County Tax Assessor Collector
P.O. Box 4520
Houston, TX 77210-4520

Dear Mr. Sullivan:

Enclosed is a copy of the Limited Power of Attorney and other supporting documentation to facilitate the re-issuance of excess proceeds:

| | |
|---|---|
| Payee Name: | Lee Family Trust |
| Check Date: | 10/13/2010 |
| Check Number: | 1354268 |
| Check Amount: | $58,021.30 |

As Attorney-in-fact for Lee Family Trust, please mail the excess check in the amount of $58,021.30 to our corporate office located at the address below:

Lee Family Trust
C/O Attorney Recovery System
PO Box 551104
Atlanta, GA 30355

All supporting documents are attached. Please call with any questions.

Thank You

*[signature]*

Gene R. Bloom, President

# Attorney Recovery System, Inc

3333 Piedmont Road, Suite 2050
Atlanta, GA 30305
Tel: (404)-601-7613

January 25, 2013

Attn: Mike Sullivan
Harris County Tax Assessor Collector
P.O. Box 4520
Houston, TX 77210-4520

Dear Mr. Sullivan:

Enclosed is a copy of the Limited Power of Attorney and other supporting documentation to facilitate the re-issuance of excess proceeds:

| | |
|---|---|
| Payee Name: | Lee Family Trust |
| Check Date: | 10/13/2010 |
| Check Number: | 1354310 |
| Check Amount: | $62,969.77 |

As Attorney-in-fact for Lee Family Trust, please mail the excess check in the amount of $62,969.77 to our corporate office located at the address below:

Lee Family Trust
C/O Attorney Recovery System
PO Box 551104
Atlanta, GA 30355

All supporting documents are attached. Please call with any questions.

Thank You

*[signature]*

Gene R. Bloom, President

# Attorney Recovery System, Inc

3333 Piedmont Road, Suite 2050
Atlanta, GA 30305
Tel: (404)-601-7613

January 25, 2013

Attn: Mike Sullivan
Harris County Tax Assessor Collector
P.O. Box 4520
Houston, TX 77210-4520

Dear Mr. Sullivan:

Enclosed is a copy of the Limited Power of Attorney and other supporting documentation to facilitate the re-issuance of excess proceeds:

| | |
|---|---|
| Payee Name: | Lee Family Trust |
| Check Date: | 10/13/2010 |
| Check Number: | 1354311 |
| Check Amount: | $5,184.83 |

As Attorney-in-fact for Lee Family Trust, please mail the excess check in the amount of $5,184.83 to our corporate office located at the address below:

Lee Family Trust
C/O Attorney Recovery System
PO Box 551104
Atlanta, GA 30355

All supporting documents are attached. Please call with any questions.

Thank You

*[signature]*

Gene R. Bloom, President

# Attorney Recovery System, Inc.

3333 Piedmont Road, Suite 2050
Atlanta, GA 30305
Tel: 404-601-7613

## LETTER OF AUTHORIZATION TO RECOVER FUNDS

### (LIMITED POWER OF ATTORNEY)

By this letter, Lee Family Trust does hereby appoint Attorney Recovery System, as its exclusive agent, to seek, recover and disburse or cause to be recovered, the undistributed, unclaimed, un-cashed or undelivered tenders of funds of Lee Family Trust, in the amount of $ 21,952.11 held by any federal, provincial, state or other government entity, or agency or subdivision thereof. This letter further empowers Attorney Recovery System, to affix my signature as Lee Family Trust representative to any government affidavit.

Lee Family Trust (Payee) has entered into an arrangement with or has relationship to Attorney Recovery System, (Depositor", pursuant to which Payee and Depositor desire that checks, drafts, and other instruments payable to payee, or account of Depositor (collectively, Payee Items", will be deposited in any account of Depositor in Bank.

Attorney Recovery System, as attorney-in-fact, may not make any expenditure or incur any costs on behalf of Lee Family Trust and hereby indemnifies itself from any and all claims, which may be asserted because of such disbursement.

Signature: _Susan Camille Lee_

Print Name: _Susan Camille Lee_

### ACKNOWLEDGMENT OF NOTARY PUBLIC

State of: _Florida_

County of: _Palm Beach_

On the _25th_ day of _Jan_, 20_13_, before me, the undersigned, a Notary Public in and for said State, personally appeared _Susan Camille Lee_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he or she executed the same in his or her capacity, and that by his or her signature on the instrument, the individual, or the entity upon behalf of which the individual acted, executed the instrument.

