# CLAYTON COUNTY COMMUNITY DEVELOPMENT
## BUSINESS LICENSE DIVISION
121 South McDonough Street Annex 2

Phone (770) 477-3569    Jonesboro, Georgia 30236    FAX (770) 473-5467

**Clayton County Business License/Occupational Tax Registration**
This registration must be displayed in a conspicuous place in your business establishment
Valid for calendar year 2013. This registration is not transferrable.

MCQUEEN, TERRELL
DBA: ATTORNEY RECOVERY SYSTEM
8364 DEWAYNE LN
JONESBORO GA 30236

License Number: 13-00037709
Issue Date: 1/28/13
Effective Date: 1/29/13
Expiration Date: 12/31/13
S.I.C. Code No.: 7389
Business Area: 07H

**Business Location:** 8364 DEWAYNE LN
JONESBORO GA 30236

**Business Type:** MISCELLANEOUS BUSINESS SERVICES, NEC
**Comments:** COLLECTIONS, ASSET RECOVERY
**Restrictions:** OFFICE ONLY/NO STORAGE/NO COMM VEHICLES

| County/State/Federal License | Document No. | Name | Expiration Date |
|---|---|---|---|
| STATE LIC | | | |

This registration may be suspended or revoked if Federal, State or County Laws, Regulations or requirements are violated. Report any of the following changes to the Business License Division immediately: ownership, name, location, type business, or additional lines of business.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If this business closes before the end of the expiration date, please sign below and return this portion of the license to the address below. This will inactivate your business license account.

_____
Owner or President

**Business:** MCQUEEN, TERRELL
DBA: ATTORNEY RECOVERY SYSTEM
**Location:** 8364 DEWAYNE LN
JONESBORO GA 30236

Last date of operation for this business: _____

Mail to:
Clayton County Business License Division
121 South McDonough Street Annex 2
Jonesboro, GA 30236

License Number: 13-00037709
Expiration Date: 12/31/13
Business Area: 07H