IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*v.*<br><br>ALLEN PENDERGRASS,<br><br>DEFENDANT. | CRIMINAL ACTION<br>NO. 1:17-CR-224-AT-CMS |

## VERDICT

1. As to COUNT ONE of the Indictment, the charge of aiding and abetting mail fraud on or around April 5, 2013 related to a check in the amount of $8,000 payable to Coleman & Stephenson LLC, C/O Asset Financial Recovery, Inc., we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

    _____ Not Guilty                    _____ Guilty

2. As to COUNT TWO of the Indictment, the charge of aiding and abetting mail fraud on or around May 13, 2013 related to a check in the amount of $76,636.28 payable to Asset Financial Recovery, Inc., C/O Georgia Municipal Association, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

    _____ Not Guilty                    _____ Guilty

3. As to COUNT THREE of the Indictment, the charge of aiding and abetting mail fraud on or around May 13, 2013 related to a check in the amount of $26,874.42 payable to Asset Financial Recovery, Inc., C/O Long, Weinbery, Ansley, & Wheeler, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

   _____ Not Guilty                         _____ Guilty

4. As to COUNT FOUR of the Indictment, the charge of aiding and abetting mail fraud on or around May 13, 2013 related to a check in the amount of $14,875.67 payable to Asset Financial Recovery, Inc., C/O James H Bone, Trustee, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

   _____ Not Guilty                         _____ Guilty

5. As to COUNT FIVE of the Indictment, the charge of aiding and abetting mail fraud on or around May 13, 2013 related to a check in the amount of $11,000 payable to Asset Financial Recovery, Inc., C/O Actors Express, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

   _____ Not Guilty                         _____ Guilty

6. As to COUNT SIX of the Indictment, the charge of conspiracy to commit money laundering, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

_____ Not Guilty                    _____ Guilty

7. As to COUNT SEVEN of the Indictment, the charge of the charge of aiding and abetting aggravated identity theft related to the name and signature of S.J., we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

_____ Not Guilty                    _____ Guilty

8. As to COUNT EIGHT of the Indictment, the charge of the charge of aiding and abetting aggravated identity theft related to the name and signature of L.C., we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

_____ Not Guilty                    _____ Guilty

9. As to COUNT NINE of the Indictment, the charge of the charge of aiding and abetting aggravated identity theft related to the name and signature of J.B., we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

_____ Not Guilty                    _____ Guilty

10. As to COUNT TEN of the Indictment, the charge of the charge of aiding and abetting aggravated identity theft related to the name and signature of F.A., we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

_____ Not Guilty                    _____ Guilty

**SO SAY WE ALL,** signed and dated at the United States Courthouse, Atlanta, Georgia, this \_\_\_ of December, 2021.

_____        _____
**Foreperson's Signature**              **Foreperson's Printed Name**