**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED IN CLERK'S OFFICE
U.S.D.C.
NOV 24 2021
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 1:17-224 AT |
| DEFENDANT | TYPE OF PROCESS |
| Allen Pendergrass | Subpoena |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOSEPH OUTLAND
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1968 Old Dogwood, Jonesboro, GA 30238

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

PROVIDE PROOF OF SERVICE TO ATTORNEY SARALIENE DURRETT (404-433-0855). ALL PROOF OF SERVICE SHALL BE FILED UNDER SEAL AND EX PARTE. DO NOT SERVE THE GOVERNMENT.

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | NO |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE ATTEMPT SERVICE AT THE ABOVE ADDRESS AND AT THE FOLLOWING ADDRESS: — None

Signature of Attorney other Originator requesting service on behalf of:
[ ] PLAINTIFF
[X] DEFENDANT
TELEPHONE NUMBER: 404-433-0855
DATE: 11/10/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 of 4 | No. A19 | No. A19 | [signature] | 11/10/21 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 11/22/21
Time: 1155
[X] am
[ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy: [signature]

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

1) 11/10/21 - SPOKE W/ J. OUTLAND OVER THE PHN (678-488-5414). HE INFORMED ME THAT HE WAS NOT IN TOWN AT THIS TIME AND WILL NOT BE BACK UNTIL 12/02/21.

2) 11/22/21 - WENT TO 1968 OLD DOGWOOD, JONESBORO, GA AN SPOKE WITH R. OUTLAND (BROTHER). R. OUTLAND INFORMED ME THAT HIS BROTHER WAS NOT IN TOWN AND HE DIDN'T KNOW WHEN HE WAS DUE BACK. CONTACT INFORMATION (CARD) WAS GIVEN BEFORE DEPARTURE.

Form USM-285
Rev. 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* JOSEPH OUTLAND
was received by me on *(date)* 11/19/2021.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: OUTLAND IS OUT OF TOWN WORKING.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/22/2021

_____
*Server's signature*

BANKS, J. K. III   DUSM / NG/A
*Printed name and title*

75 TED TURNER DR SW, ATLANTA, GA 30303
*Server's address*

Additional information regarding attempted service, etc: