**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 1:17-224 AT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Allen Pendergrass | Subpoena |

*FILED IN CLERK'S OFFICE U.S.D.C. - Atlanta*
*NOV 24 2021*
*KEVIN P. WEIMER, Clerk*
*By: [signature] Deputy Clerk*

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
EARL GLENN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
304 Interlake Pass Stone Mountain, GA 30252

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

PROVIDE PROOF OF SERVICE TO ATTORNEY SARALIENE DURRETT (404-433-0855). ALL PROOF OF SERVICE SHALL BE FILED UNDER SEAL AND EX PARTE.    DO NOT SERVE THE GOVERNMENT.

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | NO |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

PLEASE ATTEMPT SERVICE AT THE ABOVE ADDRESS AND AT THE FOLLOWING ADDRESS:

Signature of Attorney other Originator requesting service on behalf of:  [X] DEFENDANT
TELEPHONE NUMBER: 404-433-0855
DATE: 11/10/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 of 4 | A19 | A19 | [signature] | 11/10/21 |

I hereby certify and return that I have personally served, have legal evidence of service, have executed as shown in "Remarks"...

Name and title of individual served (if not shown above): EARL GLENN
Date: 11-18-21  Time: 02:00 [X] pm

Address (complete only different than shown above):
2139 Main St
East Point, GA 30344

Signature of U.S. Marshal or Deputy: [signature]

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Endeavor #1 - Process was attempted at the above address on 11/12/2021 at approximately 0850. Unable to locate anyone at the residence, however, it is believed that the occupant left just prior to arrival. Contact information was left to encourage future contact.

Endeavor #2 - Made contact w/ subject via 770-374-5184 + agreed to meet at BP Gas Station. Process was served on subject @ above location.

hours: 2 × 65 = 130   mileage: 75.8 × .56 = 42.45

Form USM-285
Rev. 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Earl Glenn
was received by me on *(date)* 11-10-21 .

☒ I served the subpoena by delivering a copy to the named person as follows: Earl Glenn
on *(date)* 11-18-21 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ 42.45 for travel and $ 130 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-18-21

*(signature)*
Server's signature

DUSM Tyler Houk
Printed name and title

75 Ted Turner Dr SW, Atlanta GA 30303
Server's address

Additional information regarding attempted service, etc: