# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00224-AT-CMS
## USA v. Pendergrass et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/29/2021.

| | |
|---|---|
| TIME COURT COMMENCED: 09:30 A.M.<br>TIME COURT CONCLUDED: 04:30 P.M.<br>TIME IN COURT: 6:00<br>OFFICE LOCATION: Atlanta | COURT REPORTER: Shannon Welch<br>CSO/DUSM: Ken Morton<br>DEPUTY CLERK: Harry Martin |

| | |
|---|---|
| DEFENDANT(S): | [1]Allen J. Pendergrass Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA<br>Saraliene Durrett representing Allen J. Pendergrass<br>Tracia King representing USA<br>Sydney Strickland representing Allen J. Pendergrass |
| PROCEEDING CATEGORY: | Jury Trial Began; |
| MINUTE TEXT: | Voir Dire. Jury selected and sworn. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 09:30 AM on Tuesday, November 30, 2021. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Jury Selection Only, continued |