# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00224-AT-CMS
## USA v. Pendergrass et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/30/2021.

| | |
|---|---|
| TIME COURT COMMENCED: 09:30 A.M. | COURT REPORTER: Shannon Welch |
| TIME COURT CONCLUDED: 04:40 P.M. | CSO/DUSM: Ken Morton |
| TIME IN COURT: 6:10 | DEPUTY CLERK: Harry Martin |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]Allen J. Pendergrass Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA |
| | Saraliene Durrett representing Allen J. Pendergrass |
| | Tracia King representing USA |
| | Sydney Strickland representing Allen J. Pendergrass |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| JURY INFORMATION: | The Rule of Sequestration was invoked. |
| MINUTE TEXT: | Opening statements. Government Case-in-Chief begins. Government witness Douglas Ricks sworn and testified. Government Exhibits 1-6, 7, 11 through 18 admitted. Defendant exhibits 22c and 33 admitted. Gordon Giffin sworn and testified. Frederick Ashley sworn and testified. Melvin Waller sworn and testified. James Bone sworn and testified. Sonia Johnson-Toson sworn and testified. Ron Bowers sworn and testified. Government exhibits 19A, 19B, 19C, 19D, 20 admitted. Eric Fitchpatric sworn and admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 09:45 AM on Wednesday, December 1, 2021.. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |