# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00224-AT-CMS
## USA v. Pendergrass et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 12/01/2021.

TIME COURT COMMENCED: 09:45 A.M.
TIME COURT CONCLUDED: 05:15 P.M.
TIME IN COURT: 6:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: Ken Morton
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Allen J. Pendergrass Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA<br>Saraliene Durrett representing Allen J. Pendergrass<br>Tracia King representing USA<br>Sydney Strickland representing Allen J. Pendergrass |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | In Camera Voir Dire of Govt. witness Michael Cohen. Witness sworn. Government Case In Chief continues. Michael Cohen sworn and testified. Terrell McQueen sworn and testified. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 09:30 AM on Thursday, December 2, 2021. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |