UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cr-00224-AT-CMS |
| | ) |
| ALLEN J.   PENDERGRASS, | ) |
| Defendant. | ) |

**DEFENDANT'S THIRD PROPOSED VERDICT FORM**

**As to the following counts, we the jury unanimously find Defendant Allen Pendergrass:**

| Count | Date (On or About) | Mailing | |
|---|---|---|---|
| 1 | 4/5/2013 | Check in the amount of $8,000 payable to Johnson, Coleman & Stephenson LLC C/o Asset Financial Recovery | Not Guilty \_\_\_\_\_  Guilty _____ |

**If guilty: We unanimously find that the following means were used:**

_____ materially false and fraudulent pretenses

_____false and fraudulent representations

_____ false and fraudulent promises

_____ omission of material facts

| Count | Date (On or About) | Mailing | |
|-------|------|---------|--|
| 2 | 5/13/2013 | Check in the Amount of $76,636.28 payable to Asset Financial Recovery, Inc., C/O Georgia Municipal Association | Not Guilty _____<br><br>Guilty _____ |

**If guilty: We unanimously find that the following means were used:**

_____ materially false and fraudulent pretenses

_____false and fraudulent representations

_____ false and fraudulent promises

_____ omission of material facts

| Count | Date (On or About) | Mailing | |
|-------|------|---------|--|
| 3 | 5/13/2013 | Check in the amount of $26,874.42 payable to Asset Financial Recovery, Inc., C/O Long Weinbery, Ansley& Wheeler | Not Guilty _____<br><br>Guilty _____ |

**If guilty: We unanimously find that the following means were used:**

_____ materially false and fraudulent pretenses

_____false and fraudulent representations

_____ false and fraudulent promises

_____ omission of material facts

| Count | Date (On or About) | Mailing | |
|-------|------|---------|--|
| 4 | 5/13/2013 | Check in the Amount of $14,875.67 payable to Asset Financial Recovery, Inc. C/O James H. Bone, Trustee | Not Guilty _____<br><br>Guilty _____ |

**If guilty: We unanimously find that the following means were used:**

_____ materially false and fraudulent pretenses

_____false and fraudulent representations

_____ false and fraudulent promises

_____ omission of material facts

| Count | Date (On or About) | Mailing | |
|-------|------|---------|--|
| 5 | 5/13/2013 | Check in the Amount of $11,000 payable to Asset Financial Recovery, Inc., C/O Actors Express | Not Guilty _____<br><br>Guilty _____ |

**If guilty: We unanimously find that the following means were used:**

_____ materially false and fraudulent pretenses

_____false and fraudulent representations

_____ false and fraudulent promises

_____ omission of material facts

**As to Count 6 (money laundering conspiracy), we the jury unanimously find the Defendant Allen Pendergrass:**

_____ Not Guilty                                        _____Guilty


**As to Count 7, we the jury unanimously find the Defendant Allen Pendergrass:**

_____ Not Guilty                                        _____Guilty

**If guilty: We unanimously find that the following means were used:**

_____ knowingly transferred the name and signature of S.J. without lawful authority during or in relation to the commission of the mail fraud charged in Count 1.

_____ knowingly possessed the name and signature of S.J. without lawful authority during or in relation to the commission of the mail fraud charged in Count 1.

_____knowingly used the name and signature of S.J. without lawful authority during or in relation to the commission of the mail fraud charged in Count 1.


**As to Count 8, we the jury unanimously find the Defendant Allen Pendergrass:**

_____ Not Guilty                                        _____Guilty


**If guilty: We unanimously find that the following means were used:**

_____ knowingly transferred the name and signature of L.C. without lawful authority during or in relation to the commission of the mail fraud charged in Count 2.

_____ knowingly possessed the name and signature of L.C. without lawful authority during or in relation to the commission of the mail fraud charged in Count 2.

_____knowingly used the name and signature of L.C. without lawful authority during or in relation to the commission of the mail fraud charged in Count 2

**As to Count 9, we the jury unanimously find the Defendant Allen Pendergrass:**

_____ Not Guilty                                    _____Guilty

**If guilty: We unanimously find that the following means were used:**

_____ knowingly transferred the name and signature of J.B. without lawful authority during or in relation to the commission of the mail fraud charged in Count 4.

_____ knowingly possessed the name and signature of J.B. without lawful authority during or in relation to the commission of the mail fraud charged in Count 4.

_____knowingly used the name and signature of J.B. without lawful authority during or in relation to the commission of the mail fraud charged in Count 4.


**As to Count 10, we the jury unanimously find the Defendant Allen Pendergrass:**

_____ Not Guilty                                    _____Guilty

**If guilty: We unanimously find that the following means were used:**

_____ knowingly transferred the name and signature of F.A. without lawful authority during or in relation to the commission of the mail fraud charged in Count 5.

_____ knowingly possessed the name and signature of F.A. without lawful authority during or in relation to the commission of the mail fraud charged in Count 5.

_____knowingly used the name and signature of F.A. without lawful authority during or in relation to the commission of the mail fraud charged in Count 5.


**SO SAY WE ALL.**


_____
**DATE**

_____
**FOREPERSON**


Respectfully submitted this 3rd day of December 2021.

/s/SARALIENE S. DURRETT
Saraliene S. Durrett
1800 Peachtree Street
Suite 300
Atlanta, GA 30309
GA Bar No. 837897
Counsel for Mr. Pendergrass

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this date electronically filed the amended proposed verdict form with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

All Defense Counsel

All AUSAs of record

Respectfully submitted this 3rd day of December 2021.


/s/SARALIENE S. DURRETT
Saraliene S. Durrett
GA Bar No. 837897
Counsel for Mr. Pendergrass