# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cr-00224-AT-CMS
### USA v. Pendergrass et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 12/02/2021.

TIME COURT COMMENCED: 09:30 A.M.
TIME COURT CONCLUDED: 05:30 P.M.
TIME IN COURT: 7:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: Ken Morton
DEPUTY CLERK: Harry Martin

DEFENDANT(S):       [1]Allen J. Pendergrass Present at proceedings

ATTORNEY(S) PRESENT:       Jeffrey Brown representing USA
Saraliene Durrett representing Allen J. Pendergrass
Tracia King representing USA
Sydney Strickland representing Allen J. Pendergrass

PROCEEDING CATEGORY:       Jury Trial Continued;

MINUTE TEXT:       Testimony of Terrell McQueen continues. Government Exhibit 31, 40, 41, 46 admitted. Defendant Exhibits 7c, 7d, 10, 12a, 21, 25, 32, 35, 36, 37, 39 admitted. Wesley Cooper sworn and testified. Government Exhibit 21, 23, 24, 26 admitted. Government rests Case in Chief. Defendant Oral Motion for Acquittal taken under advisement. Defense Case In Chief. Jane Holms sworn and testified.

HEARING STATUS:       Hearing not concluded. Court adjourned and will reconvene at 09:00 AM on Friday, December 3, 2021. Jurors excused until the above time under the usual caution of the Court.

TRIAL STATUS:       Evidence Entered, Continued