# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cr-00224-AT-CMS
### USA v. Pendergrass et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 12/03/2021.

TIME COURT COMMENCED: 09:15 A.M.
TIME COURT CONCLUDED: 7:00 P.M.
TIME IN COURT: 4:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: Ken Morton
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Allen J. Pendergrass Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA<br>Saraliene Durrett representing Allen J. Pendergrass<br>Tracia King representing USA<br>Sydney Strickland representing Allen J. Pendergrass |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MOTIONS RULED ON: | DFT#1-[190]Motion in Limine TERMINATED<br>DFT#1-[192]Motion to Allow Participation in Voir Dire TERMINATED<br>DFT#1-[217]Motion in Limine TERMINATED<br>DFT#1-[235]Motion for Reconsideration TERMINATED |
| MINUTE TEXT: | Charge Conference held. Defense renews Oral Motion for Judgment of Acquittal - DENIED. Defendant rests Case in Chief. Closing Arguments. Jury Deliberations begin. Jury Verdict. |
| HEARING STATUS: | Hearing Concluded<br>VERDICT: Guilty as to ALL COUNTS. |
| TRIAL STATUS: | Trial Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |