IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 03 2021

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

v.

ALLEN PENDERGRASS,

DEFENDANT.

CRIMINAL ACTION
NO. 1:17-CR-224-AT-CMS

## VERDICT

1. As to COUNT ONE of the Indictment, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

   _____ Not Guilty         __X__ Guilty

2. As to COUNT TWO of the Indictment, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

   _____ Not Guilty         __X__ Guilty

3. As to COUNT THREE of the Indictment, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

   _____ Not Guilty         __X__ Guilty

1

4. As to COUNT FOUR of the Indictment, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

   _____ Not Guilty           \_\_X\_\_ Guilty

5. As to COUNT FIVE of the Indictment, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

   _____ Not Guilty           \_\_X\_\_ Guilty

6. As to COUNT SIX of the Indictment, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

   _____ Not Guilty           \_\_X\_\_ Guilty

7. As to COUNT SEVEN of the Indictment, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

   _____ Not Guilty           \_\_X\_\_ Guilty

8. As to COUNT EIGHT of the Indictment, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

   _____ Not Guilty           \_\_X\_\_ Guilty

9. As to COUNT NINE of the Indictment, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

_____ Not Guilty         \_\_X\_\_ Guilty

10. As to COUNT TEN of the Indictment, we, the jury, unanimously find Defendant ALLEN PENDERGRASS:

_____ Not Guilty         \_\_X\_\_ Guilty

**SO SAY WE ALL,** signed and dated at the United States Courthouse, Atlanta, Georgia, this 3rd of December, 2021.

_Samuel Bragg_
**Foreperson's Signature**

Samuel Bragg
**Foreperson's Printed Name**