UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 03 2021

Kevin P. Weimer, clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA

V.

ALLEN J. PENDERGRASS

CRIMINAL INDICTMENT
1:17-cr-0224-AT-1

## NOTICE OF SENTENCING DATE

**TO THE ABOVE-NAMED DEFENDANT:**

    By direction of the Honorable Amy Totenberg, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on **March 10, 2022, at 02:30PM** in Courtroom 2308, 75 Ted Turner Drive SW, Atlanta, Georgia 30303, for imposition of sentence. Counsel are **DIRECTED** to file sentencing memoranda no less than three (3) days prior to the scheduled sentencing date.

    If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

    IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900)

DATE: December 3, 2021

JAMES N. HATTEN,
CLERK

s/ Harry F. Martin
Courtroom Deputy Clerk

Received by Defendant: _____
Received by Counsel: _____

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney contact Harry Martin at (404) 215-1437, Harry_Martin@gand.uscourts.gov.

|  |  |  |  |
|---|---|---|---|
| Plea | Trial | Nolo | Negotiated Plea |
| Bond | Federal Custody | State Custody | USM Custody |

cc: ☐ Clerk's Office     ☐ U.S. Attorney        ☐ U.S. Marshal
    ☐ Defendant          ☐ Defense Counsel    ☐ U.S. Probation