FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 30 2021

Kevin P. Weimer
By: [signature]
Deputy Clerk

# GOVERNMENT EXHIBIT LIST

U.S. v. Allen J. Pendergrass
Judge Amy Totenberg
Plaintiff's Attorney: Tracia King and Jeffrey Brown

Docket Number 1:17-cr-224
Trial Date November 29, 2021
Defendant's Attorney: Saraliene Durrett and Sydney Strickland

| Exhibit Number | Date Offered | Objections | Marked | Admitted | Description | Bates Numbers |
|---|---|---|---|---|---|---|
| 1 | 11/30 | | ✓ | ✓ | Letter to COA from AFR for Weissman, et. al.; POA for Ashley Miller Lanier; Business Card | BOX-4-001966-1969 |
| 2 | 11/30 | | ✓ | ✓ | Letter to COA from AFR for Johnson, Coleman et. al., POA for Sonia Johnson; Business Card; Photo/copy of check | BOX-4-002046-2048, 2052 |
| 3 | 11/30 | | ✓ | ✓ | Letter to COA from AFR for GMA; POA for Lou Comer; Business Card; Lead sheet; copy of check | BOX-4-002030-2037 |
| 4 | 11/30 | | ✓ | ✓ | Letter to COA from AFR for Long, Weinberg et. al., POA for Sidney f. Wheeler; Business Card; Lead sheet; copy of check; deposit slip | BOX-4-001997-2004 |
| 5 | 11/30 | | ✓ | ✓ | Letter to COA from AFR for James Bone, Trustee, POA for James Bone; pages of business cards; copy of check | BOX-4-002008-2015, 2018-2019 |
| 6 | 11/30 | | ✓ | ✓ | Letter to COA from AFR for Actor's Express, POA for Freddie Ashley; pages of business cards; copy of check; zoho lead sheet | BOX-4-002021-2028 |

| Exhibit Number | Date Offered | Objections | Marked | Admitted | Description | Bates Numbers |
|---|---|---|---|---|---|---|
| 7 | 11/30 | | ✓ | ✓ | Letter to COA from GWS, LLC for Tousa Homes, POA for Sorana Keever; pages of business card; Map Comm. Agreement, FL Sec. of State listing | BOX-1-000204-211, 252-255, 369 |
| 8 | | | | | Documents from City of Fort Collins – Tousa Homes | FORT-COLLINS-0002-3, 12-17 |
| 9 | 11/30 | | ✓ | ✓ | Lee Family Trust Documents | BOX-2-000968; BOX-3-001742, 1904-1905; BOX-4-002705-2728 |
| 10 | 12/1 | | ✓ | ✓ | March 6, 2013 Email from Michael Cohen to Allen Pendergrass | BOX-4-002752-2753 |
| 11 | 11/30 | | ✓ | ✓ | Letter to COA from GWS, LLC for Atlanta Quarterback Club, POA for Melvin Waller; business card; Copy of Check | BOX-4-002232-2237 |
| 12 | 11/30 | | ✓ | ✓ | Letter to COA from ARS, Inc. for Holland & Knight; POA for Steven Cohen. | COA-000209-212 |
| 13 | 11/30 | | ✓ | ✓ | Letter to COA from GWS, LLC for Hemisphere, Inc.; POA for Gordon Giffin. | BOX-4-002187-2188 |
| 14 | 11/30 | | ✓ | ✓ | Post Office Box 1809 Application | COA-000344-345 |
| 15 | 11/30 | | ✓ | ✓ | Georgia Secretary of State Office Information for Asset Financial Recovery Inc. & Employer ID # information | BOX-4-002143; BOX-3-001727-1728 |
| 16 | 11/30 | | ✓ | ✓ | Georgia Secretary of State Office Information for Guishard, Wilburn & Shorts, LLC | BOX-3-001940-1942 |
| 17 | 11/30 | | ✓ | ✓ | Fayette County Occupational Tax Application Guishard Wilburn & Shorts | BOX-1-000494 |

