FILED IN OPEN COURT
U.S.D.C. - Atlanta
NOV 30 2021
Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

## USA v. Pendergrass, 1:17-224 Exhibit List  UPDATED 12/1/21

| Ex. No. | Description | Offered? | Admitted? | Sent to Jury? |
|---|---|---|---|---|
| 1 | Count 1 Mailed Letter - Johnson, Coleman | 12/2 | ✓ | |
| 1a | Count 1 Notarized Document - Sonia Johnson | | | |
| 1b | Count 1 Check from City of Atlanta | | | |
| 2 | Count 2 Mailed Documents - GA Municipal | | | |
| 3 | Count 3 Mailed Documents - Long, Weinberg | | | |
| 4 | Count 4 Mailed Documents - James Bone | | | |
| 5 | Count 5 Mailed Documents - Actor's Express | | | |
| 6 | Mailed Documents Weisman, Norwack | | | |
| 7 | Letter to City of Atlanta re QB Club  2/7/13 | | | |
| 7a | Notarized document Melvin Waller | | | |
| 7b | Business Card Melvin Waller | | | |
| 7c | Atlanta QB Club Tax ID letter | 12/2 | ✓ | ✓ |
| 7d | Atlanta QB Club Business License | 12/2 | ✓ | ✓ |

| Ex. No. | Description | Offered? | Admitted? | Sent to Jury? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| 9 | Clayton County Police Report | | | |
| | | | | |
| | | | | |
| 9c | Holland and Knight Tax ID letter  12/21/12 | 12/2 | ✓ | ✓ |
| 9d | Gene Bloom Letter to City of Atlanta re Holland and Knight 12/19/12 wth notarized form and letter from Steven Cohen 12/10/12 | | | |
| 9e | Suntrust Bank Cashiers Check $16,452.59 | | | |
| | | | | |
| 9g | Deposit Slip 40,000   1/17/2013 | | | |
| 9h | PNC Check to Terrell McQueen from Holland and Knight 1/17/2013 | | | |
| 9i | Suntrust Bank Signature page  1/17/2013 with statement | | | |
| 10 | Voicemail Lee Family Trust (DISC) | 12/2 | ✓ | ✓ |
| 10a | Gene Bloom letter to City of Atlanta re Holland and Knight that also mentions Lee Family Trust 1/27/13 | | | |

| Ex. No. | Description | Offered? | Admitted? | Sent to Jury? |
|---|---|---|---|---|
| 10b | Lee Family Trust Mail Service Agreement 2/7/13 | | | |
| 10c | Susan Camile Lee letter on Lee Family Letterhead to Harris County 3/1/13 with attached letter mentioning Michael Cohen | | | |
| 10d | Welcome Packet for Lee Family Trust Opus Virtual Office | | | |
| 10e | Fax to Harris County from Attorney Recovery Systems 1/29/2013 | 12/1 | ✓ | ✓ |
| 11 | Letter to Harris County from Larry Pendergrass - Greg Hickman 5/7/13 with attached forms | | | |
| 11a | Greg Hickman signatures | | | |
| 12 | Terrell McQueen MOI 2/7/2018 | | | |
| 12a | Terrell McQueen Plea Agreement | 12/2 | ✓ | ✓ |
| 13 | Pensacola Ice Pilots BBT Signature Card | | | |
| 13a | Douglas Ricks Email RE Pensacola Ice Pilots | | | |
| 13b | Pensacola Ice Pilots BBT Statement | | | |
| 13c | Pensacola Ice Pilots Deposit slip with checks X2 | | | |
| 13d | Pensacola Ice Pilots Deposit Slip wth $100 Check | | | |
| 13e | Christ Carter Letter to Escambia County Tax Collector 2/10/14 | | | |
| 14 | Old National Lease 3/1/11 | | | |

| Ex. No. | Description | Offered? | Admitted? | Sent to Jury? |
|---|---|---|---|---|
| 14a | Ring Central Account Terrell at Old National | | | |
| 15 | Asset Financial Letter RE Michael Burandt with documents 5/17/13 | | | |
| 16 | Roshaunta Laster documents | | | |
| 16a | Roshaunta Laster MOI | | | |
| 16b | Roshaunta Laster Check from City of Atlanta 4/18/13 | | | |
| 17 | Count 17 Mailed Documents Fryer Law Firm 3/28/13 | | | |
| 17a | The Fryer Law Firm Check from City of Atlanta 4/3/13 | | | |
| 17b | The Fryer Law Firm Check from Asset Financial Recovery 7/11/13 | | | |
| 18 | Indicment | | | |
| 19 | Citadel Business Solutions Bank Documents | | | |
| 19a | GWS check to Citadel Business Solutions 7/28/10 | | | |
| 20 | Asset Financial Recovery Secondary Account BOA Signature Page 3/22/13 | | | |
| | | | | |
| 20b | Asset Financial Recovery Reference List | | | |
| 21 | Lee Family Trust Past Due notice | | | |

| Ex. No. | Description | Offered? | Admitted? | Sent to Jury? |
|---|---|---|---|---|
| 21a | Demand Payment Email | 12/2 | ✓ | ✓ |
| 21b | Email with voicemail Lee Family Trust 3/4/13 | 12/2 | ✓ | ✓ |
| 21 | | 12/2 | ✓ | ✓ |
| 22 | Tactical Plan for arrest | | | |
| 22a | Computers Chain of Custody | | | |
| 22b | Eric Fitchpatric | | | |
| 22c | Computer Seizure list | 11/30 | ✓ | ✓ |
| 22d | Computer analysis list | | | |
| 22e | Investigative Notes | | | |
| 22f | Arrest warrant and search warrant | | | |
| | | | | |
| 22h | Terrell McQueen | | | |
| 23 | Federal Recovery Services Mail Agreement | | | |
| 24 | Gulf Coast Title Partners re Recovery Capital 4/2/14 | | | |
| 25 | Dusty Fager Signature page BOA 5/5/14 Nationwide Mutual Capital | 12/2 | ✓ | ✓ |

| Ex. No. | Description | Offered? | Admitted? | Sent to Jury? |
|---|---|---|---|---|
| 26 | Federal Asset Recovery Certificate of Corp 1/15/13 | | | |
| 27 | Federal Recovery Services Mail Agreement Letter to Harris County 8/21/13 | | | |
| | | | | |
| | | | | |
| 28 | Attorney Recovery System Documents - Jackson County 1/14/13 | | | |
| 28a | Attorney Recovery System Business License | | | |
| 29 | McQueen and Associates Tax ID 3/7/13 | | | |
| 30 | Terrell L McQueen LLC | | | |
| 31 | Asset Financial Recovery Check to Terrell McQueen 8/2/13 | | | |
| 32 | Stipulation of the Parties | 12/2 | ✓ | ✓ |
| 33 | Map Of Office by Officer Ricks | 11/30 | ✓ | ✓ |
| 34 | Q-4 - Computer Files | | | |
| 35 | Terrell McQueen Email to Linda Guy 7/2/13 | 12/2 | ✓ | ✓ |
| 36 | Terrell Email to Linda Guy 7/22/13 | 12/2 | ✓ | ✓ |
| 37 | | 12/2 | ✓ | ✓ |
| 39 | | 12/2 | ✓ | ✓ |