IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:17-cr-0224-AT-1 |
| : | |
| ALLEN J. PENDERGRASS, : | |
| : | |
| Defendant. : | |

## ORDER MODIFYING CONDITIONS OF BOND

On December 3, 2021, Defendant was found guilty by jury verdict as to all 10 Counts of the Criminal Indictment. The sentencing date for Defendant has been set for March 10, 2022, and the Court determined that Defendant would remain on bond pending the hearing.

After careful consideration, it is **ORDERED** that the conditions of Defendant's bond are hereby **MODIFIED** to include home detention with location monitoring. Defendant shall be restricted to his current residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment; attorney visits; Court appearances; Court ordered obligations; or other activities pre-approved by the pretrial services

officer or supervising officer. Defendant shall submit to location monitoring with equipment to be determined by the supervising officer and abide by all requirements of monitoring as instructed by the pretrial officer or supervising officer. Defendant must pay all or part of the cost of the program based upon his ability to pay as determined by the pretrial services officer or supervising officer.

It is **ORDERED** that the Clerk serve a copy of this order modifying conditions of bond upon Defendant, the Probation Officer of the Court, the United States Attorney, and the United States Marshal.

It is so **ORDERED** this 8th day of December, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**