UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           Plaintiff,                            )<br>                                                    )<br>v.                                                 ) Case No. 1:17-cr-00224-AT-CMS<br>                                                    )<br>ALLEN J. PENDERGRASS,         )<br>           Defendant.                         )<br>_____) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE
RENEWED RULE 29 MOTION AND/OR RULE 33 MOTION**

Pursuant to Fed. R. Crim. P. Rule 29 and Rule 33, Mr. Pendergrass has 14 days from the entry of the jury verdict to file any motion for new trial and/or renewed motion for judgment of acquittal.  Mr. Pendergrass anticipates filing at least one of these post-trial motions in this case.  Counsel believes a sufficient basis exists to file a motion related to the sufficiency of the evidence, errors in admitting intrinsic act evidence, and errors in jury instructions.

However, counsel would like to review the transcripts of the trial so that she can cite to specific passages in her motion.  For this reason, counsel is requesting an extension of time in which to file these motions.  Counsel has requested the transcripts from trial and would like to have 30 days beyond the completion of the transcripts to file any post-trial motion in this case.

Counsel has contacted AUSA Jeff Brown, who objects to this request.

Respectfully submitted this 10th day of December 2021.

/s/SARALIENE S. DURRETT
Saraliene S. Durrett
GA Bar No. 837897
1800 Peachtree Street, Suite 300
Atlanta, GA 30309
404-433-0855


/s/SYDNEY R. STRICKLAND
Sydney Rene Strickland
Strickland Webster, LLC
Suite 510-203
830 Glenwood Ave., S.E.
Atlanta, GA 30316
404-590-7967

Counsel for Mr. Pendergrass

2

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

All Defense Counsel

All AUSAs of record

Respectfully submitted this day 10th of December 2021.

/s/SARALIENE S. DURRETT
Saraliene S. Durrett
GA Bar No. 837897
1800 Peachtree Street
Suite 300
Atlanta, GA 30309
Counsel for Mr. Pendergrass