UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> Plaintiff,  ) <br> ) <br> v.  ) Case No. 1:17-cr-00224-AT-CMS <br> ) <br> ALLEN J. PENDERGRASS,  ) <br> Defendant.  ) <br> _____ ) | |

## ORDER

This matter having come before the court on Defendant's unopposed motion, and good cause appearing, Defendant's motion to continue the sentencing hearing in this case is **GRANTED.**

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter shall be scheduled for _____ _____, 2022 at ____:____ __.m. in Atlanta Courtroom 2308 before Judge Amy Totenberg.

**SO ORDERED** this _____ day of March 2022.

_____
The Honorable Amy Totenberg
UNITED STATES DISTRICT JUDGE

Presented by:
Saraliene Durrett
Counsel for Mr. Pendergrass