THE LAW OFFICE OF
SARALIENE SMITH DURRETT, LLC
ATTORNEY AT LAW
1800 Peachtree Street, Suite 300, Atlanta, GA 30309

ssd@defendingatl.com  (404) 433-0855

Courtroom Deputy Clerks
US Courthouse
75 Ted Turner Dr. SW
Atlanta, GA 30303

**Via ECF Filing**

**Re: Leave of Absence**

Dear Courtroom Deputy Clerks:

    This letter is to notify the Court that, pursuant to *LCrR* 57.1E(4) NDGA, I am respectfully requesting leave of Court for the following dates:

    July 21-22, 2022
    July 29, 2022
    August 1-5, 2022
    August 8, 2022
    September 25-30, 2022

    I respectfully request that the Court not schedule any court appearances in the above-styled case for these dates.

                                                    Sincerely,
                                                    *s/*Saraliene S. Durrett
                                                    Saraliene Smith Durrett

cc:    AUSAs and attorneys of record via CM/ECF