Strickland Webster, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316



Strickland Webster, LLC
——— Attorneys at Law

Courtroom Deputies									April 19, 2022
United States District Court
75 Ted Turner Drive, SW
Atlanta, GA 30303

  Re: *United States v. Guy Blackshear*, 1:22-cr-91
    *United States v. Kyle Sims*, 1:19-cr-294
    *United States v. Allen Pendergrass*, 1:17-cr-224
    *United States v. Travis Robinson*, 1:14-cr-176
    *United States v. Shusta Gumbs*, 1:16-cr-401
    *United States v. Basil Varner*, 1:15-cr-284

Dear Courtroom Deputies:

This letter is to notify the Court, pursuant to Local Rule 57.1E(4), that I will be out of the office on the dates listed below. I therefore request that the Court not schedule any court appearances in the above-referenced matters for those dates.

  June 10-17, 2022 – travel for family vacation
  July 1-5, 2022 — travel for family vacation
  October 21-23, 2022 – travel for family vacation
  November 23-25, 2022 — travel for Thanksgiving holiday
  December 23, 2022 – January 3, 2023 — travel for holidays

Please contact me at 404-590-7967 or sydney@stricklandwebster.com if you have any questions.

            Sincerely,
            /s/ *Sydney R. Strickland*
            Sydney R. Strickland
            Georgia Bar Number 418591

830 Glenwood Ave SE
Suite 510 #203
Atlanta, GA  30316
Telephone: (404) 590-7967
Facsimile: (404) 393-3617

404-590-7967 (t)
404-393-3617 (f)
www.stricklandwebster.com