UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cr-00224-AT-CMS |
| | ) |
| ALLEN J. PENDERGRASS, | ) |
|     Defendant. | ) |
| _____ | ) |

## ORDER

This matter having come before the court on Defendant's unopposed motion, and good cause appearing, Defendant's motion to continue the sentencing hearing in this case is **GRANTED.**

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter shall be scheduled for _____ _____, 2022 at ____:____ __.m. in Atlanta Courtroom 2308 before Judge Amy Totenberg.

**SO ORDERED** this _____ day of April 2022.

_____
The Honorable Amy Totenberg
UNITED STATES DISTRICT JUDGE

Presented by:
Saraliene Durrett
Counsel for Mr. Pendergrass