UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cr-00224-AT-CMS |
| ) | |
| ALLEN J. PENDERGRASS, ) | |
|     Defendant. ) | |

**DEFENDANT'S MOTION TO PERMIT OUT OF DISTRICT TRAVEL**

Mr. Pendergrass was indicted on June 26, 2017. Doc. 1. He has been on pretrial release since August 9, 2017. Doc. 21. During his period of release, he has been permitted to travel to and from Ohio to visit family without incident. Doc. 32, 112, 116, 166.

On December 8, 2021, this Court modified his conditions of pretrial release to include location monitoring and travel restrictions while he awaits sentencing in this case. Doc. 260. Mr. Pendergrass has complied with all conditions outlined by the Court and probation since that time.

Mr. Pendergrass is currently seeking leave to travel to Indianapolis, Indiana to attend the funeral of a close friend, Rodney A. Bynum. *See* attached obituary.

Mr. Pendergrass would like to travel to Indianapolis on Thursday, June 2, 2022. If granted permission to leave the district, he would return to the district on Saturday June 4, 2022.

Counsel for Mr. Pendergrass has notified probation officer Krystal Batchelor and AUSA Tracia King of this request, but has not received a response as of yet.

Mr. Pendergrass now asks that this Court grant his request for travel outside the jurisdiction for the dates outlined above.

Respectfully submitted this 31st day of May 2022.

s/Saraliene S. Durrett
1800 Peachtree Street
Suite 300
Atlanta, GA 30309
(404) 433-0855
ssd@defendingatl.com
