UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 1:17-cr-00224-AT-CMS<br>) |
| ALLEN J. PENDERGRASS,<br>      Defendant. | )<br>)<br>) |

**ORDER PERMITTING OUT OF DISTRICT TRAVEL**

This matter having come before the Court, and good cause appearing, Defendant's motion to travel outside the district to attend the funeral of Rodney A. Bynum is **GRANTED**.

**IT IS HEREBY ORDERED** that Mr. Pendergrass is permitted to travel to Indianapolis, Indiana on Thursday, June 2, 2022.

**IT IS FURTHER ORDERED** Mr. Pendergrass must be back in the Northern District of Georgia no later than 10:00 pm on Saturday, June 4, 2022.

**SO ORDERED** this _____ day of June 2022.

_____
The Honorable Amy Totenberg
United States District Judge

Presented by:
Saraliene Durrett
Counsel for Mr. Pendergrass