IndyStar. Home News North Sports Things To Do Opinion Obituaries Marketplace

Case 1:17-cr-00224-AT-CMS   Document 281-2   Filed 05/31/22   Page 1 of 2

# Rodney A. Bynum



▶

Listen to this obituary

## Obituary

Rodney A. Bynum

Indianapolis – Mr. Rodney A. "Bo" Bynum, 68, Indianapolis, passed away May 27, 2022.

On Friday, June 3, there will be a Celebration of Life at 1p.m. with visitation from 11 a.m. until 1 p.m. at Stuart Mortuary Chapel with interment at Crown Hill Cemetery. Stuartmortuary.com

Posted online on May 28, 2022
Published in The Indianapolis Star

## Service Information

**VISITATION**

### Stuart Mortuary Chapel

June 03, 2022 at 11:00 AM - 1:00 PM

**FUNERAL**

### Stuart Mortuary Chapel

June 03, 2022 at 1:00 PM

