IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:17-CR-0224-AT-1 |
| : | |
| ALLEN J. PENDERGRASS, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Currently before the Court is defendant's Motion to Travel Outside Jurisdiction [Doc. 281]. The Government does not object to the request.

It is **ORDERED** that defendant's request to travel outside jurisdiction to attend a funeral is **GRANTED** with conditions. The defendant must submit to his probation officer the travel itinerary for the trip including the name of the individual he will be staying with and his/her contact information. If Mr. Pendergrass does not plan on staying with a friend or extended family member, counsel should advise the Court accordingly. Additionally, Mr. Pendergrass is required to contact his supervising officer immediately upon his return to the district.

It is **SO ORDERED** this 31st day of May, 2022.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**