

# U. S. Department of Justice
United States Attorney
Northern District of Georgia

---

*Richard Russell Federal Building*   *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*   *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

June 21, 2022

Courtroom Deputies
U.S. Courthouse
Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, Ga 30303

Re:

*United States vs. Louis Fernando, 1:19-CR-00201-ELR-AJB*
*Unites States vs. Don Terry, et al, 1:19-CR-00017-ELR-CMS*
*Unites States vs. Barbara Moore (v), 1:19-CR-00396-ELR-LTW*
*Unites States vs. Gil Rhee, 1:20-CR-00008-MHC*
*Unites States vs. Lucious Damian Mack, 1:19-CR-00459-WMR-CCB*
*Unites States vs. Mamady Keita, 1:19-CR-00473*
*Unites States vs. Allen Pendergrass, et al., 1:17-CR-00224-AT-CMS*
*Derrick Powell vs. Unites States, 20-CV-02442-1*
*Unites States vs. Russell Richardson, 1:19-CR-00300-TWT-CCB*
*Alexandria Hunnicutt vs. Unites States, 17-CR-00418*
*Unites States vs. Hajavi, et al., 1:19-CR-00443-TWT-AJB*
*Unites States vs. Yan Orjoux, et al., 1:19-CR-00291-JPB-JKL*
*United States vs. Richard Thompson, 1:20-cr-00438-LMM-RDC-1*
*United States vs. Peter Oludele, et. al., 1:21-cr-00054-MHC-CMS-1*
*United States v. Quentin Booker, 1:11-CR-255-TWT*
*United States v. Rowlando Hatter, Jr., et al, 1:21-CR-197- SCJ-CMS*

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on July 11, 2022 through July 15, 2022. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

       Sincerely,

       RYAN K. BUCHANAN
       *United States Attorney*

       */s/ Tracia M. King*
       TRACIA M. KING
       *Assistant United States Attorney*

cc:  Counsel for Defendant (via CM/ECF)