**Healing Hearts counseling center**  680 Park Avenue West, Mansfield, OH 44906
(419) 528-5993 • FAX: 567-560-5483 • www.healingheartscc.com

July 26, 2022

The Honorable Judge's Amy Totenberg
United States District Court Judge
GA Northern District Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**Re: Allen Pendergrass**

Dear Judge Totenberg:

I am writing this letter on behalf of Mr. Pendergrass, whom I have known for 46 years. Allen and I met our first year in college where we both attended Capital University, a small Lutheran college in Columbus, Ohio.

I have kept in close contact with Allen and know he is dealing with a number of issues in his life, the most traumatic being the loss of his wife, Judy. When she passed in 2010, I saw Allen's life spiral out of control. And I do not use this as an excuse, but I bring it to the court's attention that as a counselor (both substance use disorder and mental health) I see individuals deal with loss in many different ways. Allen and Judy were inseparable prior to marrying and enjoyed a wonderful relationship until her untimely death. I do know that Allen turned to alcohol and drugs during this 'dark period' in his life, which can have an impact on our ability to seek 'wise counsel'. Again, I don't make excuses to the court, I am just asking the court to take these things into consideration.

Allen is a wonderful father, grandfather, uncle, brother and friend. He is a positive force in the life of my son Zayne, his nephew, as Allen is a brother to me. He is loved and respected by many; his absence will be a significant loss to the community. I implore this Honorable Court to sentence Allen to community control and not a prison term. And though I understand your responsibility to protect the public from abhorrent behavior, I would hope and pray that you find something real and genuine in Allen that could be channeled into other areas relating to criminal sanctions (i.e., sharing his life with youth, being of service to his community, working with underserved areas in the greater Atlanta area, etc.).




"We are an equal opportunity employer and an equal service provider"
Certified by the Ohio Department of Mental Health and Addiction Services
State of Ohio Certified Women's Owned Business

Please do not hesitate to contact me at 419-528-5993 (office), 567-241-5481 (cell) or email, dewayne@healingheartscc.com.

Kind regards,

*[signature]*

DeWayne E. Lee, MS., LICDC, CSAT
CFO and Treatment Provider




"We are an equal opportunity employer and an equal service provider"
Certified by the Ohio Department of Mental Health and Addiction Services
State of Ohio Certified Women's Owned Business

Date:  July 25, 2022

The Honorable Judge's Amy Totenberg
United States District Court Judge
GA Northern  District Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Regarding: U.S. v. Allen Pendergrass

Your honor:

I, James Harvey am writing this letter to you to provide character reference about Mr. allen Pendergrass, who I know as a friend and as a colleague for a period of fifteen years. I provide this reference in full knowledge of Allen's charges.

I can say it with total confidence that few men have contributed to society in a way that allen has. Even though I came into his association through work, but I have known him outside of work. Apart from being his supervisor at work Healing Heart Counseling Center where he was a respected and admired counselor who assisted those in need of help as they battle alcohol and drug addiction dependency.

I would hope that this court show leniency in Mr. Pendergrass sentencing and the court would strong consider probation.

Please do not hesitate to contact me if you should require any further information. I can be reached at 470-819-7536.


Thank You

July 27, 2022

The Honorable Judge Amy Totenberg
United State District Court Judge
GA Northern District Court
Richard B. Russell, Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta GA 30303-3309

RE:  United States v. Allen Pendergrass

Honorable Judge Amy Totenberg:

I, Rev. Dr. Lloyd D. Martin, Ph.D., Th.D. am writing this letter is behalf of Allen Pendergrass. I am providing this letter because I have known Allen personally for more than fifty years. Allen and I attended middle school together in Columbus, OH; and as teenagers we developed a youth centered program that created employment opportunities for other young people in our community.

It was during those years and even now; Allen has been a compassionate and caring person who have always sought opportunities that would benefit others. Additionally, in my years of knowing him there has never been any indication of anything other than Allen being a man of integrity in his behavior and in his dealings with the broader community.

Allen has made a serious mistake. Nevertheless, I do pray that the court show leniency in the sentencing of Mr. Pendergrass. Therefore, I humbly ask the court to strongly consider probation which I maintain would  allow him the opportunity for Allen to rectify his mistake to the community.

Should you have questions please do not hesitate to contact me at 419.709.5355

Sincerely,


Reverend Dr. Lloyd D. Martin, Ph.D., Th.D.
Anointed Word Bible Church

Dear Your Honor:

Cordial greetings to you. My name is Chundra Scott. I am writing in reference to Allen Pendergrass, who is before your court with accusations of fraud.

I reached out to Allen to get your information so that I could submit a reference letter on his behalf. I sincerely feel concerned about the well-being and future of Allen. My intention is to try to get thea to understand my point of view as well as the many other people who love and respect him.

Allen is a good person with a good heart and upstanding morals. I would hope that our justice system would recognize this and show fair justice.

The power of this decision will greatly affect him and everyone around him. I ask that the court shows leniency.

Thank You,
Chundra Scott
678-437-5642
Kittyscott51@gmail.com