# *prelim 5-C*

IN THE SUPERIOR COURT OF FULTON COUNTY
GEORGIA

FILED IN OFFICE
OCT 04 2013
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

STATE OF GEORGIA

VS.

Allen James Pendergrass
Defendant

ACCUSATION NO. 13CP139952
BOOKING NO. 1326455
CHARGE(S): (1) Theft by Taking (F)
(2) Theft by Taking (F) (3) Forgery 3rd degree
(4) Forgery 3rd degree (5) _____
(6) _____ (7) _____
(8) _____ (9) _____

*Reduced/Modified*

## ORDER FOR BOND

The aforesaid matter having come before this Court for a regularly scheduled Bond Hearing, and it is hereby ORDERED that:

A. Bond is set as follows: (1) 20,000 (2) 20,000 (3) 17,500 (4) 17,500 (5) _____
  (6) _____ (7) _____ (8) _____ (9) _____
  That the total bond be set at 75,000, # counts 1,2,3,4  Pretrial Supervision D. Aiken 10% 3rd (only)

B. _____ Sign Own Bond (SOB), or,

C. ✓ Release to Pretrial Services Supervision in Lieu of Financial Bond or Security, or,

D. _____ Bond be denied for the following reason(s):
  _____ 1. The accused poses a significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.
  _____ 2. The accused poses a significant threat or danger to any person, the community, or to any property in the community.
  _____ 3. The accused poses a significant risk of committing a felony pending trial.
  _____ 4. The accused poses a significant risk of intimidating witnesses or otherwise obstructing the administration of justice.

E. Conditions Imposed on the Defendant:
  _____ 1. You have received written notice of your next court date today.
  _____ 2. You will be notified of your next court date by mail.
    If change your address, it is your responsibility to immediately notify, in writing: Clerk of Superior Court, Attn: Court Services, 136 Pryor Street, SW, Atlanta, GA 30303
  _____ 3. **Failure to appear will result in a warrant being issued for your arrest.**
  _____ 4. **That the defendant have no contact directly or indirectly with the victim, victim's family, professional, personal, or close associates, by phone, mail, e-mail, or through third party, including at victim's work place, church, home, and daycare. If defendant encounters victim, defendant must leave immediately, and must not come within 200 yards of victim.**
  _____ 5. Other: Stay away from Co-Defendant Terrell McQueen, ankle monitor, 24 hour curfew, no engaging in fiduciary relationship, family member to co-sign bond, no participation in activity that led to charges, also surrender passport.

SO ORDERED this 4 day of October, 20 13.

_____
JUDGE, Superior Court of Fulton County/
Magistrate, Sitting by Designation for
Superior Court of Fulton County, Georgia

Consent by:
_____ (Defendant)
_____ (Defense Counsel) Robert H. Citronberg
_____ (ADA) observed but not consent

9-23-09.vcr



**Pretrial Services**
Fulton County Superior Court
Atlanta Judicial Circuit
136 Pryor Street, S.W.
Suite C-640
Atlanta, Georgia 30303

ATLANTA JUDICIAL CIRCUIT

Office of Deputy Court Administrator
Robin S. Rooks

Telephone (404) 612-4527
Fax (404) 335-5221

DATE: April 2, 2014

TO: Clerk of Superior Court

FROM: Tuere Porche-James

RE: PSO Closure

FILED IN OFFICE
APR 03 2014
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

---

DEFENDANT NAME: Pendergrass, Allen

BOOKING#: 1326455

CP#: 13CP139937

CHARGE(S) Theft by Deception; 2 ct Theft by Taking; 4 ct Forgery in 3rd degree; and 2ct Theft by Taking

The aforementioned defendant was released from Fulton County Jail on 10/09/2013 and was placed under supervision by Pretrial Services pursuant to Uniform Superior Court Rule 27.3.

Superior Court Standing Order signed on April 25, 2001, provides that Pretrial Services will supervise an unindicted or unaccused defendant released to their supervision for a period of four months from the date of release after which, Pretrial Services is relieved of its obligation to supervise the defendant.

Pretrial Services has supervised the defendant for four months. The District Attorney was notified on 03/20/14 that supervision would cease if the defendant remained unindicted. As of this date, the District Attorney has either not responded to Pretrial Services or has not indicted this defendant. As a result, Pretrial Services has terminated the defendant's pretrial supervision.

TUERE PORCHE-JAMES/ KL
PRETRIAL RELEASE CASE MANAGER
(404)612-2576