

Saraliene Smith Durrett, LLC <ssd@defendingatl.com>

## Subpoena for records re USA v. Allen Pendergrass #1:17-cr-00224-AT-CMS

**Gillespie, Tristan** <Tristan.Gillespie@fultoncountyga.gov>  Fri, Nov 15, 2019 at 8:58 AM
To: "Saraliene Smith Durrett, LLC" <ssd@defendingatl.com>

Hi Saraliene-

We scoured our files and, unfortunately, we were unable to locate any records relating to Mr. Pendergrass. As you may know, we did not prosecute his case. However, we believe that APD may, in fact, have some relevant records. The best contact is likely Sergeant Paul Cooper from their Major Fraud Unit. His contact info is as follows>>:

pcooper@atlantaga.gov

404-546-6811

I am sorry I couldn't be more helpful.

-Tristan

Tristan W. Gillespie

Assistant District Attorney

Fulton County District Attorney's Office

Atlanta Judicial Circuit

136 Pryor Street, 4th Floor

Atlanta, GA  30303

404-613-4988 Direct Line

tristan.gillespie@fultoncountyga.gov

**From:** Saraliene Smith Durrett, LLC [mailto:ssd@defendingatl.com]
**Sent:** Wednesday, November 13, 2019 7:38 AM
**To:** Gillespie, Tristan
**Subject:** Re: Subpoena for records re USA v. Allen Pendergrass #1:17-cr-00224-AT-CMS

Hi Tristan.

Is there an update on this file that I can give to the Court?

Thanks.

Saraliene

*Saraliene Smith Durrett, LLC*
1800 Peachtree Street NE
Suite 300
Atlanta, GA 30309
404-433-0855
defendingatl.com

*Confidentiality Notice*

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

On Wed, Nov 6, 2019 at 3:01 PM Gillespie, Tristan <Tristan.Gillespie@fultoncountyga.gov> wrote:

> Dear Ms. Smith,
>
> I just received your subpoena yesterday for our records relating to the above-referenced matter. I have requested the subject files from archives and hope to have them to you as soon as possible.
>
> Best regards,
>
> Tristan W. Gillespie
>
> Assistant District Attorney
>
> Fulton County District Attorney's Office
>
> Atlanta Judicial Circuit
>
> 136 Pryor Street, 4th Floor
>
> Atlanta, GA  30303
>
> 404-613-4988 Direct Line
>
> tristan.gillespie@fultoncountyga.gov



Saraliene Smith Durrett, LLC <ssd@defendingatl.com>

## Subpoena for records re USA v. Allen Pendergrass #1:17-cr-00224-AT-CMS

**Gillespie, Tristan** <Tristan.Gillespie@fultoncountyga.gov>　　　　　　　　　　Fri, Nov 15, 2019 at 10:46 AM
To: "angela_L_Smith@gand.uscourts.gov" <angela_L_Smith@gand.uscourts.gov>
Cc: "Saraliene Smith Durrett, LLC" <ssd@defendingatl.com>

Dear Ms. Smith,

With regard to the above-referenced subpoena, I regret to inform you that this office is not in possession of any records responsive to same. This case is mistakenly listed as "open" in the court's online case management system "Odyssey". We filed a Decline form with the court clerk yesterday to have that corrected to show that the case is now closed.

[Quoted text hidden]



Saraliene Smith Durrett, LLC <ssd@defendingatl.com>

## Subpoena APD

**Robinson, Amber** <ARobinson@atlantaga.gov>                                   Wed, Dec 4, 2019 at 5:56 PM
To: Saraliene Durrett <ssd@defendingatl.com>

Good evening, Ms. Durrett

On behalf of the City of Atlanta, please accept my apology for the delay in the City's compliance with this subpoena.

I have followed up with APD and have been advised that they are working to secure the return of hard copy file they provided to the US Attorney in this matter so that they may comply with the subpoena as instructed. They have advised that they provided the US Attorney with their only copy of this file. APD is working diligently to secure these documents and file them with the Court as instructed and this has been assigned top priority. I will update you as soon as I receive confirmation that this has been done.

Thank you for your continued understanding and patience.

Amber

**From:** Saraliene Durrett <ssd@defendingatl.com>
**Sent:** Wednesday, December 4, 2019 9:21 AM
**To:** Robinson, Amber <ARobinson@AtlantaGa.Gov>
**Subject:** Re: Subpoena APD

Hi Amber.

Were you able to get these documents to the court?

Thanks.

Saraliene

Saraliene Smith Durrett, LLC

1800 Peachtree Street

Suite 300

Atlanta, GA 30309



Saraliene Smith Durrett, LLC <ssd@defendingatl.com>

## Subpoena APD

**Robinson, Amber** <ARobinson@atlantaga.gov>  Fri, Dec 6, 2019 at 2:31 PM
To: Saraliene Durrett <ssd@defendingatl.com>

Good afternoon Ms Durrett

I am in possession of the physical file in this matter, though it is my understanding that APD was unable to retrieve some of the emails requested due to the cyber attack.

Would you like to send someone here to retrieve it to reduce time or would you prefer us to file it with the court as previously instructed?

Again I apologize for the issues you have encountered in regards to this production.

Thank you

Amber

Get Outlook for iOS

**From:** Saraliene Durrett <ssd@defendingatl.com>
**Sent:** Thursday, December 5, 2019 7:54:24 AM

[Quoted text hidden]

[Quoted text hidden]