# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00224-AT-CMS
## USA v. Pendergrass et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 08/24/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 02:40 P.M. | COURT REPORTER: Shannon Welch |
| TIME COURT CONCLUDED: 06:15 P.M. | CSO/DUSM: 1 CSO |
| TIME IN COURT: 3:55 | USPO: Alex Moody |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Harry Martin |

| | |
|---|---|
| DEFENDANT(S): | [1]Allen J. Pendergrass Present at proceedings |
| ATTORNEY(S) PRESENT: | Saraliene Durrett representing Allen J. Pendergrass<br>Tracia King representing USA<br>Sydney Strickland representing Allen J. Pendergrass |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Defendant sentenced as to Counts 1 through 10 of the Criminal Indictment and advised of appeal rights. See J&C for sentence. BOND |
| HEARING STATUS: | Hearing Concluded |