## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | ) <br>) <br>) | CRIMINAL ACTION NO. |
| V. | ) <br>) <br>) | 1:17-CR-00224-AT-CMS |
| ALLEN J. PENDERGRASS,<br>    Defendant. | ) <br>) <br>) <br>) | |

### NOTICE OF APPEAL

Notice is hereby given that Allen J. Pendergrass hereby appeals to the Eleventh Circuit the judgment entered on August 26, 2022, by the Honorable Amy Totenberg (Doc. 289) in the United States District Court for the Northern District of Georgia.

Respectfully submitted this 7th day of September, 2022.

/s/ *Sydney R. Strickland*
Sydney R. Strickland
Georgia Bar No. 418591
Attorney for Allen J. Pendergrass

STRICKLAND WEBSTER, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
Telephone: (404) 590-7967
Facsimile:  (404) 393-3617
sydney@stricklandwebster.com