# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

**KEVIN P. WEIMER**                                         DOCKETING SECTION
**DISTRICT COURT EXECUTIVE**                                     404-215-1655
**AND CLERK OF COURT**

September 8, 2022

Clerk's Office - USCA No. **00-00000-00**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia    30303

         Re:     **United States of America v. Allen J. Pendergrass**
                 **USDC Criminal No. 1:17-cr-224-AT-CMS-1**

         Enclosed are documents regarding an appeal in the action referenced above.   Please
acknowledge receipt of same on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.** |
| _____ | Original non-electronic record exhibits transmitted pursuant to request.   (See attached copy of request.) |
| _____ | Appeal fees   been paid. |
| _____ | Certified copy of order appointing Federal Defender Program enclosed. |
| **X** | **Certified copy of CJA order appointing counsel enclosed.** |
| _____ | Appellant has been forwarded an application to proceed IFP. |
| _____ | Appellant has been   leave to proceed IFP, copy of order enclosed. |
| _____ | An appeal bond has been denied. |
| **X** | **District Judge appealed from is Honorable Amy Totenberg.** |
| _____ | Other: . |

The enclosed certified,   record on appeal consists of:

| | | | |
|---|---|---|---|
| _____ | Volume(s) of pleadings | _____ | Envelope of Exhibits |
| _____ | Volume(s) of transcripts. | _____ | PSI enclosed. (SEALED) |

                                                 Sincerely,

                                                 Kevin P. Weimer
                                                 Clerk of Court

                                         By:    /s/P. McClam
Enclosures                                       Deputy Clerk