## Carolyn P. Coughlin - Fwd: ***Request to Staff*** PENDERGRASS, ALLEN, Reg# 65828019, JES-B-A

**From:** JES/InmateToUnitB
**To:** Coughlin, Carolyn P.
**Date:** 12/12/2016 3:26 PM
**Subject:** Fwd: ***Request to Staff*** PENDERGRASS, ALLEN, Reg# 65828019, JES-B-A

>>> ~^!"PENDERGRASS, ~^!ALLEN J" <65828019@inmatemessage.com> 12/1/2016 2:56 PM >>>
To: CASE MANAGER MS. COUGHLIN
Inmate Work Assignment: EDUCATION

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
4da81c94-dbe1-4dea-8e38-59ea8e798607
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

*[handwritten: Sec 10 f.*
*Program Statement 7310.04*
*12-16-98 CCC Utilization]*

Dear Ms. Coughlin

   Please be advised that its has been more than seven days since I had made an request
for BOP supportive guidlines in support of your denial for granting me halfway house (RRC).
Under the second statute, 18 U.S.C. 3624 (c), known as the Second Chance Act, the BOP is
charged with preparing prisoners who are approaching the end of their sentence for re-entry
into soceity. I would appreciate your response to my denial of eligibility on or before December 5, 2016.
-----PENDERGRASS, ALLEN J on 11/22/2016 12:26 PM wrote:

>

Per are previous conversation regarding Halfway House placement, you indicated that I was ineligible for the halfway house due to a detainer, which (I contested I don't have) and in which Records, clearly indicated I don't have, other than a note in which C/O Williams indicated a potential submission of a obscure charge to a grand jury, per policy there exists no factual support that a detainer exists. Yet I am being precluded for halfway house consideration based upon assumptions. This action is taken to request where in policy am I prohibited from being submitted to halfway house when there exists no viable reasons to preclude me. I request a copy of the Program statement supporting my exclusion, or in the alternative I submit that I be submitted for halfway consistent with policy statement.



UNITED STATES GOVERNMENT
Memorandum
FEDERAL BUREAU OF PRISONS
Federal Correctional Institution
2600 Highway 301 South

Date:   November 13, 2015

Thomas Bishop, Chief
Georgia Northern Probation Office
Richard B. Russell Federal Building
and United States Courthouse
75 Spring Street, S.W. Room 900
Atlanta, GA 30303

RE: **PENDERGRASS, ALLEN J.**      Register Number: **65828-019**

Dear Mr. Bishop:

Please find enclosed classification material in reference to Allen J. Pendergrass, an inmate currently confined at Federal Satellite Low, Jesup, Georgia. We are requesting you review this material for a possible relocation of supervision to your district from the Southern District of Ohio Probation Office due to limited resources in his sentencing district.

He is currently serving a 30 month sentence with 3 years supervised release for BANK FRAUD. He has a projected Good Conduct Time release date of August 28, 2017. It is anticipated inmate Pendergrass will be referred to a Residential Re-Entry Center upon acceptance of relocation and when his term is within (17-19) months of release. He has submitted the following release plans:

Residence:   Ashley Pendergrass, Daughter
441 HIGHWAY 279
FAYETTEVILLE, GA 30214

Phone: (404)396-5721

Employment:   Plans to secure employment through the Residential Re-Entry Center

Thank you for your assistance in this matter of mutual concern. Should you require any further information regarding this case, please have your staff contact his case manager, J. Cox at (912) 427-0870, extension 6525. The sentencing district will be notified via a copy of this letter.

Sincerely,

*Nicole Morse*

N. Morse, Unit Manager



UNITED STATES GOVERNMENT

# Memorandum

FEDERAL BUREAU OF PRISONS

Federal Correctional Institution

2600 Highway 301 South

Jesup, Georgia 31599

B2

November 3, 2016

MEMORANDUM FOR INMATE CENTRAL FILE

FROM: Fred Santiago
B Unit Manager

SUBJECT: **RRC Denial**
**PENDERGRASS, Allen J.**
**Reg. No. 65828-019**

The above referenced inmate has been reviewed in accordance with the Second Chance Act. The Second Chance Act requires that inmates be individually considered for pre-release RRC placements using the following five-factor criteria from 18 U.S.C. 3621(b):

1) The resources of the facility contemplated
2) The nature and circumstances of the offense
3) The history and characteristics of the prisoner
4) Any statement by the court that imposed the sentence:
   a. Concerning the purposes for which the sentence to imprisonment was determined to be warranted
   b. Recommending a type of penal or correctional facility as appropriate
5) Any pertinent policy statement issued by the U.S. Sentencing Commission

<u>Comments</u>: Inmate Pendergrass was initially designated to FSL Jesup on 07-28-2015, with a 30 month sentence and three years supervision for Bank Fraud. According to his PSR, inmate Pendergrass has pending charges in the Superior Court of Fulton County, Atlanta, Georgia, for Theft by Taking (2 felonies) Forgery (two counts) and Theft by Deception. The Correctional Systems Office contacted the Fulton County District Attorney's Office and verified that the Indictment is still pending and would be presented to the Grand Jury in 2017. Based on this information, inmate Pendergrass will not be referred for RRC placement.

Approve RRC / **Deny RRC**: _____
Erin J. Chalfant, CMC

Approve RRC / **Deny RRC**: _____
N. Ortiz, Executive Assistant

Approve RRC / **Deny RRC**: _____
J. V. Flournoy, Warden

| BP-S394.058   DETAINER ACTION LETTER | CDFRM |
|---|---|
| SEP 03 | |
| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |

| To<br>**Office of the Fulton County District Attorney**<br>**136 Pryor Street, SW, Third Floor**<br>**Atlanta, GA 30303**<br>**Phone: (404) 612-4887**<br>**Fax: (404) 224-3577**<br>**Attn: Nicole Vaughn** | Institution<br>**FCI Jesup**<br>**2600 HWY 301 South**<br>**Jesup, GA 31599**<br>**912/427-0870 x5416**<br>**912/427-1240 fax** |
|---|---|
| | Date<br>**07-28-2015** |

| Case#<br>13CP139937 | Inmate's Name<br>**Pendergrass, Allen J** | Fed Reg No.<br>**65828-019** | DOB/SEX/RACE<br>**12-06-1956/M/B** |
|---|---|---|---|

The below checked paragraph relates to the above named inmate: **FBI #933849N4 SID #GA4317587H**

 **This office is in receipt of the following report: 09-19-2013 Inmate Pendergrass was arrested for (2) Cts. Theft by Taking and (2) Cts. Forgery, please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If you have no further interest in the subject, please forward a letter indicating so.**

A detainer has been filed against this subject in your favor charging . Release is tentatively scheduled for , however, we will notify you no later than **60 days** prior to actual release. To check on an **inmate's location, you may call our National Locator Center at: 202-307-3126** or check our **BOP Inmate Locator Website at www.bop.gov**.

Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

**Your detainer warrant has been removed on the basis of the attached _. Notify this office immediately if you do not concur with this action.**

**This office received a Fax dated_ requesting notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is_.**

I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____. If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

Other: Inmate Pendergrass's was sentenced to serve 30 Months in Federal Custody.

Sincerely,

J. Williams CSO
For R. Thomas, SCSS

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1); Copy - Correctional Services Department
(This form may be replicated via WP)          (Replaces BP-394(58) dtd MAR 2003

Skip to Main Content   Logout   My Account   Search Menu   All Case Records Search   Refine Search   Back          Location : All-Superior   Help

# REGISTER OF ACTIONS
## CASE NO. 13CP139937

| | | |
|---|---|---|
| The State of Georgia VS Allen Pendergrass | § § § § § | Case Type: **RN-PREFILE / CRIMINAL COMPLAINT**<br>Date Filed: **09/19/2013**<br>Location:<br>OBTS Instrument Number: **0602013017165** |

---

### RELATED CASE INFORMATION

**Related Cases**
13CP139937 (CO DEFENDANT)

---

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| **DEFENDANT** | Pendergrass, Allen<br>FAYETTEVILLE, GA 30214<br>SID: GAGA4317587H<br>Other Agency Numbers<br>   132261160 Atlanta Police Department,<br>   1000000050 AFIS | Male Black<br>5' 7", 175 lbs | |
| **PLAINTIFF** | The State of Georgia | Other | |

---

### CHARGE INFORMATION

| Charges: Pendergrass, Allen | Statute | Level | Date |
|---|---|---|---|
| 1. Theft By Taking - Felony | 16-8-2 | Felony | 05/15/2013 |
| 2. Theft By Taking - Felony | 16-8-2 | Felony | 05/15/2013 |
| 3. Forgery 3rd Degree (POST 07-01-2012) | 16-9-1 | Felony | 05/15/2013 |
| 4. Forgery 3rd Degree (POST 07-01-2012) | 16-9-1 | Felony | 05/15/2013 |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

04/03/2014 **OTHER**
   Party: PENDERGRASS, ASHLEY N
10/29/2013 **COMPLAINT ROOM SUPPLEMENTAL HEARING**  (9:30 AM) (Judicial Officer WOODSON, KAREN SMITH)
   Result: FN TO ACCU/INDICT
10/10/2013 **APPEARANCE BOND**
   Party: Pendergrass, Allen
10/10/2013 **APPEARANCE BOND**
   Party: Pendergrass, Allen
10/10/2013 **APPEARANCE BOND**
   Party: Pendergrass, Allen
10/10/2013 **APPEARANCE BOND**
   Party: Pendergrass, Allen
10/04/2013 **COMPLAINT ROOM PRELIMINARY HEARING**  (9:30 AM) (Judicial Officer WOODSON, KAREN SMITH)
   Result: RESET AT PARTY REQUEST
10/04/2013 **COMP ROOM ORDER FOR BOND**
   Party: Pendergrass, Allen
09/20/2013 **COUNTY JAIL FIRST APPEARANCE**  (11:00 AM) (Judicial Officer JUDGE, COMPLAINT ROOM)
09/20/2013 **COUNTY JAIL FIRST APPEARANCE COURT ACTION**
09/20/2013 **COUNTY JAIL P.T. ASSESSMENT**
09/20/2013 **COUNTY JAIL BOND ORDER**
09/20/2013 **COUNTY JAIL COMMITMENT**