**Brown, Jeff A. (USAGAN)**

**From:** Bouer, Sheryl J <SJBouer@uspis.gov>
**Sent:** Tuesday, March 26, 2019 10:08 AM
**To:** Brown, Jeff A. (USAGAN)
**Subject:** FW: Pendergrass Case

*Sheryl Bouer*
*Postal Inspector/Program Manager*
*NHQ Security Group*
*202-268-3924*

**From:** Ricks, Douglas [mailto:DMRicks@AtlantaGa.Gov]
**Sent:** Wednesday, August 13, 2014 10:49 AM
**To:** Bouer, Sheryl J <SJBouer@uspis.gov>; Vaxter Shantanice <Shantanice.Vaxter@ci.irs.gov>
**Subject:** Pendergrass Case

I just spoke to ADA Kimberly Burroughs she works in Brad Malkin's office.
She told me she will call Jeff to find out how he learned about a possible investigation.
She said she will contact us to let us know if there is an investigation being done by the A.G office.

**From:** Bouer, Sheryl J [mailto:SJBouer@uspis.gov]
**Sent:** Tuesday, August 12, 2014 8:16 AM
**To:** Ricks, Douglas; Vaxter Shantanice
**Subject:**

Try this

**Sheryl Bouer**
Postal Inspector
U.S. Postal Inspection Service
Charlotte Division/Atlanta Field Office
Main: 877.876.5455
Office: 404.608.4560
Cell: 678.614.5603
Fax: 404.608.4505
Email: sjbouer@uspis.gov

1

**To:** SJBouer@uspis.gov; Ricks, Douglas
**Subject:** FW: Meeting

Good afternoon,

Please see the email below. I have scheduled a meeting with us and AUSA Brown on Friday, May 16th at 10:30 a.m. at the USAO.

Thanks,

Niecey

---

**From:** Brown, Jeff A. (USAGAN) [mailto:Jeff.A.Brown@usdoj.gov]
**Sent:** Monday, May 12, 2014 1:33 PM
**To:** Vaxter Shantanice
**Subject:** RE: Meeting

I am available on Wednesday after 2:00 pm and anytime on Friday.  Let's schedule meeting for 10:30 on Friday, May 16th if that works.  Thanks,

Jeffrey A. Brown | Assistant United States Attorney | Northern District of Georgia
75 Spring Street, SW| Suite 600 | Atlanta, GA  30303
T: 404.581.6064| F: 404.581.6181

---

**From:** Vaxter Shantanice [mailto:Shantanice.Vaxter@ci.irs.gov]
**Sent:** Monday, May 12, 2014 11:16 AM
**To:** Brown, Jeff A. (USAGAN)
**Subject:** Meeting

Jeff,

Are you available to meet us about the case Wednesday afternoon (after 1 p.m.) or Friday?

Thanks,

Niecey

*Shantanice D. Vaxter*
Special Agent
Internal Revenue Service - CID
5255 Snapfinger Park Drive
Suite 160, STOP 408-D
Decatur, GA  30035
Ofc: 678-518-9354
Fax: 678-518-9474

Thanks

Sent from my MetroPCS 4G Android device

------ Original message------

From: Green, Kemie L

Date: Fri, 9/19/2014 3:46 PM

To: Ricks, Douglas;

Subject:RE: Per our conversation

Thanks Ricks.

I'm going to start looking into checks. They were all tax refunds.

Kemie

From: Ricks, Douglas [mailto:DMRicks@AtlantaGa.Gov]
Sent: Friday, September 19, 2014 10:03 AM
To: Green, Kemie L
Subject: FW: Per our conversation

Sorry for the delay I got busy.

Brown, Jeff A. (USAGAN)

Subject:  RE: Pendergrass

**From:** Bouer, Sheryl J <SJBouer@uspis.gov>
**Sent:** Tuesday, March 26, 2019 10:09 AM
**To:** Brown, Jeff A. (USAGAN) <JBrown7@usa.doj.gov>
**Subject:** FW: Pendergrass


*Sheryl Bouer*
*Postal Inspector/Program Manager*
*NHQ Security Group*
*202-268-3924*

**From:** Ricks, Douglas [mailto:DMRicks@AtlantaGa.Gov]
**Sent:** Tuesday, September 23, 2014 11:23 AM
**To:** Vaxter Shantanice <Shantanice.Vaxter@ci.irs.gov>
**Cc:** Bouer, Sheryl J <SJBouer@uspis.gov>
**Subject:** Pendergrass

Good Morning, I want to pass on some information.
I received a telephone call message from Attorney Terry Sherman who has been appointed by the Federal Courts in Columbus Ohio to represent Allen Pendergrass.
He wants the computers that we(APD) seized in my search warrant.
I have not returned his call.

Inv.D.M.Ricks
City of Atlanta Police Dept.
Major Fraud Unit
404-546-2557 office
404-546-8159 fax
dmricks@atlantaga.gov



## Brown, Jeff A. (USAGAN)

**From:** Bouer, Sheryl J <SJBouer@uspis.gov>
**Sent:** Tuesday, March 26, 2019 10:07 AM
**To:** Brown, Jeff A. (USAGAN)
**Subject:** FW: Terrell Lashawn McQueen (Part 1) #secure#
**Attachments:** image2014-05-27-100243.pdf; image2014-05-27-100255.pdf; image2014-05-27-100407.pdf; image2014-05-27-100329.pdf; image2014-05-27-100905.pdf; image2014-05-27-101356.pdf; image2014-05-27-101526.pdf; image2014-05-27-101538.pdf

Sheryl Bouer
Postal Inspector/Program Manager
NHQ Security Group
202-268-3924

**From:** Ricks, Douglas [mailto:DMRicks@AtlantaGa.Gov]
**Sent:** Tuesday, May 27, 2014 10:54 AM
**To:** Vaxter Shantanice (Shantanice.Vaxter@ci.irs.gov) <Shantanice.Vaxter@ci.irs.gov>; Bouer, Sheryl J <SJBouer@uspis.gov>; jeff.a.brown@usdoj.gov
**Subject:** FW: Terrell Lashawn McQueen (Part 1) #secure#

This is what Investigator Gabe Parks from BB&T sent me on Terrell McQueen. He will be sending me a copy of the checks deposited shortly. I will forward them to you.

Inv.D.M.Ricks
City of Atlanta Police Dept.
Major Fraud Unit
404-546-2557 office
404-546-8159 fax
dmricks@atlantaga.gov



**From:** Parks, Gabriel [mailto:GParks@BBandT.com]
**Sent:** Tuesday, May 27, 2014 10:32 AM
**To:** Ricks, Douglas
**Subject:** Terrell Lashawn McQueen (Part 1) #secure#

Client Profile      Client Profile        Business Resolution      Signature Cards      Account Statements

1