IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | CRIMINAL ACTION NO. |
| | ) | |
| V. | ) | 1:17-CR-00224-AT-CMS |
| | ) | |
| | ) | |
| ALLEN J. PENDERGRASS, | ) | |
|     Defendant. | ) | |
| | ) | |

## **MOTION TO PERMIT OUT OF DISTRICT TRAVEL**

Mr. Pendergrass was indicted on June 26, 2017, and has been on pretrial release since August 9, 2017. (Docs 1, 21). On December 8, 2021, this Court modified his conditions of pretrial release to include location monitoring and travel restrictions while he awaited sentencing in this case. (Doc. 260).  Upon his sentencing on August 26, 2022, this Court allowed Mr. Pendergrass to remain on pretrial release until he is designated to a BOP facility to serve his 46-month sentence. (Doc. 289).  During his lengthy period of release, Mr. Pendergrass has been permitted to travel outside of the district and has done so without incident. (Docs. 32, 113, 116, 166, 281).

Mr. Pendergrass is currently seeking leave to travel to Columbus, Ohio, to attend the 90th birthday celebration for his great-aunt, Adelaide

White. Mr. Pendergrass would like to travel to Columbus on Friday, October 7, 2022, and return on Sunday, October 9, 2022.

Counsel for Mr. Pendergrass has notified probation officer Krystal Batchelor of this request, but has not received a response yet.  Counsel has conferred with AUSA Tracia King, and the government has no objection to this request.

WHEREFORE, Allen Pendergrass respectfully requests that this Court allow him to travel to Columbus on Friday, October 7, 2022, and return on Sunday, October 9, 2022.

Respectfully submitted this 30th day of September, 2022.

*/s/ Sydney R. Strickland*
Sydney R. Strickland
Ga. Bar No. 418591
Attorney for Allen Pendergrass

Strickland Webster, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, Georgia 30316
(404) 590-7967
sydney@stricklandwebster.com