IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff, )<br> )<br>V. )<br> )<br> )<br>ALLEN J. PENDERGRASS, )<br>   Defendant. )<br> ) | | CRIMINAL ACTION NO.<br><br>1:17-CR-00224-AT-CMS |

## ORDER PERMITTING OUT OF DISTRICT TRAVEL

Upon good cause shown, and with no objection from the Government, Allen Pendergrass's motion to travel outside the district is **GRANTED.**

It is hereby **ORDERED** that Mr. Pendergrass is permitted to travel to Columbus, Ohio on Friday, October 7, 2022. He must return to the Northern District of Georgia on Sunday, October 9, 2022.

_____
Honorable Amy Totenberg
United States District Judge

Presented by:
Sydney R. Strickland
Counsel for Allen Pendergrass