IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>V.<br><br><br>ALLEN J. PENDERGRASS,<br>　　Defendant. | CRIMINAL ACTION NO.<br><br>1:17-CR-00224-AT-CMS |

### ORDER PERMITTING OUT OF DISTRICT TRAVEL

Upon good cause shown, and with no objection from the Government, Allen Pendergrass's motion to travel outside the district is **GRANTED**.

It is hereby **ORDERED** that Mr. Pendergrass is permitted to travel to Columbus, Ohio on Friday, October 7, 2022. He must return to the Northern District of Georgia on Sunday, October 9, 2022.

_____
Honorable Amy Totenberg
United States District Judge

Defendant Pendergrass must immediately notify his supervising officer upon his return to the District.