IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | CRIMINAL ACTION NO. | |
| ) | | |
| V. ) | 1:17-CR-00224-AT-CMS | |
| ) | | |
| ) | | |
| ALLEN J. PENDERGRASS, ) | | |
| Defendant. ) | | |
| ) | | |

## MOTION TO PERMIT OUT OF DISTRICT TRAVEL

On October 3, 2022, this Court granted Mr. Pendergrass's unopposed motion to travel to Columbus, Ohio Friday, October 7, 2022, and return on Sunday, October 9, 2022. (Docs. 302, 303). Upon receiving the Court's order, Mr. Pendergrass sought to purchase airplane tickets for those dates. However, tickets for flights from Columbus to Atlanta on Sunday, October 9, 2022, were prohibitively expensive. Airline tickets for travel from Columbus to Atlanta on the following day, Monday, October 10, are within Mr. Pendergrass' budget. As such, Mr. Pendergrass requests that this Court amend its order, doc. 303, to allow him to return to the district on Monday, October 10, 2022. Undersigned counsel understands that there is no

objection to this request from the government or Mr. Pendergrass' probation officer, Krystal Batchelor.

WHEREFORE, Allen Pendergrass respectfully requests that this Court amend its previous order, doc. 303, to allow him to travel to Columbus on Friday, October 7, 2022, and return on Monday, October 10, 2022.

Respectfully submitted this 4th day of October, 2022.

/s/ *Sydney R. Strickland*
Sydney R. Strickland
Ga. Bar No. 418591
Attorney for Allen Pendergrass

Strickland Webster, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, Georgia 30316
(404) 590-7967
sydney@stricklandwebster.com