

*Michael Yeager*
*U.S. Marshal*

*U.S. Department of Justice*
*United States Marshals Service*
*75 Ted Turner Drive S.W. Suite 1600*
*Atlanta, GA 30303*
*OCTOBER 14, 2022*

> FILED IN CLERK'S OFFICE
> U.S.D.C. - Atlanta
>
> OCT 1 4 2022
>
> KEVIN P. WEIMER, Clerk
> By: _____ Deputy Clerk

Mr. ALLEN PENDERGRASS
USMS# 65828-019
Case# 1:17-CR-00224- AT


Dear: Mr. PENDERGRASS

      Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

    INSTITUTION:      **FPC MONTGOMERY**
                                   **Maxwell Air Force Base**
                                   **Montgomery, AL 36112**

    TELEPHONE NO.     (334) 293-2100

    REPORT DATE:      **12:00 Noon, NOVEMBER 15, 2022**

Any further inquiries should be directed to the institution at the telephone number listed above.


             Respectfully,

             MICHAEL YEAGER
             UNITED STATES MARSHAL

             RONNIE D VIRDEN
             CRIMINAL SECTIONS