# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 27, 2022

Shannon Welch
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA, GA 30303-3309

Appeal Number: 22-13018-J
Case Style: USA v. Allen Pendergrass
District Court Docket No: 1:17-cr-00224-AT-CMS-1

TRANSCRIPT WERE DUE: <u>October 21, 2022</u> (30 days from appellant's certification)

We have not received your acknowledgment of the enclosed transcript order form and certification of completion of financial arrangements. We have assumed that the necessary financial arrangements have been made by the appellant for the preparation of the transcript, in accordance with appellant's certification, and accordingly we have fixed the date shown above for filing the transcript with the district court clerk.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J
Phone #: (404) 335-6183

RPTR-1 Acknowledgment not recd