IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> </br> V. </br> </br> </br> ALLEN J. PENDERGRASS, </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | CRIMINAL ACTION NO. </br> </br> 1:17-CR-00224-AT-CMS |

## MOTION TO PERMIT OUT OF DISTRICT TRAVEL

Mr. Pendergrass was indicted on June 26, 2017, and was on pretrial release beginning on August 9, 2017. (Docs 1, 21). On December 8, 2021, this Court modified his conditions of pretrial release to include location monitoring and travel restrictions while he awaited sentencing in this case. (Doc. 260). Upon his sentencing on August 26, 2022, this Court allowed Mr. Pendergrass to remain on pretrial release until he was designated to a BOP facility to serve his 46-month sentence. (Doc. 289). However, this Court subsequently granted Mr. Pendergrass's motion for bond pending appeal, and he remains on release pursuant to that order. (Doc. 323).

During his lengthy period of release, Mr. Pendergrass has been permitted to travel outside of the district and has done so without incident.

(Docs. 32, 113, 116, 166, 281, 306). Mr. Pendergrass is currently seeking leave to travel to Columbus, Ohio, to celebrate Thanksgiving with his family. Mr. Pendergrass would like to travel to Columbus on Tuesday, November 22, 2022, and return on Sunday, November 27, 2022.

Counsel for Mr. Pendergrass has conferred with Probation Officer Krystal Batchelor and AUSA Tracia King, and neither objects to this request.

WHEREFORE, Allen Pendergrass respectfully requests that this Court allow him to travel to Columbus on Friday, November 22, 2022, and return on Sunday, November 27, 2022.

Respectfully submitted this 15th day of November, 2022.

*/s/ Sydney R. Strickland*
Sydney R. Strickland
Ga. Bar No. 418591
Attorney for Allen Pendergrass

Strickland Webster, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, Georgia 30316
(404) 590-7967
sydney@stricklandwebster.com