IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL ACTION NO. |
| | ) | |
| V. | ) | 1:17-CR-00224-AT-CMS |
| | ) | |
| | ) | |
| ALLEN J. PENDERGRASS, | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO MODIFY BOND CONDITIONS

Mr. Pendergrass was indicted on June 26, 2017, and was on pretrial release beginning on August 9, 2017. (Docs 1, 21). On December 8, 2021, this Court modified his conditions of pretrial release to include location monitoring and travel restrictions while he awaited sentencing in this case. (Doc. 260).  Upon his sentencing on August 26, 2022, this Court allowed Mr. Pendergrass to remain on pretrial release until he was designated to a BOP facility to serve his 46-month sentence. (Doc. 289).  However, this Court subsequently granted Mr. Pendergrass's motion for bond pending appeal, and he remains on release pursuant to that order. (Doc. 323).

Mr. Pendergrass now requests that the Court modify the conditions of his release to remove the location monitoring.  Mr. Pendergrass has

maintained compliance while on location monitoring for nearly one year. Recently, his doctor has recommended that he participate in certain therapies, including aquatic exercises, to address issues with his back and legs.  However, Mr. Pendergrass is unable to participate in any water-based therapy while wearing an ankle monitor.   Removal of the location monitoring conditions would allow Mr. Pendergrass to participate in this doctor-recommended therapy.   Counsel has conferred with Probation Officer Krystal Batchelor and AUSA Tracia King, and neither objects to this request.

WHEREFORE, Allen Pendergrass respectfully requests that this Court modify his conditions of release to remove the location monitoring requirement.

Respectfully submitted this 15th day of November, 2022.

/s/ Sydney R. Strickland
Sydney R. Strickland
Ga. Bar No. 418591
Attorney for Allen Pendergrass

Strickland Webster, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, Georgia 30316
(404) 590-7967
sydney@stricklandwebster.com

2