IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL ACTION NO. |
| | ) | |
| V. | ) | 1:17-CR-00224-AT-CMS |
| | ) | |
| | ) | |
| ALLEN J. PENDERGRASS, | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER PERMITTING OUT OF DISTRICT TRAVEL

Upon good cause shown, and with no objection from the Government, Allen Pendergrass's motion to travel outside the district is **GRANTED.**

It is hereby **ORDERED** that Mr. Pendergrass is permitted to travel to Columbus, Ohio on Tuesday, November 22, 2022. He must return to the Northern District of Georgia on Sunday, November 27, 2022. Mr. Pendergrass must immediately notify his supervising officer upon his return to the district.

November 18, 2022

_____
Honorable Amy Totenberg
United States District Judge

Presented by:
Sydney R. Strickland
Counsel for Allen Pendergrass