IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:17-cr-0224-AT-1 |
| : | |
| ALLEN J. PENDERGRASS, : | |
| : | |
| Defendant. : | |

## **ORDER MODIFYING CONDITIONS OF RELEASE**

Presently before the Court is defendant's Motion to Modify Bond Conditions [Doc. 325]. Neither the Government nor defendant's supervising officer object to the removal of defendant's location monitoring.

Accordingly, it is **ORDERED** that the conditions of release are hereby **MODIFIED** to terminate location monitoring. All other terms of Defendant's supervised release remain unaffected by this order.

It is **ORDERED** that the Clerk serve a copy of this order modifying conditions of release upon Defendant, the Probation Officer of the Court, the United States Attorney, and the United States Marshal.

It is so **ORDERED** this 18th day of November, 2022.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**