| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 22-13018-HH USA v. Allen Pendergrass "Record/Documents Requested from District Court" (1:17-cr-00224-AT-CMS-1) |
| **Date:** | Friday, March 10, 2023 10:03:42 AM |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

### United States Court of Appeals for the Eleventh Circuit

### Notice of Docket Activity

The following transaction was filed on 03/10/2023

**Case Name:**   USA v. Allen Pendergrass
**Case Number:**   22-13018

**Docket Text:**
USDC Clerk is requested to forward the following documents to our court: FRAP 11 completed, please forward all items not available electronically: Defendant's Exhibits Audio/Video w/DE# 255. Any exhibits identified in 11th Cir. R. 11-3, such as child pornography, should not be transmitted. Please notify the Clerk's Office of any exhibits which are not transmitted to the Court of Appeals.

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court