# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

| | |
|---|---|
| **KEVIN P. WEIMER**<br>**DISTRICT COURT EXECUTIVE**<br>**AND CLERK OF COURT** | **DOCKETING SECTION**<br>404-215-1655 |

March 13, 2023

Clerk's Office - USCA No. **22-13018-JJ**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia    30303

    Re:    United States of America v. Allen J. Pendergrass
            USDC Criminal No. 1:17-cr-224-AT-CMS-1

Enclosed are documents regarding an appeal in the action referenced above.   Please acknowledge receipt of same on the enclosed copy of this letter.

\_\_\_\_\_    Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.

**X**    Original non-electronic record exhibits transmitted pursuant to request.   (See attached copy of request.)

\_\_\_\_\_    Appeal fees   been paid.

\_\_\_\_\_    Certified copy of order appointing Federal Defender Program enclosed.

\_\_\_\_\_    Certified copy of CJA order appointing counsel enclosed.

\_\_\_\_\_    Appellant has been forwarded an application to proceed IFP.

\_\_\_\_\_    Appellant has been   leave to appeal IFP, copy of order enclosed.

\_\_\_\_\_    An appeal bond has been denied.

\_\_\_\_\_    District Judge appealed from is Honorable .

\_\_\_\_\_    Other: .

The enclosed certified, **ORIGINAL** record on appeal consists of:

| | | | |
|---|---|---|---|
| \_\_\_\_\_ | Volume(s) of pleadings | **1** | **Envelope(s)- Defendant's Exhibits Audio/Video w/DE# [255]** |
| \_\_\_\_\_ | Volume(s) of transcripts. | \_\_\_\_\_ | PSI enclosed. (SEALED) |

                                  Sincerely,

                                  Kevin P. Weimer
                                Clerk of Court

                By:    <u>P. McClam</u>
Enclosures                      Deputy Clerk