| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 22-13018-HH USA v. Allen Pendergrass "Record on Appeal Filed" (1:17-cr-00224-AT-CMS-1) |
| **Date:** | Tuesday, March 14, 2023 2:40:31 PM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

### Notice of Docket Activity

The following transaction was filed on 03/14/2023

**Case Name:**   USA v. Allen Pendergrass
**Case Number:**   22-13018

**Docket Text:**
Record on Appeal filed. 1 Envelope - Defendant's Exhibits Audio/Video w/ DE# 255

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court