# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | CRIMINAL ACTION FILE |
| ALLEN J. PENDERGRASS, | NO. |
| Defendant(s). | |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this   day of February, 2025.


_____
UNITED STATES DISTRICT JUDGE