# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cr-00224-AT-CMS
### USA v. Pendergrass et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 02/24/2025.

TIME COURT COMMENCED: 10:40 A.M.        COURT REPORTER: Shannon Welch
TIME COURT CONCLUDED: 11:35 A.M.        CSO/DUSM: 1 CSO
TIME IN COURT: 00:55                     USPO: Alex Moody
OFFICE LOCATION: Atlanta                 DEPUTY CLERK: Keri Gardner

DEFENDANT(S):       [1]Allen J. Pendergrass Present at proceedings

ATTORNEY(S)         Saraliene Durrett representing Allen J. Pendergrass
PRESENT:            Tracia King representing USA
                    Sydney Strickland representing Allen J. Pendergrass

PROCEEDING
CATEGORY:           Sentencing Hearing(Sentencing Hearing Non-evidentiary);

MINUTE TEXT:        The Court of Appeals for the 11th Circuit vacated the sentence originally
                    imposed on August 26, 2022 and remanded for resentencing to allow the
                    defendant his right of allocution. At the resentencing hearing, the Defendant
                    given right of allocution. The Court imposed a new sentence and informed
                    the Defendant of his right to appeal. The defendant shall surrender for
                    service of his sentence as directed by the BOP no sooner than May 12, 2025.
                    See J&C for sentence.

HEARING STATUS:     Hearing Concluded