NOTARY:

Signature: _____

[Notary Seal: STEPHEN K. MAK, MY COMMISSION EXPIRES September 19, 2015, #EE 131390, Bonded thru Troy Fain Insurance, NOTARY PUBLIC, STATE OF FLORIDA]

# Attorney Recovery System, Inc.

3333 Piedmont Road, Suite 2050
Atlanta, GA 30305
Tel: 404-601-7613

## LETTER OF AUTHORIZATION TO RECOVER FUNDS

## (LIMITED POWER OF ATTORNEY)

By this letter, Lee Family Trust does hereby appoint Attorney Recovery System, as its exclusive agent, to seek, recover and disburse or cause to be recovered, the undistributed, unclaimed, un-cashed or undelivered tenders of funds of Lee Family Trust, in the amount of $ 25,592.97 held by any federal, provincial, state or other government entity, or agency or subdivision thereof. This letter further empowers Attorney Recovery System, to affix my signature as Lee Family Trust representative to any government affidavit.

Lee Family Trust (Payee) has entered into an arrangement with or has relationship to Attorney Recovery System, (Depositor", pursuant to which Payee and Depositor desire that checks, drafts, and other instruments payable to payee, or account of Depositor (collectively, Payee Items", will be deposited in any account of Depositor in Bank.

Attorney Recovery System, as attorney-in-fact, may not make any expenditure or incur any costs on behalf of Lee Family Trust and hereby indemnifies itself from any and all claims, which may be asserted because of such disbursement.

Signature: _Susan Camille Lee_

Print Name: _Susan Camille Lee_

## ACKNOWLEDGMENT OF NOTARY PUBLIC

State of: _Florida_ )

County of: _Palm Beach_ )

On the _25th_ day of _Jan_, 20_13_, before me, the undersigned, a Notary Public in and for said State, personally appeared _Susan Camille Lee_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he or she executed the same in his or her capacity, and that by his or her signature on the instrument, the individual, or the entity upon behalf of which the individual acted, executed the instrument.

NOTARY:

Signature: _[signature]_

[Notary Seal: STEPHEN K. MAK, MY COMMISSION EXPIRES September 19, 2015, #EE 131390, Bonded thru Troy Fain Insurance, NOTARY PUBLIC, STATE OF FLORIDA]

# Attorney Recovery System, Inc.

3333 Piedmont Road, Suite 2050
Atlanta, GA 30305
Tel: 404-601-7613

## LETTER OF AUTHORIZATION TO RECOVER FUNDS

## (LIMITED POWER OF ATTORNEY)

By this letter, Lee Family Trust does hereby appoint Attorney Recovery System, as its exclusive agent, to seek, recover and disburse or cause to be recovered, the undistributed, unclaimed, un-cashed or undelivered tenders of funds of Lee Family Trust, in the amount of $ 62,969.77 held by any federal, provincial, state or other government entity, or agency or subdivision thereof. This letter further empowers Attorney Recovery System, to affix my signature as Lee Family Trust representative to any government affidavit.

Lee Family Trust (Payee) has entered into an arrangement with or has relationship to Attorney Recovery System, (Depositor", pursuant to which Payee and Depositor desire that checks, drafts, and other instruments payable to payee, or account of Depositor (collectively, Payee Items", will be deposited in any account of Depositor in Bank.

Attorney Recovery System, as attorney-in-fact, may not make any expenditure or incur any costs on behalf of Lee Family Trust and hereby indemnifies itself from any and all claims, which may be asserted because of such disbursement.

Signature: _Susan Camille Lee_

Print Name: _Susan Camille Lee_

## ACKNOWLEDGMENT OF NOTARY PUBLIC

State of: _Florida_ )

County of: _Palm Beach_ )

On the _25th_ day of _Jan_, 20_13_, before me, the undersigned, a Notary Public in and for said State, personally appeared _Susan Camille Lee_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he or she executed the same in his or her capacity, and that by his or her signature on the instrument, the individual, or the entity upon behalf of which the individual acted, executed the instrument.

NOTARY:

Signature: _[signature]_

[Notary Seal: STEPHEN K. MAK, MY COMMISSION EXPIRES September 19, 2015, #EE 131390, Bonded thru Troy Fain Insurance, NOTARY PUBLIC, STATE OF FLORIDA]

# Attorney Recovery System, Inc.

3333 Piedmont Road, Suite 2050
Atlanta, GA 30305
Tel: 404-601-7613

## LETTER OF AUTHORIZATION TO RECOVER FUNDS

## (LIMITED POWER OF ATTORNEY)

By this letter, Lee Family Trust does hereby appoint Attorney Recovery System, as its exclusive agent, to seek, recover and disburse or cause to be recovered, the undistributed, unclaimed, un-cashed or undelivered tenders of funds of Lee Family Trust, in the amount of $ 58,021.30 held by any federal, provincial, state or other government entity, or agency or subdivision thereof. This letter further empowers Attorney Recovery System, to affix my signature as Lee Family Trust representative to any government affidavit.

Lee Family Trust (Payee) has entered into an arrangement with or has relationship to Attorney Recovery System, (Depositor", pursuant to which Payee and Depositor desire that checks, drafts, and other instruments payable to payee, or account of Depositor (collectively, Payee Items", will be deposited in any account of Depositor in Bank.

Attorney Recovery System, as attorney-in-fact, may not make any expenditure or incur any costs on behalf of Lee Family Trust and hereby indemnifies itself from any and all claims, which may be asserted because of such disbursement.

Signature: _Susan Camille Lee_

Print Name: _Susan Camille Lee_

## ACKNOWLEDGMENT OF NOTARY PUBLIC

State of: _Florida_ )
County of: _Palm Beach_ )

On the _25th_ day of _Jan_, 20_13_, before me, the undersigned, a Notary Public in and for said State, personally appeared _Susan Camille Lee_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he or she executed the same in his or her capacity, and that by his or her signature on the instrument, the individual, or the entity upon behalf of which the individual acted, executed the instrument.

NOTARY:

Signature: _[signature]_

[Notary Seal: STEPHEN K. MAK, MY COMMISSION EXPIRES September 19, 2015, #EE 131390, Bonded thru Troy Fain Insurance, NOTARY PUBLIC, STATE OF FLORIDA]

# Attorney Recovery System, Inc.

3333 Piedmont Road, Suite 2050
Atlanta, GA 30305
Tel: 404-601-7613

## LETTER OF AUTHORIZATION TO RECOVER FUNDS

## (LIMITED POWER OF ATTORNEY)

By this letter, Lee Family Trust does hereby appoint Attorney Recovery System, as its exclusive agent, to seek, recover and disburse or cause to be recovered, the undistributed, unclaimed, un-cashed or undelivered tenders of funds of Lee Family Trust, in the amount of $ 5,184.83 held by any federal, provincial, state or other government entity, or agency or subdivision thereof. This letter further empowers Attorney Recovery System, to affix my signature as Lee Family Trust representative to any government affidavit.

Lee Family Trust (Payee) has entered into an arrangement with or has relationship to Attorney Recovery System, (Depositor", pursuant to which Payee and Depositor desire that checks, drafts, and other instruments payable to payee, or account of Depositor (collectively, Payee Items", will be deposited in any account of Depositor in Bank.

Attorney Recovery System, as attorney-in-fact, may not make any expenditure or incur any costs on behalf of Lee Family Trust and hereby indemnifies itself from any and all claims, which may be asserted because of such disbursement.

Signature: X _Susan Camille Lee_

Print Name: _Susan Camille Lee_

## ACKNOWLEDGMENT OF NOTARY PUBLIC

State of: _Florida_ )

County of: _Palm Beach_ )

On the _25th_ day of _Jan_, 20_13_, before me, the undersigned, a Notary Public in and for said State, personally appeared _Susan Camille Lee_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he or she executed the same in his or her capacity, and that by his or her signature on the instrument, the individual, or the entity upon behalf of which the individual acted, executed the instrument.

NOTARY:

Signature: _[signature]_

[Notary Seal: STEPHEN K. MAK, MY COMMISSION EXPIRES September 19, 2015, #EE 131390, Bonded thru Troy Fain Insurance, NOTARY PUBLIC, STATE OF FLORIDA]

LEE FAMILY TRUST
Susan Camille Lee, TTEE
Trustee

Phone: 561 328 2690  Fax: 561 328 2697
11420 US Highway 1, #128 North Palm Beach, FL 33408