| Exhibit Number | Date Offered | Objections | Marked | Admitted | Description | Bates Numbers |
|---|---|---|---|---|---|---|
| 18 | 11/30 | | ✓ | ✓ | Photographs During Execution of Search Warrant | COA-000001-60 |
| 19 | | | | | Wells Fargo Business Records from Inv. Ron Bowers | WELLS-005674-5706 |
| 20 | 11/30 | | ✓ | ✓ | WellsFargo Business Records Asset Financial Recovery, Inc. x3556 | WELLS-000020-24, 2500-2734 |
| 21 | 12/2 | | ✓ | ✓ | Wells Fargo x3556 Deposits/Disbursements | No Bates |
| 22 | 12/1 | | ✓ | ✓ | Bank of America x4620 Asset Financial Recovery, Inc. | BOA-000014-60 |
| 23 | 12/2 | | ✓ | ✓ | Bank of America x4620 Disbursements/Disbursements | No Bates |
| 24 | 12/2 | | ✓ | ✓ | Bank of America x5282 Guishard, Wilburn & Shorts | BOA-000061-142 |
| 25 | 12/1 | | ✓ | ✓ | Bank of America x1435 Lee Family Trust | BOA-000173-00269 |
| 26 | 12/2 | | ✓ | ✓ | Bank of North Georgia Hemisphere, Inc. x9360 | SYNOVUS-000001-63 |
| 27 | | | | | Map Communications Agreement for telephone number (954) 218-1428 | BOX-1-000252-253 |
| 28 | | | | | Certified Copy of Larimer County Conviction for Alan Pendergrass, Case # D0352014CR001157 | No Bates |
| 29 | 11/30 | | | | September 12, 2013 Email from Eric Fitchpatric to Allen Pendergrass | BOX-4-000074 |
| 30 | | | | | Pendergrass Binder (Physical Evidence) | No Bates |
| 19A | 11/30 | | ✓ | ✓ | | |
| 19C | 11/30 | | ✓ | ✓ | | |
| 19B | 11/30 | | ✓ | ✓ | | |
| 19D | 11/30 | | ✓ | ✓ | | |

| Exhibit Number | Date Offered | Objections | Marked | Admitted | Description | Bates Numbers |
|---|---|---|---|---|---|---|
| 31 | 12/2 | | ✓ | ✓ | Commercial lease agreement dated March 7, 2011 | Box-1-000128-132 |
| 32 | 12/1 | | ✓ | ✓ | Outstanding check list dated April 30, 2012 | Box-4-003242-3247 |
| 33 | | | | | Terrell McQueen Guilty Plea and Plea Agreement | No bates |
| 34 | 12/1 | | ✓ | ✓ | Letter to COA from AFR for Roshaunta Laster aka Roshaunta Redmond | Box-4-002067-70, 72-73 |
| 35 | 12/1 | | ✓ | ✓ | Letter to COA from AFR for The Fryer Law Firm, PC | Box-4-002080-91 |
| 36 | 12/1 | | ✓ | ✓ | Letter to COA from AFR for The Glenridge Drive Group | Box-4-002054- 2064 |
| 37 | 12/1 | | ✓ | ✓ | Letter to COA from AFR for Lydia Walker | Box -4-002100-2104 |
| 38 | 12/1 | | ✓ | ✓ | Letter to COA from AFR for Greg Hickman | No bates |
| 39 | 12/1 | | ✓ | ✓ | Letter to COA from AFR for Michael Burandt | Box-4-002039 - 2044 |
| 40 | 12/2 | | ✓ | ✓ | Letter to Escambia County Tax Collector | No bates |
| 41 | 12/2 | | ✓ | ✓ | BB&T Terrell Lashawn McQueen DBA Pensacola Ice Pilots | BBT-000001 - 67 |
| 42 | 12/1 | | ✓ | ✓ | Dept. of Treasury EIN Holland and Knight | No bates |
| 43 | 12/1 | | ✓ | ✓ | SunTrust Terrell McQueen X6982 | No bates |
| 44 | 12/1 | | ✓ | ✓ | Opus Virtual Offices Lee Family Trust | No bates |
| 45 | | | | | | |
| 46 | 12/2 | | | ✓ | | |

| Exhibit Number | Date Offered | Objections | Marked | Admitted | Description | Bates Numbers |
|---|---|---|---|---|---|---|
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| 51 | | | | | | |
| 52 | | | | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |